**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In re:** | |
| **Glyn Neal Owen,** | Case No. 25-11132 |
| Debtor. | Chapter 11 |

### NOTICE OF APPEARANCE

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Katharine Toledo, Trial Attorney, on behalf of Matthew W. Cheney, the Acting United States Trustee, Region 4.

Dated: June 4, 2025

Matthew W. Cheney
Acting United States Trustee, Region Four

*/s/ Katharine Toledo*
Katharine Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202) 603-5203 (Office Cell)
Email: katharine.i.toledo@usdoj.gov