UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---------------------------------------------------------------X
In re:                                              :         Chapter 11
                                                    :
Glyn Neal Owen                                      :         No. 25-11132-KHK
                                                    :
         Debtor.                                    :
                                                    :
---------------------------------------------------------------X

NOTICE OF HEARING ON MOTION BY DEBTOR TO EXTEND AUTOMATIC STAY

**TO: All creditors and parties in interest**

Glyn Neal Owen, Debtor, has filed with the court a MOTION TO EXTEND AUTOMATIC STAY.

**Your rights may be affected. You should read the papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

x   On or before June 26, 2025, file with the court, at Clerk of Court, United States Bankruptcy Court, 200 S. Washington Street, Alexandria, Virginia 22314, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(G). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

x   Attend the hearing scheduled to be held on July 3, 2025, at 11:00 a.m. in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia 22314. **If no timely**

```
Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor
```

**response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

## NOTICE

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within 21 days after service, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing. A copy of any written response must be mailed to the following persons:

> Daniel M. Press, Esq.
> CHUNG & PRESS, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101
> 703) 734-3800

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: June 5, 2025.

Respectfully submitted,

　/s/ Daniel M. Press　
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
dpress@chung-press.com
(703) 734-3800

Counsel for Debtor

## CERTIFICATE OF SERVICE

      This is to certify that on this 5th day of June, 2025, I caused the foregoing Notice to be served by CM/ECF on the US Trustee and by first-class mail, postage pre-paid upon all creditors on the attached matrix, and upon:

CGH Technologies, Inc.
INCORP SERVICES, INC., Reg. Agt.
7288 Hanover Green Dr Ste A
Mechanicsville, VA, 23111 – 1709

                                                  /s/Daniel M. Press
                                                  Daniel M. Press

```
Label Matrix for local noticing        United States Bankruptcy Court        AEC MTRR
0422-1                                  200 South Washington Street           PO Box 575
Case 25-11132-KHK                       Alexandria, VA 22314-5405             Blue Ridge Summit, PA 17214-0575
Eastern District of Virginia
Alexandria
Thu Jun  5 12:07:53 EDT 2025

Bank of America                         CGH Technologies                     Charles A Dean
PO Box 15284                            400 Virginia Avenue                   Gross, Romanick, Dean & DeSimone, P.C.
Wilmington, DE 19850-5284               Sub Tenant Suite 700B                 3975 University Drive Suite 410
                                        Washington, DC 20024-2986             Fairfax, VA 22030-2520


Compton & Duling                        Deliese Owen                         Internal Revenue Service
12701 Marblestone Dr                    1131 Tournai Ct                       PO Box 7346
Woodbridge, VA 22192-8327               Woodbridge, VA 22191-3253             Philadelphia, PA 19101-7346



Rocket Mortgage                         Truist Bank                          Daniel M. Press
1050 Woodward Avenue                    PO Box 1874                           Chung & Press, P.C.
Detroit, MI 48226-3573                  Wilson, NC 27894-1874                 6718 Whittier Ave., Suite 200
                                                                              McLean, VA 22101-4531


Glyn Neal Owen                          Matthew W. Cheney                    End of Label Matrix
1131 Tournai Court                      Office of the U.S. Trustee - Region 4 Mailable recipients    13
Woodbridge, VA 22191-3253               1725 Duke Street                      Bypassed recipients     0
                                        Suite 650                             Total                  13
                                        Alexandria, VA 22314-3489
```