UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA

| | |
|---|---|
| IN RE<br><br>GLYN NEAL OWEN<br><br>Debtor(s) | Chapter 11<br>Case NO. 25-11132-KHK |

## NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Mark D. Meyer
VA BAR 74290
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600
Bethesda, MD 20814
301-907-8000
File Number:
25-004403-VA-B-1

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of June, 2025, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Matthew W. Cheney, U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Daniel M. Press
6718 Whittier Avenue, Suite 200
McLean, VA 22101

Glyn Neal Owen

1131 Tournai Court

Woodbridge, VA 22191

        /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 74290
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000