# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**  25−11132−KHK
**Chapter**  11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glyn Neal Owen
1131 Tournai Court
Woodbridge, VA 22191

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−9409

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

### NOTICE OF POSSIBLE DISMISSAL
### PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS;
### AND HEARING THEREON

**TO:**       **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on June 4, 2025. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  June 18, 2025**

*Failure to timely file the missing document(s) or to timely seek an extension of time, may result in the dismissal of your bankruptcy case.*

**\*\*Missing Document(s):**

 **All Schedules and Statement of Financial Affairs**
**Summary of Your Assets and Liabilities and Certain Statistical Information**
**Chapter 11 Statement of Your Current Monthly Income**
**List of Equity Security Holders; Declaration About Individual Debtor's Schedules**

   If you fail to timely cure the deficiency or to timely seek an extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing. The hearing will be held:

*Location: Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314*
*Date: July 15, 2025*
*Time: 12:00 PM*

*If the debtor(s) fails to appear at the hearing, the above−captioned case may be dismissed.*

*NOTICE: The hearing will be held only if the debtor(s) fails to timely cure each of the deficient items listed above or to timely seek an extension of time. The debtor is advised that a separate hearing will be held for each Notice of Possible Dismissal issued in a case.*

**Charri S Stewart**
**Clerk, United States Bankruptcy Court**

Date:   June 5, 2025

/s/   Renier G Jessel
Deputy Clerk
Direct Dial Telephone No. (703) 258–1219

[1007115vMarch2025.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                            Case No. 25-11132-KHK

Glyn Neal Owen                                                                      Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2025 | Form ID: 1007115 | Total Noticed: 10 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |
| 16736518 | + | AEC MTRR, PO Box 575, Blue Ridge Summit, PA 17214-0575 |
| 16736520 | + | CGH Technologies, 400 Virginia Avenue, Sub Tenant Suite 700B, Washington, DC 20024-2986 |
| 16736521 | + | Charles A Dean, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive Suite 410, Fairfax, VA 22030-2520 |
| 16736522 | + | Compton & Duling, 12701 Marblestone Dr, Woodbridge, VA 22192-8327 |
| 16736523 | + | Deliese Owen, 1131 Tournai Ct, Woodbridge, VA 22191-3253 |
| 16736525 | + | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 16736526 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16736519 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 06 2025 00:24:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16736524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 06 2025 00:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3