Certificate Number: 17572-VAE-DE-039769506

Bankruptcy Case Number: 25-11132



17572-VAE-DE-039769506

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 15, 2025, at 4:21 o'clock PM PDT, Glyn Owen completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:  June 15, 2025               By:    /s/Benjamin E Wunsch

                                   Name:  Benjamin E Wunsch

                                   Title: Counselor