**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: | ) |
| | ) |
| **GLYN NEAL OWEN,** | ) Case #25-11132-KHK |
| | ) (Chapter 11) |
| Debtor-In-Possession. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven B. Ramsdell hereby enters his appearance in this case on behalf of creditor CGH Technologies, Inc.

CGH TECHNOLOGIES, INC.
By counsel

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on this 19th day of June, 2025 on all parties registered to receive service through the Court's ECF system.

/s/Steven B. Ramsdell
Steven B. Ramsdell