# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### Alexandria    **Division**

In re  Glyn Neal Owen

Case No.   25-11132-KHK

Debtor(s)

Chapter    11

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS;
## AND HEARING THEREON

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to _____ July 3, 2025 _____, which is the seventh day prior to the scheduled meeting of creditors, for filing the following:

All Schedules and Statement of Financial Affairs; List of Equity Security Holders
Summary of Your Assets and Liabilities and Certain Statistical Information
Chapter 11 Statement of Your Current Monthly Income;  Declaration About Individual Debtor's Schedules

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing.  The hearing will be held:

**Date**:     July 15, 2025
**Time**:     12:00 PM
**Location**: U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA  22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE:  **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time.  The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

CHARRI S. STEWART
Clerk of Court

By /s/Renier Jessel _____
                     Deputy Clerk

Date: June 23, 2025 _____

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
June 23, 2025 _____

[oextflss ver 01/25]