# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria **Division**

In re  Glyn Neal Owen

Case No.   25-11132-KHK

Debtor(s)          Chapter   11

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS;
## AND HEARING THEREON

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to  July 3, 2025  , which is the seventh day prior to the scheduled meeting of creditors, for filing the following:
All Schedules and Statement of Financial Affairs; List of Equity Security Holders
Summary of Your Assets and Liabilities and Certain Statistical Information
Chapter 11 Statement of Your Current Monthly Income;  Declaration About Individual Debtor's Schedules

If you fail to timely file any of the foregoing missing documents or a motion for further extension of time, you must appear at a hearing to explain why the bankruptcy case should not be dismissed for failure to timely cure the deficiency and any other deficiency(ies) or certifications that accrue before the hearing.  The hearing will be held:

*Date*:  July 15, 2025
*Time*:  12:00 PM
*Location*:  U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA  22314

**If the debtor(s) fails to appear at the hearing, the above-captioned case may be dismissed.**

NOTICE:  **The hearing will be held only if the debtor(s) fails to timely file any of the foregoing missing documents or a motion for further extension of time.  The debtor is advised that a separate hearing will be held on each Order Extending Time or Notice of Possible Dismissal issued in a case.**

CHARRI S. STEWART
Clerk of Court

By /s/Renier Jessel
          Deputy Clerk

Date: June 23, 2025

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
June 23, 2025

[oextflss ver 01/25]

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 25-11132-KHK
Glyn Neal Owen  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: RenierJes      Page 1 of 2
Date Rcvd: Jun 23, 2025      Form ID: pdford6      Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |
| 16736518 | + | AEC MTRR, PO Box 575, Blue Ridge Summit, PA 17214-0575 |
| 16736520 | + | CGH Technologies, 400 Virginia Avenue, Sub Tenant Suite 700B, Washington, DC 20024-2986 |
| 16736521 | + | Charles A Dean, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive Suite 410, Fairfax, VA 22030-2520 |
| 16736522 | + | Compton & Duling, 12701 Marblestone Dr, Woodbridge, VA 22192-8327 |
| 16736523 | + | Deliese Owen, 1131 Tournai Ct, Woodbridge, VA 22191-3253 |
| 16736526 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jun 24 2025 01:00:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 24 2025 01:00:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., 635 Woodward Avenue, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 16736519 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 24 2025 00:59:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16736524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 24 2025 01:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16736525 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 24 2025 01:00:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 16749122 | + | Email/Text: bankruptcy@bbandt.com | Jun 24 2025 01:00:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CGH Technologies, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Steven B. Ramsdell | on behalf of Creditor CGH Technologies  Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com |

TOTAL: 5