UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In Re:

**Glyn Neal Owen**
Debtor.

Case No. 25-11132-

Chapter 11

### Motion For Entry of Consent Order Conditioning Rights of Debtor(s) in Possession

The United States Trustee for the Eastern District of Virginia and the debtor(s) herein, by counsel, move this Court for the entry of the attached Consent Order Conditioning Rights of Debtor(s) in Possession on the grounds that:

1. An order for relief under Chapter 11 of Title 11, United States Code, has been entered in this matter, and

2. Entry of this Order will aid in the administration of this case.

MATTHEW W. CHENEY,
Acting United States Trustee for
Region Four

/s/ Katharine Toledo
By: Katharine Toledo
Trial Attorney
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7176

/s/
Daniel Press, Esq.
Counsel for the Debtor(s) In Possession