IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)

| | | |
|---|---|---|
| In Re: | ) | Case No. 24-10897-BFK |
| | ) | Alexandria, Virginia |
| GLYN NEAL OWEN, | ) | |
| | ) | |
| Debtor. | ) | June 18, 2024 |
| | ) | |
| -------------------------------- | ) | |

TRANSCRIPT OF HEARING ON
341 MEETING
BEFORE THE HONORABLE BRIAN F. KENNEY
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

| | |
|---|---|
| For the Debtor: | MICHAEL J. OWEN SANDLER, ESQ.<br>FISHER-SANDLER, LLC<br>12801 Darby Brooke Court<br>Suite 201<br>Woodbridge, VA 22192 |
| For the Chapter 13 Trustee: | THOMAS P. GORMAN, ESQ.<br>THOMAS P. GORMAN, CHAPTER 13 TRUSTEE<br>1414 Prince St.<br>Suite 202<br>Alexandria, VA 22314 |
| For U.S. Trustee: | GERARD R. VETTER, ESQ.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street, Suite 650<br>Alexandria, VA 22314 |
| For CGH Technologies, Inc.: | STEVEN B. RAMSDELL, ESQ.<br>TYLER, BARTL & RAMSDELL, PLC<br>300 N. Washington Street<br>Suite 310<br>Alexandria, VA 22314 |



EXHIBIT 1

Transcription Services: eScribers, LLC
7227 North 16th Street
Suite #207
Phoenix, AZ 85020
(800) 257-0885

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

THE TRUSTEE: Glyn Neal Owen, Case No. 24-10897.

MR. SANDLER: Michael Sandler for Mr. Owen.

THE TRUSTEE: Mr. Owen, can you state your full legal name for the record?

MR. OWEN: Glyn Neil Owen.

(Witness sworn)

THE TRUSTEE: Do you still live at the same address as listed on the petition on Tournai Court in Woodbridge?

MR. OWEN: Yes.

THE TRUSTEE: Did you review your bankruptcy papers closely with Mr. Sandler before you signed them?

MR. OWEN: Yes.

THE TRUSTEE: Is everything in those papers true and correct to the best of your knowledge and belief?

MR. OWEN: Yes.

THE TRUSTEE: Did you list all of your assets and all of your debts in your bankruptcy papers?

MR. OWEN: Yes.

THE TRUSTEE: Have you ever filed bankruptcy previously?

MR. OWEN: No.

THE TRUSTEE: Have you filed all tax returns, state and federal, through and including 2023?

MR. OWEN: Yes.

THE TRUSTEE: Do you have any court ordered child support or alimony that you have to pay out?

MR. OWEN: Child support, $850 a month.

THE TRUSTEE: And I've already given the -- Mr. Sandler, I've already given the requisite notices on those. So thank you.

And are you current on your support obligations, Mr. Owen?

MR. OWEN: I am.

THE TRUSTEE: All right. That's all the questions I have at this moment. Mr. Ramsdell, do you have any questions you'd like to ask of this debtor? Yes, sir. Please.

MR. RAMSDELL: Good morning, Mr. Owen. Do you own any real estate in Pinehurst, North Carolina?

MR. OWEN: There is a lot there owned by my wife and I.

MR. RAMSDELL: And was that lot formerly owned by you alone?

MR. OWEN: Yes.

MR. RAMSDELL: And you transferred it to joint ownership?

MR. OWEN: Upon our marriage agreement? Yes.

MR. RAMSDELL: And when that transferred?

MR. OWEN: I don't recall the date 2020 or '21. I don't recall.

THE TRUSTEE: And Mr. Ramsdale, I'm sorry to interrupt, but Mr. Owen, you and your wife own real estate in North Carolina?

MR. OWEN: We have an unbuilt lot. Yes, sir.

THE TRUSTEE: Why isn't that listed on your schedules in this case?

MR. OWEN: I just -- until he mentioned it, it was an oversight. I can provide that information. It's an undeveloped lot in Pinehurst. It's 20,000 square foot of a wooded piece of parcel.

THE TRUSTEE: How much did you pay for it and when?

MR. OWEN: I paid for it, $14,000. Ten years ago. Fifteen years ago. I'm not sure, Your Honor.

THE TRUSTEE: And when you -- whose money -- that 14,000. Whose money was that? Was it yours?

MR. OWEN: It was my previous wife and myself.

THE TRUSTEE: Okay. So your current wife did not contribute to that purchase price in any way?

MR. OWEN: She did not.

THE TRUSTEE: Have you done any improvements to the property since you've purchased it?

