**VIRGINIA:**
           **IN THE CIRCUIT COURT OF PRINCE WILLIAM COUNTY**

| | |
|---|---|
| **CGH TECHNOLOGIES, INC.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **CASE NO. CL24-2946** |
| | ) |
| **GLYN OWEN** | ) |
| | ) |
| and | ) |
| | ) |
| **BANK OF AMERICA** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ENTRY OF JUDGMENT

COMES NOW the Plaintiff, CGH Technologies, Inc., by counsel, and files this Motion for Entry of Judgment, stating to this Honorable Court as follows:

1. On February 21, 2025, this Honorable Court entered an Order of Payment

2. A certified copy of such order was delivered to the Garnishee and the Garnishee has acknowledged receipt of the Order of Payment. A copy of both the letter and the Order of Payment is attached hereto as Exhibit "A".

3. More than thirty (30) days have elapsed and the Garnishee has failed to comply with the Order of Payment.

4. Pursuant to Va. Code 8.01-516.1, entry of judgment against the garnishee is now appropriate in order to allow Plaintiff to proceed to enforce its claims against the Garnishee.

**WHEREFORE,** for the reasons stated herein, CGH Technologies, Inc. respectfully prays that this Honorable Court enter judgment against the Garnishee.

                                        Respectfully submitted,
                                        **CGH TECHNOLOGIES, INC.**
                                        By Counsel

**EXHIBIT 3**

*[signature]*

Jeffrey S. Romanick, VA Bar # 34761
A. Charles Dean, VA Bar #74814
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
(703) 273-1400 (telephone)
(703) 385-9652 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 22nd day of May, 2025 to:

William D. Wides, Esq.
COMPTON & DULING, PLC
12701 Marblestone Drive, Suite 350
Prince William, VA 22192
wdw@comptonduling.com

Margaret Owen
170 Charokee Road
Pinehurst, NC 28374

Bank of America
DE5-024-02-08
PO Box 15047
Wilmington, DE 19850

*[signature]*
A. Charles Dean

2