VIRGINIA:

IN THE CIRCUIT COURT OF PRINCE WILLAIM COUNTY

CGH TECHNOLOGIES, INC.
    Plaintiff

v.                                                                    Case No.: CL25-2285

GLYN OWEN
    Defendant(s)

THE PRUDENTIAL INSURANCE COMPANY
    Garnishee

SERVE:    The Prudential Insurance Company
    c/o CT Corporation System, Registered Agent
    4701 Cox Road, Suite 285
    Glen Allen, VA 23060

## SHOW CAUSE ORDER AGAINST CO-DEFENDANT

THIS CAUSE came upon the request of the Plaintiff for the issuance of a Rule to Show Cause against the Garnishee in this matter; and

IT APPEARING to the Court that the Garnishee, The Prudential Insurance Company was served with a Garnishment Summons on March 14, 2025; and Garnishee has failed to file a proper Answer as required by said summons and therefore may be in contempt of this Court; it is therefore

ADJUDGED and ORDERED that the Garnishee, The Prudential Insurance Company, appear before this Court on Friday, July 11, 2025 at 10:30 a.m. to show cause if any there may be why it should not be held in contempt of court and dealt with according to law.

The Garnishee, The Prudential Insurance Company, shall be advised that failure to respond to this Show Cause Order may result in judgment being entered against The Prudential Insurance Company in the amount of $1,016,407.02 as set forth in the Garnishment Summons filed herein.

ENTERED this 9th day of May, 2025.

_____
Judge, Prince William County Circuit Court

I ASK FOR THIS:

_____
A. Charles Dean, Virginia State Bar # 74814
3975 University Drive, Suite 410
Fairfax, Virginia 22030
(703) 273-1400 (telephone)
(703) 385-9652 (facsimile)
adean@grddlaw.com

A True Copy Teste
Prince William County Circuit Court

Jacqueline C. Smith, ESQ. Clerk

By: _____
Shanteria Christmas, Deputy Clerk, Civil Division

Electronic Certification Made Pursuant to §17.1-258.3:2

EXHIBIT 4