**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

```
------------------------------------------------------------X
In re:                                          :     Chapter 11
                                                :
Glyn Neal Owen                                  :     No. 25-11132-KHK
                                                :
           Debtor.                              :
                                                :
------------------------------------------------------------X
```

### AGREED ORDER ON MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Motion of the Debtor pursuant to section 362(c)(3)(B) for an order continuing the automatic stay provided under section 362(a) as to all creditors, and the objection thereto filed by CGH Technologies, Inc. ("CGH"), and upon consideration of the Affidavit of the Debtor and the agreement of CGH to the terms of this Order, the Court finds that the Debtor has shown by the requisite standard of proof that the filing of this case is in good faith as to all creditors; and it

APPEARING that the Debtor agrees that CGH's direct actions against Bank of America and The Prudential Insurance Company as Garnishees are not stayed and, to the extent stayed, will not be protected by this extension of the stay, nor will he contest such direct actions or claim any exemption in this case in CGH's recoveries therein, accordingly, it is hereby

ORDERED that the automatic stay under 11 U.S.C. § 362(a) be continued and shall remain in effect as to all creditors for the duration of this case, without prejudice to any relief that may be granted on motion pursuant to 11 U.S.C. § 362(d), EXCEPT

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

THAT the stay of § 362(a), shall not be applicable to, and CGH may continue to pursue Bank of America and The Prudential Insurance Company for any liability they have to CGH, including without limitation through its previously filed garnishment proceedings against them as Garnishees, respectively, in Case No. CL24-2946 and in Case No. CL25-2285, pending in the Circuit Court of Prince William County, Virginia.

Dated: Jul 1 2025

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Jul 1 2025

I ASK FOR THIS:


  /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND AGREED:


/s/ Steven B. Ramsdell
Steven B. Ramsdell, VSB 33222
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003
Counsel for CGH Technologies, Inc.



SEEN:

/s/  Katharine Toledo
Office of the U.S. Trustee


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                              /s/Daniel M. Press
                                            Daniel M. Press