1

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
              EASTERN DISTRICT OF VIRGINIA (ALEXANDRIA)
 2
    In Re:                          )  Case No. 25-11132-KHK
 3                                  )  Alexandria, Virginia
    GLYN NEAL OWEN,                 )
 4                                  )
              Debtor.              )  July 17, 2025
 5                                  )  2:01 p.m.
    ------------------------------ )
 6

 7                     TRANSCRIPT OF HEARING ON
        MEETING OF THE CREDITORS PURSUANT TO SECTION 341 OF THE
 8                         BANKRUPTCY CODE
               BEFORE KATHARINE I. TOLEDO, ESQ.
 9              OFFICE OF THE UNITED STATES TRUSTEE

10  APPEARANCES: (All present by video or telephone)
    For the Debtor:               DANIEL M. PRESS, ESQ.
11                                CHUNG & PRESS, P.C.
                                  6718 Whittier Avenue
12                                Suite 200
                                  McLean, VA 22101
13
    For Office of the U.S. Trustee: KATHARINE I. TOLEDO, ESQ.
14                                U.S. DEPARTMENT OF JUSTICE
                                  1725 Duke Street
15                                Alexandria, VA 22314

16  For CGH Technologies, Inc.:   STEPHEN E. LEACH, ESQ.
                                  HIRSCHLER FLEISCHER, A
17                                PROFESSIONAL CORPORATION
                                  1676 International Drive
18                                Suite 1350
                                  Tysons, VA 22102
19
    Also Present:                 Glyn Neal Owen
20                                Debtor

21  Transcription Services:       eScribers, LLC
                                  7227 North 16th Street
22                                Suite #207
                                  Phoenix, AZ 85020
23                                (800) 257-0885

24  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25  TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

**Colloquy**

2

1          MS. TOLEDO:  All right.  Good afternoon.  This is

2    Katharine Toledo from the Office of the U.S. Trustee.  We are

3    here for the continued 341 for Glyn Owen, case number 25-11132.

4    It is July 17th, 2025 at 2:01 p.m.

5          Mr. Owen, would you please state your name for the

6    record?

7          MR. OWEN:  Glyn Owen.

8          MS. TOLEDO:  And Mr. Press, would you please state

9    your appearance?

10          MR. PRESS:  Yes.  Dan Press on behalf of the debtor.

11          MS. TOLEDO:  Thank you.

12          And Mr. Leach, would you please state your appearance?

13          MR. LEACH:  Stephen Leach on behalf of CGH

14    Technologies, Inc.

15          MS. TOLEDO:  All right.  Thank you.

16          So just a reminder, Mr. Owen, you're still under oath

17    from when we were here last week.  I'm hoping to keep this

18    pretty quick today.  I only have a couple of follow-up

19    questions.  So we have received --

20          MR. OWEN:  Yes, ma'am.

21          MS. TOLEDO:  -- a bunch of bank statements from your

22    counsel.  Thank you very much, Mr. Press.  We appreciate you

23    getting those to us.  So I just had a couple of follow-up

24    questions about them.

25          So you have the Chase account that ends in 9391.  It

1    looks like the first date on that account was April 15th.  So

2    was that around when that account was open?

3            MR. OWEN:  That's directed to me, ma'am?

4            MS. TOLEDO:  Yes.

5            MR. PRESS:  Yes.

6            MR. OWEN:  Okay.  Yes, it was.  Sorry.

7            MS. TOLEDO:  All right.  And then on April 15th, there

8    was 103,000 dollars that was deposited into the Chase account.

9    What were these funds from?

10           MR. OWEN:  During our first 341, it was asked if I had

11   received life insurance from Aflac, and I stated that I

12   received an estimated 100,000.  So it came from an Aflac life

13   insurance policy.

14           MS. TOLEDO:  All right.  Thank you.  And when I was

15   looking at the bank statements, I don't want to go through and

16   ask transaction by transaction, but just in general, I saw

17   various payments going out in checks.  In general, what do you

18   use checks from the Chase account for?

19           MR. OWEN:  One of the checks went to Bank of America

20   to settle half of my credit card.  A check went out to a legal

21   fee for the North Carolina deed.  They filed -- the CGH filed

22   something in the court about my deeds down there, which was

23   mentioned in the first hearing.  So I had to put a down -- or

24   not a down payment.  I forget what you call it.  A retainer to

25   that.  A -- a -- a -- a medical check for one.  A catchup

**Colloquy**

4

1  check.   A confident dueling was another legal check that I

2  wrote.   4277.   And so they were along those lines, ma'am.

3         MS. TOLEDO:  All right.  Thank you.  And for the Green

4  Dot account, do you remember roughly what month and year that

5  account was opened?

6         MR. OWEN:   It -- it was last year during my

7  bankruptcy, when they had garnished my Bank of America account,

8  and I didn't have anything for -- so I -- I'm going to guess

9  August of last year, ma'am.  August/September of last year.

10         MS. TOLEDO:  All right.  And so Mr. Press, we didn't

11  see statements for January or February.  If you're able to get

12  those for the Green Dot account, we would like to see those as

13  well.

