**SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| CGH TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2023-CAB-005970 |
| | ) | |
| v. | ) | Judge Juliet J. McKenna |
| | ) | |
| GLYN OWEN, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER OF PERMANENT INJUNCTION**

Plaintiff, CGH Technologies, Inc. ("Plaintiff"), by its undersigned counsel, having filed a

Verified Complaint for Injunctive Relief ("Complaint") against Defendant Glyn Owen

("Defendant"); Defendant having appeared pro se and consented to entry of this Consent Order of

Permanent Injunction ("Order") without contest, before any testimony has been taken in the above-

captioned action, and after the Court explained to Defendant on the record of the December 14,

2023 proceeding in Civil Action No. 2020 CA 002038 B, as incorporated into the record of the

above-captioned case, the scope of the Permanent Injunction requested by Plaintiff; and Defendant

having consented to this Order, it is this 18th day of December, 2023, hereby

**ORDERED, ADJUDGED, AND DECREED** that:

1.      The Court has jurisdiction over the subject matter and all parties to this action

pursuant to D.C. Code §§ 11–921 and 13-423(a)(3)–(4).

2.      The Complaint states a cause of action against Defendant for tortious interference

with CGH's prospective economic advantage by publishing false statements about CGH and its

business to CGH's customers and teaming partners.  Defendant denies these allegations.

3.      Upon entry of this Order, Defendant, and all those acting on his behalf or in concert

with him, who have received actual notice of this Order by personal service or otherwise, shall be

1

and hereby are permanently restrained and enjoined from directly or indirectly (i) tortiously

interfering with CGH's relationships with its customers, potential customers, and past, present and

prospective future teaming partners by improperly publishing false or misleading statements about

CGH and its business, in order to hinder and impair CGH's business, undermine business

relationships with CGH's actual and potential customers and past, present, and prospective future

teaming partners, and otherwise tortiously injure CGH, its business, and its reputation; or

(ii) otherwise tortiously interfering with CGH's relationships with its actual or potential customers

or past, present, or future prospective teaming partners.

4.      If Plaintiff brings and prevails in a contempt action to enforce the terms of this

Order, Plaintiff may seek reimbursement from Defendant of Plaintiff's reasonable attorneys' fees

and costs relating to such contempt proceedings.

5.      With the issuance of this Consent Order, Case No. 2023CAB005970, assigned to

the Honorable Donald Walker Tunnage, is **CLOSED** and the Initial Scheduling Conference on

January 12, 2024, is **VACATED.**

6.      The Court retains jurisdiction over this action and the parties thereto for the purpose

of enforcing and modifying this Order and for the purpose of granting such additional relief to any

party as may be necessary or appropriate.

**SO ORDERED**, this 18th day of December, 2023.

Juliet J. McKenna
Associate Judge

**Copies to:** Counsel of Record via Odyssey.

Chambers of Judge Tunnage

Glyn Owen, 1131 Tournai Court, Woodbridge, VA 22191

2