IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: <br><br> Glyn Neal Owen, <br><br> Debtor. | Case No. 25-11132-KHK <br><br> Chapter 11 |

## U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, moves this Court to convert this chapter 11 case to chapter 7 or, in the alternative, dismiss this case, whichever is in the best interests of the creditors and the estate.

In support of this motion the following representations are made:

1.  The Court has authority to hear and decide this matter. 28 U.S.C. § 1334.

2.  This is a core matter. 28 U.S.C. § 157(b)(2)(A).

3.  On June 4, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4.  The Bankruptcy Code at 11 U.S.C. § 1112(b)(1) provides that when a movant establishes cause, the Court shall either convert to chapter 7 or dismiss a case filed under this chapter based on whichever is in the best interests of creditors and the estate.

5.  At the time of filing this Motion, the Debtor has failed to file monthly operating reports for the months of June, July and August 2025.

Katharine I. Toledo, D.C. Bar No. 90027591
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(202)-603-5203
Katharine.I.Toledo@usdoj.gov

**Argument**

The Court, for cause, after notice and hearing, may dismiss or convert a case to a case under chapter 7, whichever is in the best interests of the creditors and the estate. 11 U.S.C. § 1112(b)(1). Section 1112(b)(4) contains a non-exhaustive list of circumstances which constitute "cause" for dismissal or conversion. *See* 11 U.S.C. § 1112(b)(4).

Under 11 U.S.C. § 1112(b)(4)(F) cause exists where "unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter". The Debtor has failed to file monthly operating reports for June, July and August 2025. Failure to file these reports is grounds for conversion or dismissal of the case.

As the U.S. Trustee has established a *prima facie* case that "cause" exists to convert or dismiss this case, the burden shifts to the Debtor to demonstrate that "unusual circumstances" exist that establish that converting or dismissing the case is not in the best interests of creditors and the estate to avoid the mandatory conversion or dismissal of their case. *See* 11 U.S.C. § 1112(b)(2). For the exception to apply, the court must find and specifically identify unusual circumstances establishing that converting or dismissing the case is not in the best interests of creditors and the estate. *Id.* The debtor or another party in interest must then: (1) establish that there is a reasonable likelihood that a plan will be confirmed within a reasonable period of time; and (2) that the grounds for converting or dismissing the case include an act or omission of the debtor other than under paragraph (4)(A)—(i) for which there exists a reasonable justification for the act or omission; and (ii) that it will be cured within a reasonable period of time fixed by the court. *Id.*; *See In re Landmark Atl. Hess Farm, LLC,* 448 B.R. 707 (Bankr. D. Md. 2011). The U.S. Trustee is unaware of any unusual circumstances that would result in a finding that either conversion or dismissal of this case in not in the best interest of creditors and the estate.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order converting this case to a case under chapter 7 of the Bankruptcy Code or dismiss this case.

Dated:  September 29, 2025               Matthew W. Cheney
                                         Acting United States Trustee, Region 4


                                         */s/ Katharine I. Toledo*
                                         Katharine I. Toledo, D.C. Bar No. 90027591
                                         Trial Attorney
                                         Office of United States Trustee
                                         1725 Duke Street, Suite 650
                                         Alexandria, VA 22314
                                         (202) 603-5203 (Office Cell)
                                         Email: katharine.i.toledo@usdoj.gov

**Certificate of Service**

      I hereby certify that on September 29, 2025, I electronically filed the foregoing Motion with the Clerk of the Court and served it on the parties listed below who are registered Users of the CM/ECF system, by the Notice of Electronic filing generated by the Court's ECF system:

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Stephen E. Leach sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Mark David Meyer bankruptcy@rosenberg-assoc.com

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

Steven B. Ramsdell sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov

      I further certify that on September 29, 2025, a copy of the foregoing Motion was served by first class United States mail, postage prepaid to the following:

Glyn Neal Owen
1131 Tournai Court
Woodbridge, VA 22191

                                                            */s/ Robert W. Ours*
                                                            Robert W. Ours
                                                            Paralegal Specialist