## United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−11132−KHK
**Chapter**   11
**Judge**   Klinette H. Kindred

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Glyn Neal Owen
 1131 Tournai Court
Woodbridge, VA 22191

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−9409

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF HEARING

A

*42* − Notice and Motion to Convert Case to Chapter 7 (Fee Amount of $ 15 Exempt), or in the alternative Motion to Dismiss Case , Notice of Motion & Notice of Hearing Hearing scheduled for 11/18/2025 at 12:00 PM at Judge Kindred's Courtroom, 200 S. Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Attachments: # 1 Notice of Motion and Notice of Hearing)Filed by Katharine Toledo of Office of the U.S. Trustee on behalf of Matthew W. Cheney (Toledo, Katharine)

 has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**  November 18, 2025          **Time:**  12:00 PM

**Location:**

Judge Kindred's Courtroom, U.S. Bankruptcy Court, 3rd Floor, 200 South Washington St., Courtroom III, Alexandria, VA 22314


Dated:  September 30, 2025                              For the Court,

                                                         Charri S Stewart, Clerk
[VAN022USTvSept2023.jsp]                                 United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-11132-KHK

Glyn Neal Owen     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: RenierJes     Page 1 of 2
Date Rcvd: Sep 30, 2025     Form ID: VAN22UST     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |
| 16736518 | + | AEC MTRR, PO Box 575, Blue Ridge Summit, PA 17214-0575 |
| 16736520 | + | CGH Technologies, 400 Virginia Avenue, Sub Tenant Suite 700B, Washington, DC 20024-2986 |
| 16736521 | + | Charles A Dean, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive Suite 410, Fairfax, VA 22030-2520 |
| 16736522 | + | Compton & Duling, 12701 Marblestone Dr, Woodbridge, VA 22192-8327 |
| 16736523 | + | Deliese Owen, 1131 Tournai Ct, Woodbridge, VA 22191-3253 |
| 16736526 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 01 2025 01:14:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., 635 Woodward Avenue, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 16766727 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 01:19:18 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16736519 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 01 2025 01:12:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16736524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2025 01:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16736525 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 01 2025 01:14:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 16779005 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 01 2025 01:14:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 16749122 | + | Email/Text: bankruptcy@bbandt.com | Oct 01 2025 01:13:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CGH Technologies, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 2 of 2 |
| Date Rcvd: Sep 30, 2025 | Form ID: VAN22UST | Total Noticed: 14 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

**Name**  **Email Address**

Daniel M. Press
on behalf of Debtor Glyn Neal Owen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

Katharine Toledo
on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov

Mark David Meyer
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com

Matthew W. Cheney
ustpregion04.ax.ecf@usdoj.gov

Stephen E. Leach
on behalf of Plaintiff CGH Technologies Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven B. Ramsdell
on behalf of Creditor CGH Technologies Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

TOTAL: 6