**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **GLYN NEAL OWEN,** ) | Case #25-11132-KHK |
| ) | (Chapter 11) |
| Debtor-In-Possession. ) | |
| ) | |
| ) | |
| **CGH TECHNOLOGIES, INC.,** ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| **GLYN NEAL OWEN, Debtor,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

CGH Technologies, Inc., by counsel, hereby withdraws the Motion For Relief From The Automatic Stay (Doc 40) that it filed in this case on September 19, 2025.

CGH TECHNOLOGIES, INC.
By counsel

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2025, a true copy of the foregoing Withdrawal was served on all parties registered to receive service through the Court's ECF system.

/s/Steven B. Ramsdell
Steven B. Ramsdell