# UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Virginia

Alexandria Division

In Re.  Glyn Owen

§
§
§
§

Debtor(s)

Case No.   25-11132

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2025

Petition Date: 06/04/2025

Months Pending: 1

Industry Classification: | 8 | 7 | 1 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Glyn Owen
Signature of Responsible Party

10/17/2025
Date

Glyn Owen
Printed Name of Responsible Party

1131 Tournai Court, Woodbridge, VA 22191
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Glyn Owen                                                    Case No.  25-11132

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $2,901 | |
| b. | Total receipts (net of transfers between accounts) | $7,606 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $4,128 | $0 |
| d. | Cash balance end of month (a+b-c) | $6,379 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $4,128 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name  Glyn Owen

Case No.  25-11132

**Part 5:  Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

3

Debtor's Name Glyn Owen                                                  Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Glyn Owen                                                    Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name Glyn Owen                                    Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Glyn Owen                                          Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Glyn Owen                                                    Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◯  No ◉

b.  Were any payments made outside the ordinary course of business
     without court approval?  (if yes, see Instructions)    Yes ◯  No ◉

c.  Were any payments made to or on behalf of insiders?    Yes ◯  No ◉

d.  Are you current on postpetition tax return filings?    Yes ◉  No ◯

e.  Are you current on postpetition estimated tax payments?    Yes ◉  No ◯

f.  Were all trust fund taxes remitted on a current basis?    Yes ◯  No ◉

g.  Was there any postpetition borrowing, other than trade credit?    Yes ◯  No ◉
     (if yes, see Instructions)

h.  Were all payments made to or on behalf of professionals approved by    Yes ◉  No ◯  N/A ◯
     the court?

i.  Do you have:        Worker's compensation insurance?    Yes ◯  No ◉

                              If yes, are your premiums current?    Yes ◯  No ◯  N/A ◉  (if no, see Instructions)

                   Casualty/property insurance?    Yes ◉  No ◯

                              If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

                   General liability insurance?    Yes ◉  No ◯

                              If yes, are your premiums current?    Yes ◉  No ◯  N/A ◯  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ◯  No ◉

k.  Has a disclosure statement been filed with the court?    Yes ◯  No ◉

l.  Are you current with quarterly U.S. Trustee fees as    Yes ◉  No ◯
     set forth under 28 U.S.C. § 1930?

Debtor's Name  Glyn Owen                                                                 Case No.  25-11132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $14,071 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $14,071 |
| e. | Payroll deductions | $6,465 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $4,128 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $10,593 |
| j. | Difference between total income and total expenses (d-i) | $3,478 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ●  No ○  N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**


/s/ Glyn Owen                                                      Glyn Owen
_____          _____
Signature of Responsible Party                            Printed Name of Responsible Party

Debtor                                                                  10/17/2025
_____          _____
Title                                                                      Date

Debtor's Name  Glyn Owen                                          Case No.  25-11132



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Glyn Owen                                    Case No.  25-11132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Glyn Owen

Case No.  25-11132



PageThree



PageFour



| CO. | FILE | DEPT. | CLOCK | Document |
|-----|------|-------|-------|----------|
| YTL | 001552 | 000 | | 0000250149   1 |

## Earnings Statement

CROWN CONSULTING INC
1530 WILSON BLVD
SUITE 900
ARLINGTON VA 22209

Period Beginning: 06/01/2025
Period Ending: 06/15/2025
Pay Date: 06/20/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**GLYN OWEN**
**1131 TOURNAI COURT**
**WOODBRIDGE VA 22191**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 6875.27 | 80.00 | 6,875.27 | 48,126.89 |
| Miscellaneous | | | 160.00 | |
| Gross Pay | | | $7,035.27 | 49,246.89 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -848.95 | 5,942.65 |
| | Social Security Tax | -436.19 | 3,053.31 |
| | Medicare Tax | -102.01 | 714.08 |
| | VA State Income Tax | -364.53 | 2,551.71 |
| | **Other** | | |
| | Garnishment | -1,320.90 | 6,604.49 |
| | Miscellaneous | -160.00 | 1,120.00 |
| | **Net Pay** | **$3,802.69** | |
| | Ck1 | -380.27 | |
| | Ck2 | -3,422.42 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$7,035.27

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Totl Hrs Worked | 80.00 | |
| Pto Bal | | 46.69 |

**Important Notes**
COMPANY PH#:+1 703 650 0663

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
VA:      4

© 2000 ADP, Inc.