MR. OWEN: It's just a vacant lot. No, sir.

THE TRUSTEE: Have you paid real estate taxes on it during the ensuing period?

MR. OWEN: Yes. I pay approximately $400 a year.

THE TRUSTEE: And what's the source of that 400 a year.

MR. OWEN: From my checking account?

THE TRUSTEE: Okay. So your current wife has not contributed to the real estate taxes.

MR. OWEN: She has not.

THE TRUSTEE: And when you say you -- Mr. Ramsdale asked when did you do it -- when did you make the transfer, you said pursuant to a marriage contract. Do you have a written marriage contract or prenup with your current wife?

MR. OWEN: I can provide that to Mr. Sandler of our prenup and when we got married. Yes.

THE TRUSTEE: All right. Well, listen to my question and make sure you answer it. My question was, do you have one? It sounds like the answer is yes.

MR. OWEN: Yes, sir.

THE TRUSTEE: When did you get -- when did you get married, the second time?

MR. OWEN: Our final marriage date was July 2020. It was delayed because of COVID, but it was July 2020 -- July 25th, 2020.

THE TRUSTEE: And was the prenup agreement done prior to that time or after?

MR. OWEN: 2019?

THE TRUSTEE: And so the contract was 2019, marriage

2020. Does that help refresh your recollection on when you would have executed the deed to your current wife?

MR. OWEN: Your Honor, I'm guessing it's 2020 or 2021. Still, I don't recollect. I can go through my paperwork. It's -- I have to go through my paperwork. I don't have it in front of me, I apologize.

THE TRUSTEE: All right. Can you please do that and get a copy of both the prenup agreement and the conveyancing deed to Mr. Sandler?

MR. OWEN: I sure will.

THE TRUSTEE: All right. Go ahead, Mr. Ramsdale. Sorry to interrupt.

MR. RAMSDELL: Mr. Owen, when you transferred that property to joint marital ownership, did your wife pay any consideration to you for that transfer?

MR. OWEN: We issued a promissory note for the sale of that, that she would receive monies from the sale of the -- from the promissory note. Which was provided to your counsel.

MR. RAMSDELL: But did she pay you any cash for the transfer?

MR. OWEN: Well, no.

MR. RAMSDELL: Are there any family trusts that you have an interest in?

MR. OWEN: Asked and answered by previous counsel, I'm sure my mother may have a trust. I'm not privy of the trust.

So -- or will.

MR. RAMSDELL: Well, I'm asking questions about your bankruptcy paperwork and your list of assets doesn't mention any family trusts that you have an interest in.

MR. OWEN: Because I don't have one -- an interest in a family trust. Asked and answered again. I've just been asked this question for the last four years, and it's been answered for the last four years.

THE TRUSTEE: All right. Mr. Owen, this is Thomas Gorman. Unfortunately, this is a fresh hearing. So I'm unaware of whatever proceedings that were in state court, and they really don't count here. He's allowed to ask those questions again.

Now, Mr. Ramsdell, having said that, you can see the number of people I have on the line. At some point, you may need to take a 2004, but if you only have a few more questions, go ahead.

MR. RAMSDELL: Yes, sir. Thank you.

Mr. Owen, did you formerly have an interest in a family trust that you renounced?

MR. OWEN: No.

MR. RAMSDALE: Nothing further, Mr. Gorman.

THE TRUSTEE: All right. Thank you. I'm going to -- I'm not going to adjourn this, Mr. Sandler. I was thinking about adjourning it just to compel production of those two

documents, but I trust you'll get them to me, or if you don't, I have other remedies. So I'm not going to adjourn this and inconvenience everybody.

So Mr. Owen, I'm going to conclude the 341. You're free to go. You have an outstanding request from me for the prenup and the deed. I ask you to follow up on that and also ask you, as I asked everybody, stay in touch with your attorney.

So unless Mr. Ramsdell or Mr. Sandler think we have any further business, I'd like to go ahead and conclude.

MR. SANDLER: We'll get those to you. Thank you.

THE TRUSTEE: All right. Thank you, gentlemen.

MR. OWEN: Thank you.