14         MR. PRESS:  Okay.  I thought it did go back that far,

15  but if it didn't, Mr. Owen, are you able to get those?

16         MR. OWEN:  I can contact Green Dot and ask them if

17  they can provide them to me like Chase did.  I had to --

18  there's no office or no physical place to go to, so I'll have

19  to call their 1-800 number and request them.  And I will --

20         MR. PRESS:  Okay.

21         MR. OWEN:  As soon as I hang up today, I will make

22  that request.

23         MS. TOLEDO:  All right.  Excellent.  Thank you very

24  much.

25         MR. PRESS:  The statements you produced were the ones

1  that went as far back as you could get them online; is that

2  right?

3          MR. OWEN:  Yes, sir.

4          MS. TOLEDO:  All right.  Understandable.  If you're

5  unable to get those, then that is all right.  But please do go

6  ahead and call and see if you're able to.  I will not hold open

7  the meeting for that.

8          MR. OWEN:  Yes.

9          MS. TOLEDO:  It's not necessary to.  But we do like to

10  just see those six months of bank statements in all of the

11  accounts.

12          MR. OWEN:  Yes, ma'am.  After this call, I will do my

13  due diligence.

14          MS. TOLEDO:  All right.  Thank you, Mr. Owens.

15          So that's all of the questions from me, but I believe

16  that Mr. Leach had a couple of follow-up questions.

17          So Mr. Leach, please go ahead and state your

18  appearance again and then ask questions.

19          MR. LEACH:  Stephen Leach on behalf of CGH

20  Technologies, Inc.  Mr. Owen, in response to one of Ms.

21  Toledo's questions right now, you referred to paying a legal

22  fee -- a legal retainer for counsel in North Carolina.  Did I

23  hear that correctly?

24          MR. OWEN:  Yes.

25          MR. LEACH:  How much was the retainer?

1          MR. OWEN:  Dollars.

2          MR. LEACH:  How much?

3          MR. OWEN:  7,500.

4          MR. LEACH:  And who was that paid to?

5          MR. OWEN:  Van Camp Van O'Linda PLLC.  It was in

6    response to CGH filing in North Carolina for my lot.

7          MR. PRESS:  And Steve, if I may, if I can interrupt

8    here briefly, the bulk of that was returned to me as part of my

9    retainer for this case.

10          MR. LEACH:  Okay.  All right.  You preempted some of

11    my questions, or my next question, which was (indiscernible) --

12          MR. PRESS:  So they did not -- they did not use 7,500

13    dollars.  They used far less than that and then forwarded it to

14    me.  And I believe, if you look at my attorney fee disclosure,

15    which I don't have right in front of me right now, you'll see

16    how much came back from that.

17          MR. LEACH:  Okay.  Very well.  Mr. Owen, I want to

18    turn your attention to the Fidelity account that you disclose

19    on your bankruptcy schedules as exempt as a retirement account.

20    What is the nature of the Fidelity account?  Is it an IRA, and

21    if so, is it a Roth IRA or a traditional IRA?  What is it?

22          MR. OWEN:  It's a traditional -- I don't know what is

23    a -- I don't know what a traditional IRA is.  It's a Fidelity

24    IRA.  So I -- I don't know much than that.

25          MR. LEACH:  And you created that IRA through a

1  transfer of funds from Prudential Insurance Company?

2          MR. OWEN:  Yes.  We've gone over this on the last

3  call, sir.

4          MR. LEACH:  I just wanted to confirm.

5          MR. OWEN:  Yes, sir.

6          MR. LEACH:  And what was the -- did you have an

7  account at Prudential Insurance Company?

8          MR. OWEN:  No.

9          MR. LEACH:  What was the nature of the -- what was the

10  nature of the -- let me back up.  Why did Prudential transfer

11  the money to Fidelity?

12          MR. OWEN:  Because I -- it was requested for the --

13  that money to be transferred to Fidelity IRA, with the

14  stipulation that the money has to be -- I only have ten

15  years -- the -- the money has to be disbursed within ten years.

16          MR. LEACH:  Who created the Prudential account?

17          MR. OWEN:  I set up the Prudential account in

18  2012/2013.

19          MR. LEACH:  Okay.  Did Cindy Troutman create the

20  Prudential account?

21          MR. OWEN:  No, it was actually me who contacted --

22  well, it wasn't Prudential, actually, sir.  It was BB&T at the

23  time.  The bank, their -- they used Prudential as the account.

24  It was set up that way.  It was not a direct-to-Prudential.  It

25  was through BB&T.  Now Truist.

8

1          MR. LEACH:  What was the nature of the Prudential

2   account?  Was it a retirement account?  Was it an annuity?  Was

3   it an IRA?  What was it?

4          MR. OWEN:  As I said in the first hearing, sir, it was

5   a -- it was an IRA annuity.  Qualified plan.