---

CROWN CONSULTING INC
1530 WILSON BLVD
SUITE 900
ARLINGTON VA 22209

Advice number:   00000250149
Pay date:   06/20/2025

Deposited to the account of
GLYN OWEN

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxxxx0722 | xxxx xxxx | $380.27 |
| | xxxxxxxx0136 | xxxx xxxx | $3,422.42 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | Document |
|-----|------|-------|-------|----------|
| YTL | 001552 | 000 | | 0000270144   1 |

**Earnings Statement**

ADP®

CROWN CONSULTING   INC
1530 WILSON   BLVD
SUITE 900
ARLINGTON   VA  22209

Period Beginning: 06/16/2025
Period Ending: 06/30/2025
Pay Date: 07/07/2025

Filing Status: Married  filing jointly
Exemptions/Allowances:
Federal: Standard  Withholding   Table

**GLYN  OWEN
1131  TOURNAI  COURT
WOODBRIDGE  VA  22191**

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 6875.27 | 39.00 | 6,875.27 | 55,002.16 |
| Holiday | | 8.00 | | |
| Miscellaneous | | | 160.00 | |
| Vacation | | 41.00 | | |
| **Gross Pay** | | | **$7,035.27** | 56,282.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 39.00 | |
| Pto Bal | | 12.36 |

**Important Notes**
COMPANY PH#:+1 703 650 0663

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -848.95 | 6,791.60 |
| | Social Security Tax | -436.18 | 3,489.49 |
| | Medicare Tax | -102.01 | 816.09 |
| | VA State Income Tax | -363.93 | 2,915.64 |
| | **Other** | | |
| | Garnishment | -1,321.05 | 7,925.54 |
| | Miscellaneous | -160.00 | 1,280.00 |
| | **Net Pay** | **$3,803.15** | |
| | Checking | -500.00 | 500.00 |
| | Ck1 | -2,352.36 | |
| | Ck2 | -950.79 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Exemptions/Allowances:
VA:                     4

Your federal taxable wages this period are
$7,035.27

© 2000 ADP, Inc.

CROWN CONSULTING  INC
1530 WILSON  BLVD
SUITE 900
ARLINGTON  VA  22209

**Advice number:**        **00000270144**
Pay date:              07/07/2025

THIS IS NOT A CHECK

Deposited  to  the  account  of
**GLYN  OWEN**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxx7772 | xxxx  xxxx | $500.00 |
| xxxxxxxx0722 | xxxx  xxxx | $2,352.36 |
| xxxxxxxx0136 | xxxx  xxxx | $950.79 |

**NON-NEGOTIABLE**

# chime

Member Services
(844) 244-6363

glyn owen
1131 Tournai Ct
Woodbridge, VA 22191

*June*

## Checking Account Statement

Account number
)136

Statement period
June 2025 (June 01, 2025 - June 30, 2025)

## Summary

| | |
|---|---|
| Beginning balance on June 01, 2025 | $128.69 |
| Deposits | $7,019.84 |
| ATM Withdrawals | $0.00 |
| Purchases | -$4,127.61 |
| Adjustments | -$100.00 |
| Transfers | -$2,807.12 |
| Round Up Transfers | $0.00 |
| Fees | $0.00 |
| SpotMe Tips | $0.00 |
| Ending balance on June 30, 2025 | $113.80 |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | NET AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|
| 6/30/2025 | Direct Debit: Subscription, Acorns SUBSCRIPTION, ACORNS , ZB1858 | Direct Debit | -$6.00 | -$6.00 | 6/30/2025 |
| 6/23/2025 | Incantopositano INCANTOPOSITANO POSITANO IT | Purchase | -$19.07 | -$19.07 | 6/24/2025 |
| 6/23/2025 | Incantopositano INCANTOPOSITANO POSITANO IT | Purchase | -$19.13 | -$19.13 | 6/23/2025 |
| 6/23/2025 | Direct Debit: Amex Epayment, Ach Pmt | Direct Debit | -$357.81 | -$357.81 | 6/23/2025 |