(Whereupon these proceedings were concluded)

C E R T I F I C A T I O N

I, Jamie Gallagher, the court-approved transcriber, do hereby certify the foregoing is a true and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

September 20, 2024

JAMIE GALLAGHER DATE

AAERT Certified Electronic Transcriber CET-1243

## $

**$14,000 (1)** 5:12
**$400 (1)** 5:25
**$850 (1)** 4:3

## A

**account (1)** 6:3
**address (1)** 3:8
**adjourn (2)** 8:24;9:2
**adjourning (1)** 8:25
**again (2)** 8:6,13
**ago (2)** 5:12,13
**agreement (3)** 4:22;6:22;7:8
**ahead (3)** 7:11;8:17;9:10
**alimony (1)** 4:2
**allowed (1)** 8:12
**alone (1)** 4:18
**answered (3)** 7:24;8:6,8
**apologize (1)** 7:6
**approximately (1)** 5:25
**assets (2)** 3:17;8:3
**attorney (1)** 9:8

## B

**bankruptcy (4)** 3:11,18,20;8:3
**belief (1)** 3:15
**best (1)** 3:15
**both (1)** 7:8
**business (1)** 9:10

## C

**can (6)** 3:4;5:8;6:11;7:4,7;8:14
**Carolina (2)** 4:14;5:3
**Case (2)** 3:2;5:6
**cash (1)** 7:19
**checking (1)** 6:3
**child (2)** 4:1,3
**closely (1)** 3:12
**compel (1)** 8:25
**conclude (2)** 9:4,10
**concluded (1)** 9:14
**consideration (1)** 7:15
**contract (3)** 6:9,10,25
**contribute (1)** 5:18
**contributed (1)** 6:5
**conveyancing (1)** 7:8
**copy (1)** 7:8
**counsel (2)** 7:18,24
**count (1)** 8:12
**Court (3)** 3:9;4:1;8:11
**COVID (1)** 6:20
**current (5)** 4:7;5:17;6:4,10;7:2

## D

**date (2)** 4:24;6:19
**debtor (1)** 4:12
**debts (1)** 3:18
**deed (3)** 7:2,9;9:6
**delayed (1)** 6:20
**documents (1)** 9:1
**done (2)** 5:20;6:22
**during (1)** 5:24

## E

**ensuing (1)** 5:24
**estate (4)** 4:14;5:2,23;6:5
**everybody (2)** 9:3,7
**executed (1)** 7:2

## F

**family (4)** 7:22;8:4,6,20
**federal (1)** 3:24
**few (1)** 8:16
**Fifteen (1)** 5:13
**filed (2)** 3:20,23
**final (1)** 6:19
**follow (1)** 9:6
**foot (1)** 5:9
**formerly (2)** 4:17;8:19
**four (2)** 8:7,8
**free (1)** 9:5
**fresh (1)** 8:10
**front (1)** 7:6
**full (1)** 3:4
**further (2)** 8:22;9:10

## G

**gentlemen (1)** 9:12
**given (2)** 4:4,5
**Glyn (2)** 3:2,6
**Good (1)** 4:13
**Gorman (2)** 8:10,22
**guessing (1)** 7:3

## H

**hearing (1)** 8:10
**help (1)** 7:1
**Honor (2)** 5:13;7:3

## I

**improvements (1)** 5:20
**including (1)** 3:24
**inconvenience (1)** 9:3
**information (1)** 5:8
**interest (4)** 7:23;8:4,5,19
**interrupt (2)** 5:2;7:12
**issued (1)** 7:16

## J

**joint (2)** 4:20;7:14
**July (3)** 6:19,20,20

## K

**knowledge (1)** 3:15

## L

**last (2)** 8:7,8
**legal (1)** 3:4
**line (1)** 8:15
**list (2)** 3:17;8:3
**listed (2)** 3:9;5:5
**listen (1)** 6:13
**live (1)** 3:8
**lot (5)** 4:15,17;5:4,9,22

## M

**marital (1)** 7:14
**marriage (5)** 4:22;6:9,10,19,25
**married (2)** 6:12,18
**may (2)** 7:25;8:15
**mention (1)** 8:3
**mentioned (1)** 5:7
**Michael (1)** 3:3
**moment (1)** 4:11
**money (2)** 5:14,15
**monies (1)** 7:17
**month (1)** 4:3
**more (1)** 8:16
**morning (1)** 4:13
**mother (1)** 7:25
**much (1)** 5:11
**myself (1)** 5:16

## N

**name (1)** 3:5
**Neal (1)** 3:2
**need (1)** 8:16
**Neil (1)** 3:6
**North (2)** 4:14;5:3
**note (2)** 7:16,18
**notices (1)** 4:5
**number (1)** 8:15

## O

**obligations (1)** 4:7
**one (2)** 6:14;8:5
**only (1)** 8:16
**ordered (1)** 4:1
**out (1)** 4:2
**outstanding (1)** 9:5
**oversight (1)** 5:8
**Owen (45)** 3:2,3,4,6,6,10,13,16,19,22,25;4:3,8,9,13,15,19,22,24;5:2,4,7,12,16,19,22,25;6:3,6,11,16,19,24;7:3,10,