6          MR. LEACH:  And the money in the Prudential account

7   came from your earnings; is that correct?

8          MR. OWEN:  Came from, I'm sorry, my what?

9          MR. LEACH:  Your earnings.

10          MR. OWEN:  No.

11          MR. LEACH:  Where did the money in the Prudential

12   account come from?

13          MR. OWEN:  It was a rollover from a 401(k) qualified

14   plan that at I think MFS Research or whatever the plan was at

15   CGH in 2012 or 2013.  I --

16          MR. LEACH:  And was that a rollover of your money

17   or --

18          MR. OWEN:  No.

19          MR. LEACH:  -- Cindy Troutman's money?

20          MR. OWEN:  I rolled it over for Cindy Troutman under

21   her bequest.

22          MR. LEACH:  So it was Cindy Troutman's money?

23          MR. OWEN:  It was her 401(k) that I rolled over for

24   her as an investment into Prudential.  I set it up for her.

25          MR. LEACH:  So the money in the Prudential account

1  belonged to Cindy Troutman, not to you; is that correct?

2          MR. OWEN:  It was her rollover from her 401(k).

3          MR. LEACH:  Did not belong to you; is that correct?

4          MR. OWEN:  I just answered the question.

5          MR. LEACH:  How did you come to obtain ownership of

6  the funds in the account?

7          MR. OWEN:  I was contacted by the bank.  The person

8  who operated or who set up the account, I have known this

9  person.  And he said he was sorry to hear about Troutman's

10 death and that there was her Prudential fund that I had set up

11 for her as a qualified rollover plan.

12         MR. LEACH:  And did you --

13         MR. OWEN:  (Indiscernible) --

14         MR. LEACH:  -- then make a claim?  I'm sorry.  Are you

15 done?

16         MR. OWEN:  Yes.  Go ahead.

17         MR. LEACH:  Did you then make a claim or payment of

18 the money in the Prudential account to you?

19         MR. OWEN:  Was the inheritor of the claim -- of the

20 rollover account.

21         MR. LEACH:  As a death beneficiary?

22         MR. OWEN:  As a beneficiary, yes.  I guess a

23 beneficiary.  She's dead.  So that's the only reason I would

24 have it.  No disrespect by saying she's dead, but she's passed

25 away.

1    MR. LEACH:  So the money in the Fidelity account is

2   the result of an inheritance or a bequest by Cindy Troutman to

3   you; is that correct?

4    MR. OWEN:  I was a -- I was a beneficiary of her

5   account.

6    MR. LEACH:  And what sort of account did you tell

7   Fidelity to create on your behalf?

8    MR. OWEN:  I did not tell them to create anything on

9   my behalf.  They advised me of what could be done with it.  And

10   it has to be a qualified inheritance because it's based on

11   ERISA, it has to be a qualified IRA account based on ERISA

12   rules, with the stipulation that by the age of seventy, my age

13   seventy, that it has to be dispersed.

14    MR. LEACH:  When was the fidelity account created?

15    MR. OWEN:  I'd have to look back on what I provided to

16   my counsel.  I don't have it in front of me as the actual date.

17   I -- I have to look back.

18    MR. LEACH:  Give me your best estimate.

19    MR. OWEN:  May.  End of May.  The -- oh, it started --

20    MR. LEACH:  Of 2025?

21    MR. OWEN:  Yeah.  It started back in -- the actual

22   conversation started in April, I believe.

23    MR. LEACH:  Of 2025?

24    MR. OWEN:  Again, yes.

25    MR. LEACH:  Are you related by blood or marriage, or

**Colloquy**

11

1   were you related by blood or marriage in any way to Cindy

2   Troutman?

3           MR. OWEN:  No.  I was at one time her live-in partner.

4           MR. LEACH:  But you were never married?

5           MR. OWEN:  Again, no.

6           MR. LEACH:  Was the money transferred directly from

7   Prudential to Fidelity, or was there any intermediary

8   institution?

9           MR. OWEN:  I can't -- I don't know.  Prudential worked

10  with Fidelity to transfer it.  So who -- inter -- inter --

11  whatever the word that you just said, third parties, I'm not

12  aware of anything like that.

13          MR. LEACH:  Well, I just have a few questions about

14  your Athene IRA annuity.

15          MR. OWEN:  Athene.

16          MR. LEACH:  I'm sorry.

17          MR. OWEN:  Athene.

18          MR. LEACH:  Athene.  Thank you.  Is the Athene IRA

19  annuity?  A rollover from your 401(k) account with CGH?

20          MR. OWEN:  From the first hearing, 341, you had asked

21  the question.  The answer was, yes, it was my 401.  CGH never

22  paid me the full loan amount back on it, and I rolled that into

23  an IRA annuity with Athene.