| Date | Description | Type | Amount | Balance | Date |
|---|---|---|---|---|---|
| 6/18/2025 | Transfer from Credit Builder | Transfer | $67.00 | $67.00 | 6/18/2025 |
| 6/17/2025 | Amazon.com*No<br>AMAZON.COM*NO7313H32 AMZN.COM/BILL WAUS | Purchase | -$36.02 | -$36.02 | 6/19/2025 |
| 6/17/2025 | Amazon.com*No7 Vf3 Gf2<br>AMAZON.COM*NO7VF3GF2 AMZN.COM/BILL WAUS | Purchase | -$40.39 | -$40.39 | 6/18/2025 |
| 6/17/2025 | Transfer from Credit Builder | Transfer | $93.50 | $93.50 | 6/17/2025 |
| 6/17/2025 | Transfer from Credit Builder | Transfer | $350.05 | $350.05 | 6/17/2025 |
| 6/17/2025 | Check Deposit | Deposit | $75.00 | $75.00 | 6/17/2025 |
| 6/17/2025 | My Pay Repayment | Adjustment | -$100.00 | -$100.00 | 6/17/2025 |
| 6/17/2025 | My Pay Instant Advance Fees | Adjustment | -$2.00 | -$2.00 | 6/17/2025 |
| 6/17/2025 | Deposit Transfer | Transfer | -$3,320.42 | -$3,320.42 | 6/17/2025 |
| 6/17/2025 | Crown Innovation, Direct Dep<br>CROWN INNOVATION | Deposit | $3,422.42 | $3,422.42 | 6/17/2025 |
| 6/17/2025 | Safeway<br>SAFEWAY 1048 ARLINGTON VAUS | Purchase | -$9.08 | -$9.08 | 6/19/2025 |
| 6/15/2025 | Dollar Learning Founda<br>DOLLAR LEARNING FOUNDA 844-695-3758 CAUS | Purchase | -$16.99 | -$16.99 | 6/17/2025 |
| 6/15/2025 | Dollar Learning Foundat<br>DOLLAR LEARNING FOUNDAT 619-847-9298 CAUS | Purchase | -$47.46 | -$47.46 | 6/17/2025 |
| 6/15/2025 | Mcdonald's<br>MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | -$1.00 | -$1.00 | 6/16/2025 |
| 6/15/2025 | Cinnabon<br>CINNABON 556 WOODBRIDGE VAUS | Purchase | -$9.33 | -$9.33 | 6/17/2025 |
| 6/14/2025 | Dollar General<br>DOLLAR GENERAL #15367 WOODBRIDGE VAUS | Purchase | -$29.15 | -$29.15 | 6/15/2025 |
| 6/13/2025 | Direct Debit: Rocket Mortgage, Mtg Pymts<br>ROCKET MORTGAGE, MTG PYMTS | Direct Debit | -$2,794.41 | -$2,794.41 | 6/13/2025 |
| 6/12/2025 | Transfer to Credit Builder | Transfer | -$100.00 | -$100.00 | 6/12/2025 |
| 6/12/2025 | My Pay Advance | Deposit | $100.00 | $100.00 | 6/12/2025 |
| 6/11/2025 | Mcdonald's<br>MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | -$8.00 | -$8.00 | 6/12/2025 |
| 6/09/2025 | Transfer from Credit Builder | Transfer | $2,800.00 | $2,800.00 | 6/09/2025 |
| 6/09/2025 | Direct Debit: Amex Epayment, Ach Pmt<br>AMEX EPAYMENT, ACH PMT , W6254 | Direct Debit | -$565.04 | -$565.04 | 6/09/2025 |
| 6/06/2025 | Transfer from Credit Builder | Transfer | $565.04 | $565.04 | 6/06/2025 |
| 6/05/2025 | Amazon.com*N60 Vp<br>AMAZON.COM*N60VP0741 AMZN.COM/BILL WAUS | Purchase | -$36.02 | -$36.02 | 6/07/2025 |
| 6/05/2025 | Dunkin Donuts Dullesco<br>DUNKIN DONUTS DULLESCO DULLES VAUS | Purchase | -$6.15 | -$6.15 | 6/07/2025 |
| 6/04/2025 | Mcdonald's<br>MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | -$8.00 | -$8.00 | 6/05/2025 |
| 6/04/2025 | Transfer from Credit Builder | Transfer | $162.13 | $162.13 | 6/04/2025 |