13,16,21,24;8:5,9,19, 21;9:4,13
**own (2)** 4:13;5:2
**owned (2)** 4:15,17
**ownership (2)** 4:21;7:14

**P**

**paid (2)** 5:12,23
**papers (3)** 3:11,14,18
**paperwork (3)** 7:4,5;8:3
**parcel (1)** 5:10
**pay (5)** 4:2;5:11,25;7:14,19
**people (1)** 8:15
**period (1)** 5:24
**petition (1)** 3:9
**piece (1)** 5:10
**Pinehurst (2)** 4:14;5:9
**Please (2)** 4:12;7:7
**point (1)** 8:15
**prenup (5)** 6:10,12,22;7:8;9:6
**previous (2)** 5:16;7:24
**previously (1)** 3:21
**price (1)** 5:18
**prior (1)** 6:22
**privy (1)** 7:25
**proceedings (2)** 8:11;9:14
**production (1)** 8:25
**promissory (2)** 7:16,18
**property (2)** 5:21;7:14
**provide (2)** 5:8;6:11
**provided (1)** 7:18
**purchase (1)** 5:18
**purchased (1)** 5:21
**pursuant (1)** 6:9

**R**

**Ramsdale (4)** 5:1;6:7;7:11;8:22
**Ramsdell (12)** 4:11,13,17,20,23; 7:13,19,22;8:2,14,18; 9:9
**real (4)** 4:14;5:2,23;6:5
**really (1)** 8:12
**recall (2)** 4:24,25
**receive (1)** 7:17
**recollect (1)** 7:4
**recollection (1)** 7:1
**record (1)** 3:5
**refresh (1)** 7:1
**remedies (1)** 9:2
**renounced (1)** 8:20
**request (1)** 9:5
**requisite (1)** 4:5
**returns (1)** 3:23
**review (1)** 3:11
**right (7)** 4:10;6:13;7:7,11; 8:9,23;9:12

**S**

**sale (2)** 7:16,17
**same (1)** 3:8
**SANDLER (9)** 3:3,3,12;4:5;6:11; 7:9;8:24;9:9,11
**schedules (1)** 5:5
**second (1)** 6:18
**signed (1)** 3:12
**sorry (2)** 5:1;7:12
**sounds (1)** 6:15
**source (1)** 6:1
**square (1)** 5:9
**state (3)** 3:4,23;8:11
**stay (1)** 9:7
**still (2)** 3:8;7:4
**support (3)** 4:2,3,7
**sure (4)** 5:13;6:14;7:10,25
**sworn (1)** 3:7

**T**

**tax (1)** 3:23
**taxes (2)** 5:23;6:5
**Ten (1)** 5:12
**thinking (1)** 8:24
**Thomas (1)** 8:9
**touch (1)** 9:7
**Tournai (1)** 3:9
**transfer (3)** 6:8;7:15,20
**transferred (3)** 4:20,23;7:13
**true (1)** 3:14
**trust (5)** 7:25,25;8:6,20;9:1
**TRUSTEE (30)** 3:2,4,8,11,14,17,20, 23;4:1,4,10;5:1,5,11, 14,17,20,23;6:1,4,7, 13,17,22,25;7:7,11; 8:9,23;9:12
**trusts (2)** 7:22;8:4
**two (1)** 8:25

**U**

**unaware (1)** 8:11
**unbuilt (1)** 5:4
**undeveloped (1)** 5:9
**Unfortunately (1)** 8:10
**unless (1)** 9:9
**up (1)** 9:6
**Upon (1)** 4:22

**V**

**vacant (1)** 5:22

**W**

**way (1)** 5:18
**what's (1)** 6:1
**Whereupon (1)** 9:14
**whose (2)** 5:14,15
**wife (8)** 4:15;5:2,16,17;6:4, 10;7:2,14
**Witness (1)** 3:7
**Woodbridge (1)** 3:9
**wooded (1)** 5:10
**written (1)** 6:9

**Y**

**year (2)** 5:25;6:2
**years (4)** 5:12,13;8:7,8

**1**

**14,000 (1)** 5:15

**2**

**20,000 (1)** 5:9
**2004 (1)** 8:16
**2019 (2)** 6:24,25
**2020 (6)** 4:24;6:19,20,21; 7:1,3
**2021 (1)** 7:3
**2023 (1)** 3:24
**21 (1)** 4:24
**24-10897 (1)** 3:2
**25th (1)** 6:21

**3**

**341 (1)** 9:4

**4**

**400 (1)** 6:1