24          MR. LEACH:  Have you made any contributions to the

25  Athene IRA annuity within the last twelve months?

**Colloquy**

12

1           MR. OWEN:  I'm not allowed to.  That's not -- the

2   plan's set up -- I -- I'm not allowed to make any contributions

3   to it.  It's a rollover.

4           MR. LEACH:  So all of the funds in the Athene IRA

5   annuity are rollover from your CGH 401(k)?

6           MR. OWEN:  Counsel, this is the fourth time.  The

7   answer is yes.

8           MR. LEACH:  Thank you.  A few questions about your

9   child support that you identify on your schedules and statement

10  of financial affairs.  How many children do you pay child

11  support for?

12          MR. OWEN:  One.

13          MR. LEACH:  What is the age of that child?

14          MR. OWEN:  She was born in 2001.  She'll be -- she's

15  going on fifteen-years old.

16          MR. LEACH:  2001?  Would she not be twenty-four-years

17  old?

18          MR. OWEN:  2011.  I apologize.  2011.  I misspoke.

19  Sorry.

20          MR. LEACH:  Which court ordered you to pay child

21  support?

22          MR. OWEN:  It was a -- it was Fairfax County, which is

23  on the document that I provided to my counsel.

24          MR. LEACH:  When do your child support obligations

25  end?

13

1          MR. OWEN:  When she becomes eighteen-years old.

2          MR. LEACH:  To whom do you send the child support

3   payments?

4          MR. OWEN:  To her mother.

5          MR. LEACH:  And is her mother a former spouse?

6          MR. OWEN:  She is not.

7          MR. LEACH:  This is a child that you had out of

8   wedlock?

9          MR. OWEN:  We were never married, as I just said, so

10  obviously it's out of wedlock.

11         MR. LEACH:  Do you send the money to the child's

12  mother?

13         MR. OWEN:  Yes, I do.

14         MR. LEACH:  A couple of questions about --

15         MR. OWEN:  My first bank -- my first bank -- my

16  first -- my first bankruptcy hearing, I sent all the checks to

17  my former counsel to verify that all the checks were sent to

18  her.  Had been sent to her or what I had at that time.

19         MR. LEACH:  On your schedules, you identify as exempt

20  property a coin collection.  You value it at a hundred dollars.

21  What is the nature of that collection?  What kind of coins?

22         MR. OWEN:  I'm not sure I understand.  Could you

23  repeat that?

24         MR. LEACH:  What kind of coins comprise your coin

25  collection as identified on your schedule of exempt property?

1      MR. OWEN:  At that time, it was a roll of dimes,

2  silver dimes, mercury dimes, that my passing uncle gave to me

3  ten years ago.  I estimated them at a hundred dollars.

4      MR. LEACH:  Are you an active coin collector, or this

5  is merely an inheritance from your uncle?

6      MR. OWEN:  It -- it was an inheritance.  It was a gift

7  from my uncle.  All -- all my brothers and sisters received the

8  same thing.

9      MR. LEACH:  So you're not an active collector?

10      MR. OWEN:  No.

11      MR. LEACH:  Okay.  Any gold coins in the collection?

12      MR. OWEN:  As I've disclosed to my counsel yesterday

13  at one of my things, yes, there was items that were bought in

14  April and May of this year.  I have disclosed all of those to

15  my --

16      MR. PRESS:  That, we would amend -- we will be

17  amending the schedules to include those items.

18      MR. LEACH:  These are additional coins?

19      MR. OWEN:  These are coins, yes.

20      MR. PRESS:  Glyn.

21      MR. LEACH:  Who did you buy those coins from?

22      MR. OWEN:  An online retailer.

23      MR. LEACH:  What is the nature of those coins, sir?

24  What denomination?  Are they U.S. coins?  What are they?

25      MR. OWEN:  One ounce silver bars.  Five ounce silver

**Colloquy**

15

1   bars.  Tenth out Liberty Eagle.  Stuff like that.

2          MR. LEACH:  Are any of them gold.

3          MR. OWEN:  Seven are one-tenth gold, I believe.  One-

4   tenth of a -- one-tenth of an ounce gold.  I forget what my

5   schedule says.

6          MR. LEACH:  Well, your schedules at this point say a

7   hundred dollars.  So I take it your counsel indicates you're

8   going to be amending that schedule.  I would just asking when

9   you do amend it --

10         MR. OWEN:  That's what's being stated.

11         MR. LEACH:  Go ahead.  I'm sorry.

12         MR. OWEN:  My counsel has the amended schedule of

13  which the number of those coins are there.  I don't have it in

14  front of me.  The number of ounces of -- are there as well.

15         MR. LEACH:  That's all that I have at this time.

16  Thank you.

17         MS. TOLEDO:  All right.  Thank you, Mr. Leach.

18         Mr. Press, while we're on the topic of amended

19  schedules the schedule A/B also --

20         MR. PRESS:  Yes.

21         MS. TOLEDO:  -- needs to be amended to include the

22  Truist 1993 and the Chime 0136, because neither of those were

23  in the initial schedules.