| 6/04/2025 | Crown Innovation, Direct Dep. CROWN INNOVATION | | $3,422.42 | $3,422.42 | 6/04/2025 |
|---|---|---|---|---|---|
| 6/02/2025 | Direct Debit: Subscription, Acorns SUBSCRIPTION, ACORNS , B6VM18 | Direct Debit | -$6.00 | -$6.00 | 6/02/2025 |
| 6/01/2025 | Mcdonald's MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | -$8.00 | -$8.00 | 6/02/2025 |
| 5/31/2025 | Food Lion FOOD LION #1226 WOODBRIDGE VAUS | Purchase | -$24.09 | -$24.09 | 6/01/2025 |
| 5/31/2025 | Dd/Br DD/BR #304706 WOODBRIDGE VAUS | Purchase | -$3.18 | -$3.18 | 6/01/2025 |
| 5/31/2025 | Autozone AUTOZONE 4925 WOODBRIDGE VAUS | Purchase | -$19.06 | -$19.06 | 6/01/2025 |
| 5/31/2025 | Sonic Soft Car Wash SONIC SOFT CAR WASH WOODBRIDGE VAUS | Purchase | -$30.00 | -$30.00 | 6/01/2025 |
| 5/31/2025 | Mcdonald's MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | -$6.03 | -$6.03 | 6/01/2025 |
| 5/30/2025 | Safeway SAFEWAY 1048 ARLINGTON VAUS | Purchase | -$22.20 | -$22.20 | 6/01/2025 |

Yearly Summary

SpotMe Tips                $0.00

# chime

glyn owen
1131 Tournai Ct
Woodbridge, VA 22191

JUNE

## Credit Builder Card Account Billing Statement

**Account number**      **Routing number (for payments)**
9017                    1279

**Statement period**
June 2025 (May 29th, 2025 - June 28th, 2025)

## Summary

| | |
|---|---|
| Previous Balance | $2,594.38 |
| Payments/Credits | -$2,594.38 |
| New spending | $2,450.57 |
| Fees | $12.50 |
| New balance | $2,450.57 |

## Your Payment

| | |
|---|---|
| Payment Due Date | 7/23/2025 |
| Total Due | $2,450.57 |

Automatic payments are enabled.

Your June balance is scheduled to be paid on 7/02/2025 using the money in your secured account. Your available amount will not change.

## Payments

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 6/01/2025 | Card Payment from Secured Account | Payment | -$2,594.38 | 6/01/2025 |
| **TOTAL FOR THIS PERIOD:** | **-$2,594.38** | | | |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 6/25/2025 | Bar Caso<br>BAR CASO CAPRI IT | Purchase | $22.12 | 6/26/2025 |
| 6/24/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>1616000011 VIA C COLOMBO 27 CAPRI IT | ATM Withdrawal | $338.60 | 6/24/2025 |
| 6/21/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>MPS AREA TERR. VIA GIOVANNI PORZIO NAPOLI IT | ATM Withdrawal | $57.73 | 6/21/2025 |
| 6/18/2025 | Cash Advance - Out Of Network Atm Withdrawal | ATM Withdrawal | $424.00 | 6/18/2025 |