24         MR. PRESS:  Actually, I believe the Truist was listed

25  under closed accounts.  It was closed pre-petition.  But you're

**Colloquy**

16

1    correct about the Chime, and we will amend to add that.

2            MS. TOLEDO:  All right.  Excellent.  Thank you very

3    much.

4            MR. PRESS:  That's on the list of item -- list of

5    items that I need to get on there and get it amended.

6            MS. TOLEDO:  All right.  Thank you very much.

7            That is all of the questions that I had.  Thank you

8    very much.  I really appreciate you coming back for a continued

9    meeting.  I'll go ahead and close this meeting.  I'm going to

10   stop the recording.

11       (Whereupon these proceedings were concluded)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

17

1                    C E R T I F I C A T I O N

2

3          I, River Wolfe, the court-approved transcriber, do

4   hereby certify the foregoing is a true and correct transcript

5   from the official electronic sound recording of the proceedings

6   in the above-entitled matter.

7

8

9                                           July 18, 2025

10   _____    _____

11   RIVER WOLFE                         DATE

12   TTA-Certified Digital Legal Transcriber CDLT-265

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**A/B (1)**
15:19
**able (3)**
4:11,15;5:6
**account (32)**
2:25;3:1,2,8,18;4:4,
5,7,12;6:18,19,20;7:7,
16,17,20,23;8:2,2,6,
12,25;9:6,8,18,20;
10:1,5,6,11,14;11:19
**accounts (2)**
5:11;15:25
**active (2)**
14:4,9
**actual (2)**
10:16,21
**actually (3)**
7:21,22;15:24
**add (1)**
16:1
**additional (1)**
14:18
**advised (1)**
10:9
**affairs (1)**
12:10
**Aflac (2)**
3:11,12
**afternoon (1)**
2:1
**again (3)**
5:18;10:24;11:5
**age (3)**
10:12,12;12:13
**ago (1)**
14:3
**ahead (5)**
5:6,17;9:16;15:11;
16:9
**allowed (2)**
12:1,2
**along (1)**
4:2
**amend (3)**
14:16;15:9;16:1
**amended (4)**
15:12,18,21;16:5
**amending (2)**
14:17;15:8
**America (2)**
3:19;4:7
**amount (1)**
11:22
**annuity (7)**
8:2,5;11:14,19,23,
25;12:5
**answered (1)**
9:4
**apologize (1)**
12:18

**appearance (3)**
2:9,12;5:18
**appreciate (2)**
2:22;16:8
**April (4)**
3:1,7;10:22;14:14
**around (1)**
3:2
**Athene (8)**
11:14,15,17,18,18,
23,25;12:4
**attention (1)**
6:18
**attorney (1)**
6:14
**August (1)**
4:9
**August/September (1)**
4:9
**aware (1)**
11:12
**away (1)**
9:25

## B

**back (9)**
4:14;5:1;6:16;7:10;
10:15,17,21;11:22;
16:8
**bank (9)**
2:21;3:15,19;4:7;
5:10;7:23;9:7;13:15,
15
**bankruptcy (3)**
4:7;6:19;13:16
**bars (2)**
14:25;15:1
**based (2)**
10:10,11
**BB&T (2)**
7:22,25
**becomes (1)**
13:1
**behalf (5)**
2:10,13;5:19;10:7,9
**belong (1)**
9:3
**belonged (1)**
9:1
**beneficiary (4)**
9:21,22,23;10:4
**bequest (2)**
8:21;10:2
**best (1)**
10:18
**blood (2)**
10:25;11:1
**born (1)**
12:14
**bought (1)**
14:13
**briefly (1)**

6:8
**brothers (1)**
14:7
**bulk (1)**
6:8
**bunch (1)**
2:21
**buy (1)**
14:21

## C

**call (5)**
3:24;4:19;5:6,12;
7:3
**came (4)**
3:12;6:16;8:7,8
**Camp (1)**
6:5
**can (3)**
4:16,17;6:7
**card (1)**
3:20
**Carolina (3)**
3:21;5:22;6:6
**case (2)**
2:3;6:9
**catchup (1)**
3:25
**CGH (8)**
2:13;3:21;5:19;6:6;
8:15;11:19,21;12:5
**Chase (4)**
2:25;3:8,18;4:17
**check (4)**
3:20,25;4:1,1
**checks (5)**
3:17,18,19;13:16,
17
**child (7)**
12:9,10,13,20,24;
13:2,7
**children (1)**
12:10
**child's (1)**
13:11
**Chime (2)**
15:22;16:1
**Cindy (7)**
7:19;8:19,20,22;
9:1;10:2;11:1
**claim (3)**
9:14,17,19
**close (1)**
16:9
**closed (2)**
15:25,25
**coin (3)**
13:20,24;14:4
**coins (9)**
13:21,24;14:11,18,
19,21,23,24;15:13
**collection (4)**