| 6/18/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>PAI ATM 2700 POTOMAC MILLS CIR. WOODBRIDGE VAUS | ATM Withdrawal | $204.00 | 6/18/2025 |
| 6/17/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | ATM Withdrawal | $504.00 | 6/17/2025 |
| 6/17/2025 | 1 Stop Market<br>1 STOP MARKET WOODBRIDGE VAUS | Purchase | $7.19 | 6/17/2025 |
| 6/17/2025 | Safeway<br>SAFEWAY 1048 ARLINGTON VAUS | Purchase | $3.52 | 6/18/2025 |
| 6/17/2025 | Dd/Br<br>DD/BR #304706 WOODBRIDGE VAUS | Purchase | $3.18 | 6/18/2025 |
| 6/16/2025 | Exxon Woodbridge Conve<br>EXXON WOODBRIDGE CONVE WOODBRIDGE VAUS | Purchase | $20.00 | 6/16/2025 |
| 6/15/2025 | Primark Potomac Mills 1<br>PRIMARK POTOMAC MILLS 1 WOODBRIDGE VAUS | Purchase | $14.84 | 6/16/2025 |
| 6/14/2025 | Lowes<br>LOWES #01602* WOODBRIDGE VAUS | Purchase | $22.00 | 6/14/2025 |
| 6/11/2025 | Marumsco Cleaners<br>MARUMSCO CLEANERS WOODBRIDGE VAUS | Purchase | $135.23 | 6/11/2025 |
| 6/11/2025 | Exxon Woodbridge Conve<br>EXXON WOODBRIDGE CONVE WOODBRIDGE VAUS | Purchase | $42.00 | 6/11/2025 |
| 6/10/2025 | District Taco Ro<br>TST* DISTRICT TACO - RO ARLINGTON VAUS | Purchase | $17.98 | 6/11/2025 |
| 6/09/2025 | Family Medicine Of Lake<br>FAMILY MEDICINE OF LAKE WOODBRIDGE VAUS | Purchase | $50.00 | 6/10/2025 |
| 6/08/2025 | Sopus Recharge Ev La<br>SOPUS RECHARGE EV LA HOUSTON TXUS | Purchase | $14.99 | 6/09/2025 |
| 6/08/2025 | Starbucks<br>STARBUCKS 50625 BATON ROUGE LAUS | Purchase | $13.32 | 6/09/2025 |
| 6/06/2025 | Just Fun Socks New Or<br>JUST FUN SOCKS - NEW OR NEW ORLEANS LAUS | Purchase | $85.94 | 6/08/2025 |
| 6/05/2025 | Arnauds<br>ARNAUDS NEW ORLEANS LAUS | Purchase | $178.19 | 6/06/2025 |
| 6/05/2025 | Pat O Briens Patio/Hur<br>PAT O BRIENS PATIO/HUR 504-5254823 LAUS | Purchase | $15.50 | 6/06/2025 |
| 6/05/2025 | Hotel Monteleone Car<br>HOTEL MONTELEONE - CAR 504-5233341 LAUS | Purchase | $30.17 | 6/06/2025 |
| 6/05/2025 | The Napoleon House<br>TST*THE NAPOLEON HOUSE NEW ORLEANS LAUS | Purchase | $51.28 | 6/06/2025 |
| 6/04/2025 | Woodbridge Little Le<br>PP*WOODBRIDGE LITTLE LE WOODBRIDGE VAUS | Purchase | $1.00 | 6/05/2025 |
| 6/04/2025 | Colonial Parking<br>COLONIAL PARKING #882 WASHINGTON DCUS | Purchase | $23.00 | 6/05/2025 |
| 6/03/2025 | Laz Parking M<br>LAZ PARKING M07427 WASHINGTON DCUS | Purchase | $28.00 | 6/03/2025 |
| 6/03/2025 | Starbucks | Purchase | $6.45 | 6/04/2025 |

| 6/02/2025 | Safeway<br>SAFEWAY 1048 ARLINGTON VAUS | Purchase | $6.06 | 6/03/2025 |
| 6/02/2025 | Allen Credit & Debt Cou<br>ALLEN CREDIT & DEBT COU 888-4158173 SDUS | Purchase | $25.00 | 6/02/2025 |
| 6/01/2025 | Mcdonald's<br>MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | $4.82 | 6/02/2025 |
| 6/01/2025 | Mcdonald's<br>MCDONALD'S F4706 WOODBRIDGE VAUS | Purchase | $3.00 | 6/02/2025 |
| 6/01/2025 | Store<br>STORE WOODBRIDGE VAUS | Purchase | $7.33 | 6/01/2025 |
| 6/01/2025 | Dd/Br<br>DD/BR #304706 WOODBRIDGE VAUS | Purchase | $5.37 | 6/01/2025 |
| 5/31/2025 | Shell Oil<br>SHELL OIL 57543992408 WOODBRIDGE VAUS | Purchase | $10.23 | 6/01/2025 |
| 5/31/2025 | Lowes<br>LOWES #01602* WOODBRIDGE VAUS | Purchase | $40.03 | 6/01/2025 |
| 5/29/2025 | 99956 400 Virginia Av<br>99956 - 400 VIRGINIA AV WASHINGTON DCUS | Purchase | $22.00 | 5/30/2025 |