13:20,21,25;14:11
**collector (2)**
14:4,9
**coming (1)**
16:8
**Company (2)**
7:1,7
**comprise (1)**
13:24
**concluded (1)**
16:11
**confident (1)**
4:1
**confirm (1)**
7:4
**contact (1)**
4:16
**contacted (2)**
7:21;9:7
**continued (2)**
2:3;16:8
**contributions (2)**
11:24;12:2
**conversation (1)**
10:22
**correctly (1)**
5:23
**counsel (9)**
2:22;5:22;10:16;
12:6,23;13:17;14:12;
15:7,12
**County (1)**
12:22
**couple (4)**
2:18,23;5:16;13:14
**court (2)**
3:22;12:20
**create (3)**
7:19;10:7,8
**created (3)**
6:25;7:16;10:14
**credit (1)**
3:20

## D

**Dan (1)**
2:10
**date (2)**
3:1;10:16
**dead (2)**
9:23,24
**death (2)**
9:10,21
**debtor (1)**
2:10
**deed (1)**
3:21
**deeds (1)**
3:22
**denomination (1)**
14:24
**deposited (1)**

3:8
**diligence (1)**
5:13
**dimes (3)**
14:1,2,2
**directed (1)**
3:3
**directly (1)**
11:6
**direct-to-Prudential (1)**
7:24
**disbursed (1)**
7:15
**disclose (1)**
6:18
**disclosed (2)**
14:12,14
**disclosure (1)**
6:14
**dispersed (1)**
10:13
**disrespect (1)**
9:24
**document (1)**
12:23
**dollars (6)**
3:8;6:1,13;13:20;
14:3;15:7
**done (2)**
9:15;10:9
**Dot (3)**
4:4,12,16
**down (3)**
3:22,23,24
**due (1)**
5:13
**dueling (1)**
4:1
**During (2)**
3:10;4:6

## E

**Eagle (1)**
15:1
**earnings (2)**
8:7,9
**eighteen-years (1)**
13:1
**End (2)**
10:19;12:25
**ends (1)**
2:25
**ERISA (2)**
10:11,11
**estimate (1)**
10:18
**estimated (2)**
3:12;14:3
**Excellent (2)**
4:23;16:2
**exempt (3)**
6:19;13:19,25

## F

**Fairfax (1)**
12:22
**far (3)**
4:14;5:1;6:13
**February (1)**
4:11
**fee (3)**
3:21;5:22;6:14
**few (2)**
11:13;12:8
**Fidelity (10)**
6:18,20,23;7:11,13;
10:1,7,14;11:7,10
**fifteen-years (1)**
12:15
**filed (2)**
3:21,21
**filing (1)**
6:6
**financial (1)**
12:10
**first (9)**
3:1,10,23;8:4;
11:20;13:15,15,16,16
**Five (1)**
14:25
**follow-up (3)**
2:18,23;5:16
**forget (2)**
3:24;15:4
**former (2)**
13:5,17
**forwarded (1)**
6:13
**fourth (1)**
12:6
**front (3)**
6:15;10:16;15:14
**full (1)**
11:22
**fund (1)**
9:10
**funds (4)**
3:9;7:1;9:6;12:4

## G

**garnished (1)**
4:7
**gave (1)**
14:2
**general (2)**
3:16,17
**gift (1)**
14:6
**Glyn (3)**
2:3,7;14:20
**gold (4)**
14:11;15:2,3,4
**Good (1)**

2:1
**Green (3)**
4:3,12,16
**guess (2)**
4:8;9:22

## H

**half (1)**
3:20
**hang (1)**
4:21
**hear (2)**
5:23;9:9
**hearing (4)**
3:23;8:4;11:20;
13:16
**hold (1)**
5:6
**hoping (1)**
2:17
**hundred (3)**
13:20;14:3;15:7

## I

**identified (1)**
13:25
**identify (2)**
12:9;13:19
**Inc (2)**
2:14;5:20
**include (2)**
14:17;15:21
**indicates (1)**
15:7
**indiscernible (2)**
6:11;9:13
**inheritance (4)**
10:2,10;14:5,6
**inheritor (1)**
9:19
**initial (1)**
15:23
**institution (1)**
11:8
**insurance (4)**
3:11,13;7:1,7
**inter (2)**
11:10,10
**intermediary (1)**
11:7
**interrupt (1)**
6:7
**into (3)**
3:8;8:24;11:22
**investment (1)**
8:24
**IRA (15)**
6:20,21,21,23,24,
25;7:13;8:3,5;10:11;
11:14,18,23,25;12:4
**item (1)**