**TOTAL FOR THIS PERIOD:**     $2,438.07

## Fees

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 6/24/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>1616000011 VIA C COLOMBO 27 CAPRI IT | Fee | $2.50 | 6/24/2025 |
| 6/21/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>MPS AREA TERR. VIA GIOVANNI PORZIO NAPOLI IT | Fee | $2.50 | 6/21/2025 |
| 6/18/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>BANK OF AMERICA *PRINCE WILLIAM PARKWAY WOODBRIDGE VAUS | Fee | $2.50 | 6/18/2025 |
| 6/18/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>PAI ATM 2700 POTOMAC MILLS CIR. WOODBRIDGE VAUS | Fee | $2.50 | 6/18/2025 |
| 6/17/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | Fee | $2.50 | 6/17/2025 |

**TOTAL FOR THIS PERIOD:**     $12.50

## Disputed transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| **TOTAL FOR THIS PERIOD:** | $0.00 | | | |

## 2025 Fees Totals Year to Date

| Total fees in 2025 | $25.00 |
|---|---|

**CHASE ⬡**

May 24, 2025 through June 25, 2025

Account Number:                    **9391**

Zelle® is intended for payments to recipients you know and trust and is not intended for the purchase of goods from retailers, online marketplaces or through social media posts. Neither Zelle® nor Chase provide protection if you make a purchase of goods using Zelle® and then do not receive them or receive them damaged or not as described or expected. In case of errors or questions about your electronic funds transfers, including information on reimbursement for fraudulent Zelle® payments, see your account agreement. Neither Chase nor Zelle® offers reimbursement for authorized payments you make using Zelle®, except for a limited reimbursement program that applies for certain imposter scams where you sent money with Zelle®. This reimbursement program is not required by law and may be modified or discontinued at any time.

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

[6] **Zero Liability:** Chase will reimburse unauthorized debit card transactions when reported promptly. Certain limitations apply. See Deposit Account Agreement for details.

## CHECKING SUMMARY | Chase Total Checking

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **$349.70** |
| Checks Paid | -20.00 |
| ATM & Debit Card Withdrawals | -8.00 |
| Other Withdrawals | -321.70 |
| **Ending Balance** | **$0.00** |

Please note that this account was closed on 06/06/25.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 144 ^ | 06/02 | $20.00 |
| **Total Checks Paid** | | **$20.00** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| | **Beginning Balance** | | | | **$349.70** |
| 06/02 | Card Purchase    06/01 United   01624918397 United.Com TX Card | | | -4.00 | 345.70 |
| | 0175 | | | | |
| 06/02 | Card Purchase    06/01 United   01624918397 United.Com TX Card | | | -4.00 | 341.70 |
| | 0175 | | | | |
| 06/02 | Check          # 144 | | | -20.00 | 321.70 |
| 06/06 | 06/06 Withdrawal | | | -321.70 | 0.00 |
| | **Ending Balance** | | | | **$0.00** |

# Credit Builder Secured Account Billing Statement

**Account number**
2867

**Statement period**
July 2025 (June 29, 2025 - July 28, 2025)

## Summary

| | |
|---|---|
| Beginning balance on June 29, 2025 | $3,727.12 |
| Deposits | $0.00 |
| Transfers | -$1,303.05 |
| Round Up Transfers | $0.00 |
| Ending balance on July 28, 2025 | $2,424.07 |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 7/02/2025 | Transfer from Checking Account | Transfer | $950.79 | 7/02/2025 |
| 7/03/2025 | Credit Builder Payment | Transfer | -$2,450.57 | 7/03/2025 |
| 7/07/2025 | Transfer from Checking Account | Transfer | $73.51 | 7/07/2025 |
| 7/13/2025 | Transfer from Checking Account | Transfer | $123.22 | 7/13/2025 |
| **TOTAL FOR THIS PERIOD:** | **-$1,303.05** | | | |