16:4
**items (3)**
14:13,17;16:5

## J

**January (1)**
4:11
**July (1)**
2:4

## K

**Katharine (1)**
2:2
**keep (1)**
2:17
**kind (2)**
13:21,24
**known (1)**
9:8

## L

**last (6)**
2:17;4:6,9,9;7:2;
11:25
**Leach (69)**
2:12,13,13;5:16,17,
19,19,25;6:2,4,10,17,
25;7:4,6,9,16,19;8:1,
6,9,11,16,19,22,25;
9:3,5,12,14,17,21;
10:1,6,14,18,20,23,
25;11:4,6,13,16,18,
24;12:4,8,13,16,20,
24;13:2,5,7,11,14,19,
24;14:4,9,11,18,21,
23;15:2,6,11,15,17
**legal (4)**
3:20;4:1;5:21,22
**less (1)**
6:13
**Liberty (1)**
15:1
**life (2)**
3:11,12
**lines (1)**
4:2
**list (2)**
16:4,4
**listed (1)**
15:24
**live-in (1)**
11:3
**loan (1)**
11:22
**look (3)**
6:14;10:15,17
**looking (1)**
3:15
**looks (1)**
3:1

16:4
**items (3)**
14:13,17;16:5

**lot (1)**
6:6

## M

**ma'am (5)**
2:20;3:3;4:2,9;5:12
**many (1)**
12:10
**marriage (2)**
10:25;11:1
**married (2)**
11:4;13:9
**may (4)**
6:7;10:19,19;14:14
**medical (1)**
3:25
**meeting (3)**
5:7;16:9,9
**mentioned (1)**
3:23
**mercury (1)**
14:2
**merely (1)**
14:5
**MFS (1)**
8:14
**misspoke (1)**
12:18
**money (14)**
7:11,13,14,15;8:6,
11,16,19,22,25;9:18;
10:1;11:6;13:11
**month (1)**
4:4
**months (2)**
5:10;11:25
**mother (3)**
13:4,5,12
**much (9)**
2:22;4:24;5:25;6:2,
16,24;16:3,6,8

## N

**name (1)**
2:5
**nature (6)**
6:20;7:9,10;8:1;
13:21;14:23
**necessary (1)**
5:9
**need (1)**
16:5
**needs (1)**
15:21
**neither (1)**
15:22
**next (1)**
6:11
**North (3)**
3:21;5:22;6:6
**number (4)**

2:3;4:19;15:13,14

## O

**oath (1)**
2:16
**obligations (1)**
12:24
**obtain (1)**
9:5
**obviously (1)**
13:10
**Office (2)**
2:2;4:18
**old (3)**
12:15,17;13:1
**O'Linda (1)**
6:5
**One (7)**
3:19,25;5:20;11:3;
12:12;14:13,25
**One- (1)**
15:3
**ones (1)**
4:25
**one-tenth (2)**
15:3,4
**online (2)**
5:1;14:22
**only (3)**
2:18;7:14;9:23
**open (2)**
3:2;5:6
**opened (1)**
4:5
**operated (1)**
9:8
**ordered (1)**
12:20
**ounce (3)**
14:25,25;15:4
**ounces (1)**
15:14
**out (5)**
3:17,20;13:7,10;
15:1
**over (3)**
7:2;8:20,23
**Owen (79)**
2:3,5,7,7,16,20;3:3,
6,10,19;4:5,15,16,21;
5:3,8,12,20,24;6:1,3,
5,17,22;7:2,5,8,12,17,
21;8:4,8,10,13,18,20,
23;9:2,4,7,13,16,19,
22;10:4,8,15,19,21,
24;11:3,5,9,15,17,20;
12:1,6,12,14,18,22;
13:1,4,6,9,13,15,22;
14:1,6,10,12,19,22,
25;15:3,10,12
**Owens (1)**
5:14

**ownership (1)**
9:5

## P

**paid (2)**
6:4;11:22
**part (1)**
6:8
**parties (1)**
11:11
**partner (1)**
11:3
**passed (1)**
9:24
**passing (1)**
14:2
**pay (2)**
12:10,20
**paying (1)**
5:21
**payment (2)**
3:24;9:17
**payments (2)**
3:17;13:3
**person (2)**
9:7,9
**physical (1)**
4:18
**place (1)**
4:18
**plan (4)**
8:5,14,14;9:11
**plan's (1)**
12:2
**please (5)**
2:5,8,12;5:5,17
**PLLC (1)**
6:5
**pm (1)**
2:4
**point (1)**
15:6
**policy (1)**
3:13
**preempted (1)**
6:10
**pre-petition (1)**
15:25
**Press (17)**
2:8,10,10,22;3:5;
4:10,14,20,25;6:7,12;
14:16,20;15:18,20,24;
16:4
**pretty (1)**
2:18
**proceedings (1)**
16:11
**produced (1)**
4:25
**property (2)**
13:20,25
**provide (1)**

4:17
**provided (2)**
10:15;12:23
**Prudential (17)**
7:1,7,10,16,17,20,
22,23;8:1,6,11,24,25;
9:10,18;11:7,9
**put (1)**
3:23

## Q

**Qualified (5)**
8:5,13;9:11;10:10,
11
**quick (1)**
2:18

## R

**really (1)**
16:8
**reason (1)**
9:23
**received (4)**
2:19;3:11,12;14:7
**record (1)**
2:6
**recording (1)**
16:10
**referred (1)**
5:21
**related (2)**
10:25;11:1
**remember (1)**
4:4
**reminder (1)**
2:16
**repeat (1)**
13:23
**request (2)**
4:19,22
**requested (1)**
7:12
**Research (1)**
8:14
**response (2)**
5:20;6:6
**result (1)**
10:2
**retailer (1)**
14:22
**retainer (4)**
3:24;5:22,25;6:9
**retirement (2)**
6:19;8:2
**returned (1)**
6:8
**right (18)**
2:1,15;3:7,14;4:3,
10,23;5:2,4,5,14,21;
6:10,15,15;15:17;
16:2,6

**roll (1)**
14:1
**rolled (3)**
8:20,23;11:22
**rollover (8)**
8:13,16;9:2,11,20;
11:19;12:3,5
**Roth (1)**
6:21
**roughly (1)**
4:4
**rules (1)**
10:12

## S

**same (1)**
14:8
**saw (1)**
3:16
**saying (1)**
9:24
**schedule (5)**
13:25;15:5,8,12,19
**schedules (7)**
6:19;12:9,13:19;
14:17;15:6,19,23
**send (2)**
13:2,11
**sent (3)**
13:16,17,18
**set (6)**
7:17,24;8:24;9:8,
10;12:2
**settle (1)**
3:20
**Seven (1)**
15:3
**seventy (2)**
10:12,13
**silver (3)**
14:2,25,25
**sisters (1)**
14:7
**six (1)**
5:10
**soon (1)**
4:21
**Sorry (7)**
3:6;8:8;9:9,14;
11:16;12:19;15:11
**sort (1)**
10:6
**spouse (1)**
13:5
**started (3)**
10:19,21,22
**state (4)**
2:5,8,12;5:17
**stated (2)**
3:11;15:10
**statement (1)**
12:9

**statements (5)**
2:21;3:15;4:11,25;
5:10
**Stephen (2)**
2:13;5:19
**Steve (1)**
6:7
**still (1)**
2:16
**stipulation (2)**
7:14;10:12
**stop (1)**
16:10
**Stuff (1)**
15:1
**support (5)**
12:9,11,21,24;13:2
**sure (1)**
13:22

## T

**Technologies (2)**
2:14;5:20
**ten (3)**
7:14,15;14:3
**Tenth (2)**
15:1,4
**third (1)**
11:11
**thought (1)**
4:14
**today (2)**
2:18;4:21
**TOLEDO (19)**
2:1,2,8,11,15,21;
3:4,7,14;4:3,10,23;
5:4,9,14;15:17,21;
16:2,6
**Toledo's (1)**
5:21
**topic (1)**
15:18
**traditional (3)**
6:21,22,23
**transaction (2)**
3:16,16
**transfer (3)**
7:1,10;11:10
**transferred (2)**
7:13;11:6
**Troutman (5)**
7:19;8:20;9:1;10:2;
11:2
**Troutman's (3)**
8:19,22;9:9
**Truist (3)**
7:25;15:22,24
**Trustee (1)**
2:2
**turn (1)**
6:18
**twelve (1)**

11:25
**twenty-four-years (1)**
12:16

## U

**unable (1)**
5:5
**uncle (3)**
14:2,5,7
**under (3)**
2:16;8:20;15:25
**Understandable (1)**
5:4
**up (8)**
4:21;7:10,17,24;
8:24;9:8,10;12:2
**use (2)**
3:18;6:12
**used (2)**
6:13;7:23

## V

**value (1)**
13:20
**Van (2)**
6:5,5
**various (1)**
3:17
**verify (1)**
13:17

## W

**way (2)**
7:24;11:1
**wedlock (2)**
13:8,10
**week (1)**
2:17
**what's (1)**
15:10
**Whereupon (1)**
16:11
**within (2)**
7:15;11:25
**word (1)**
11:11
**worked (1)**
11:9
**wrote (1)**
4:2

## Y

**year (5)**
4:4,6,9,9;14:14
**years (3)**
7:15,15;14:3
**yesterday (1)**
14:12

Glyn Neal Owen

July 17, 2025

2:25

**0**

**0136 (1)**
15:22

**1**

**100,000 (1)**
3:12
**103,000 (1)**
3:8
**15th (2)**
3:1,7
**17th (1)**
2:4
**1-800 (1)**
4:19
**1993 (1)**
15:22

**2**

**2:01 (1)**
2:4
**2001 (2)**
12:14,16
**2011 (2)**
12:18,18
**2012 (1)**
8:15
**2012/2013 (1)**
7:18
**2013 (1)**
8:15
**2025 (3)**
2:4;10:20,23
**25-11132 (1)**
2:3

**3**

**341 (3)**
2:3;3:10;11:20

**4**

**401 (1)**
11:21
**401k (5)**
8:13,23;9:2;11:19;
12:5
**4277 (1)**
4:2

**7**

**7,500 (2)**
6:3,12

**9**

**9391 (1)**