## UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

In Re. Glyn Owen § Case No. 25-11132
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report                                                                 Chapter 11

Reporting Period Ended: 07/31/2025                    Petition Date: 06/04/2025

Months Pending: 2                                     Industry Classification: 8 7 1 1

Reporting Method:        Accrual Basis ☐             Cash Basis ☉

Debtor's Full-Time Employees (current):                              0

Debtor's Full-Time Employees (as of date of order for relief):       0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Glyn Owen                                         Glyn Owen
Signature of Responsible Party                        Printed Name of Responsible Party

10/17/2025
Date
                                                      1131 Tournai Court, Woodbridge, VA 22191
                                                      Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: Glyn Owen    Case No. 25-11132

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $6,379 | |
| b. Total receipts (net of transfers between accounts) | $14,432 | $0 |
| c. Total disbursements (net of transfers between accounts) | $7,142 | $0 |
| d. Cash balance end of month (a+b-c) | $13,669 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $7,142 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ◯  Market ◯  Other ⦿  (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

Debtor's Name Glyn Owen    Case No. 25-11132

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name Glyn Owen    Case No. 25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name  Glyn Owen                                   Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Glyn Owen                                                  Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Glyn Owen                                    Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name: Glyn Owen    Case No. 25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ○ | No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿ | No ○ N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ⦿ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ○ |

Debtor's Name  Glyn Owen                                                                         Case No.  25-11132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $22,963 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $22,963 |
| e. | Payroll deductions | $8,530 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $6,892 |
| h. | All other expenses | $250 |
| i. | Total expenses in the reporting period (e+f+g+h) | $15,672 |
| j. | Difference between total income and total expenses (d-i) | $7,291 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯   No ●  |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ●   No ◯   N/A ◯ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Glyn Owen | Glyn Owen |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 10/17/2025 |
| Title | Date |

UST Form 11-MOR (12/01/2021) - Mac                                        9

| Debtor's Name | Glyn Owen | Case No. | 25-11132 |
|---|---|---|---|



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Glyn Owen                                              Case No. 25-11132

[barcode] Bankruptcy1to50
[barcode] Bankruptcy51to100
[barcode] NonBankruptcy1to50
[barcode] NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) - Mac                    11

Debtor's Name  Glyn Owen                                                                 Case No.  25-11132


PageThree


PageFour

| CO. | FILE | DEPT. | CLOCK | | |
|---|---|---|---|---|---|
| YTL | 001552 | 000 | 0005254507 | 1 | |

# Earnings Statement

**ADP**

CROWN CONSULTING INC
1530 WILSON BLVD
SUITE 900
ARLINGTON  VA  22209

Period Beginning:  07/16/2025
Period Ending:     07/31/2025
Pay Date:          08/07/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

GLYN OWEN
1131 TOURNAI COURT
WOODBRIDGE VA 22191

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Severance | | | 19,039.20 | 19,039.20 |
| Vacation | 7.11 | | 564.04 | 564.04 |
| Regular | | | | 58,361.67 |
| **Gross Pay** | | | **$19,603.24** | 79,244.91 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Bal | | 7.59 |

**Important Notes**
COMPANY PH#:+1 703 650 0663

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3,961.70 | 10,986.58 |
| | Social Security Tax | -1,215.40 | 4,913.18 |
| | Medicare Tax | -284.25 | 1,149.05 |
| | VA State Income Tax | -1,086.59 | 4,154.81 |
| | **Other** | | |
| | Garnishment | | 8,604.70 |
| | Miscellaneous | | 1,440.00 |
| **Net Pay** | | **$13,055.30** | |
| | Checking | | 1,000.00 |
| **Net Check** | | **$13,055.30** | |

**Additional Tax Withholding Information**
Exemptions/Allowances:
  VA:   4

Your federal taxable wages this period are $19,603.24

© 2000 ADP, Inc.

CROWN CONSULTING INC
1530 WILSON BLVD
SUITE 900
ARLINGTON  VA  22209

YTL                                  90-477/1222
**Payroll check number:** 0005254507
Pay date:                 08/07/2025

Pay to the
order of:   GLYN OWEN

This amount:  THIRTEEN THOUSAND FIFTY FIVE AND 30/100 DOLLARS          $13055.30

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE      VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS



THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
1753 Pinnacle Dr
McLean, VA 22102

| CO. | FILE | DEPT. | CLOCK | | |
|---|---|---|---|---|---|
| YTL | 001552 | 000 | 0005247778 | 1 | |

# Earnings Statement

ADP

CROWN CONSULTING INC
1530 WILSON BLVD
SUITE 900
ARLINGTON  VA  22209

Period Beginning: 07/01/2025
Period Ending: 07/15/2025
Pay Date: 07/22/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

GLYN OWEN
1131 TOURNAI COURT
WOODBRIDGE  VA  22191

**Earnings**
| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 6875.27 | 24.00 | 3,359.51 | 58,361.67 |
| Holiday | | 8.00 | | |
| Vacation | | 11.00 | | |
| **Gross Pay** | | | **$3,359.51** | 59,641.67 |

**Deductions**  Statutory
| | | |
|---|---|---|
| Federal Income Tax | -233.28 | 7,024.88 |
| Social Security Tax | -208.29 | 3,697.78 |
| Medicare Tax | -48.71 | 864.80 |
| VA State Income Tax | -152.58 | 3,068.22 |

Other
| | | |
|---|---|---|
| Garnishment | -679.16 | 8,604.70 |
| Miscellaneous | -160.00 | 1,440.00 |
| **Net Pay** | **$1,877.49** | |
| Checking | -500.00 | 1,000.00 |
| **Net Check** | **$1,377.49** | |

**Other Benefits and Information**
| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |
| Pto Bal | | 8.03 |

**Important Notes**
COMPANY PH#:+1 703 650 0663

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
VA:  4

Your federal taxable wages this period are $3,359.51

© 2000 ADP, Inc.

CROWN CONSULTING INC
1530 WILSON BLVD
SUITE 900
ARLINGTON  VA  22209

YTL                                                                90-477/1222
Payroll check number: 0005247778
Pay date: 07/22/2025

Pay to the order of:  GLYN OWEN

This amount:  ONE THOUSAND THREE HUNDRED SEVENTY SEVEN AND 49/100 DOLLARS    $1377.49

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE    VOID  NON-NEGOTIABLE
VOID AFTER 180 DAYS



THIS IS NOT A CHECK

Wells Fargo Bank, N.A.
1753 Pinnacle Dr
McLean, VA 22102

```
                    Pub.MCI       10582 0
                                       815         814
                                       106         13       2442    2837.49
                                       921                  8140    2837.49
✓ 101    20       COURT LEGAL            DEPOSITS    50050   
✓ 102   (25)      Verizon        -ORKIN.75.          1369    $5674.98
✓ 103   100       PHCC           -Verizon 30         624
✓ 104  (750)      Dominion UTIL  -WASHGAS 8          2498    2839
✓ 105  (20)       Amex            -                  1075    5678
✓ 106   250       COURT FEE Legal                    1423
✓ 107   75        GAS      ALIN Home                 1000
✓ 108   50        Verizon UTIL                       2423  balance est
✓ 109   25        Dominion UTIL                      5148
Ⓞ 110  (200)      Dominion UTIL   $1450              7571        700
✓ 111   50        PWSCA UTIL                                      444,440
✓(112)(425)       child                              $1,075
                  Verizon Mobile Debit $325           325
                                                     750
✓ 113   325       Delerys Rx                         2250   1500
✓ 114   53        SentARP RX                         650    5300
                                                     1600   6800
✓(115)  400       ORKIN       Ⓞ                      5400
                                                     7000
✓(116) 86.13      MC TAY                             1500
✓(117) 1025.0     Legal Van                          5143   2835 AUG
✓ 118  153.94     PHCC                               6643   275 Phone
                                                            3110
        225 ↑     Dom x2   1554        1807.80       2835 SEP
        75 ③      WATER    972         186.13        5945
        75 ②      GAS  Home  582                     5400
        425       child  1b            16916 7       545
        50 ①      Verizon                12500 00
      2837.49     Mortgage 10-Aug       $13194.67
                                        5674.98
✓ 119   300       GD/Gutter Repair Roof  7516
✓ 120   418     ✓ 121  319      122   50
```

**July**

| | | |
|---|---:|---|
| $ | 20.00 | Court |
| $ | 25.00 | Verizon |
| $ | 100.00 | Pinehurst Fee |
| $ | 150.00 | Dominion |
| $ | 260.00 | AMEX |
| $ | 250.00 | Court Fee |
| $ | 75.00 | Gas |
| $ | 50.00 | Verizon |
| $ | 25.00 | Dominion |
| $ | 200.00 | Dominion |
| $ | 50.00 | Water |
| $ | 425.00 | Support |
| $ | 325.00 | Med |
| $ | 325.00 | Mobile |
| $ | 53.00 | Sentara Hospital |
| $ | 100.00 | Orkin |
| $ | 86.13 | Taxes |
| $ | 162.50 | Legal NC |
| $ | 153.94 | Pinehurst Fee |
| $ | 225.00 | Dominion Catchup |
| $ | 75.00 | Wter |
| $ | 75.00 | Gas |
| $ | 425.00 | SUpport |
| $ | 50.00 | Internet |
| $ | 2,837.49 | Mortgage |
| $ | 300.00 | Cash to pay Gutter repair |
| $ | 319.00 | Med |

*Register* (handwritten)

$ 7,142.06

# chime

Member Services
(844) 244-6363

glyn owen
1131 Tournai Ct
Woodbridge, VA 22191

*July*

## Credit Builder Card Account Billing Statement

Account number: 9017
Routing number (for payments): .279

**Statement period**
July 2025 (June 29th, 2025 - July 28th, 2025)

*(handwritten annotations: "MISSING", "offset")*

### Summary

| | |
|---|---|
| Previous Balance | $2,450.57 |
| Payments/Credits | -$2,497.71 |
| New spending | $2,415.48 |
| Fees | $10.00 |
| New balance | $2,368.34 |

### Your Payment

| | |
|---|---|
| Payment Due Date | 8/23/2025 |
| Total Due | $2,368.34 |

Automatic payments are enabled.

Your July balance is scheduled to be paid on 8/01/2025 using the money in your secured account. Your available amount will not change.

### Payments

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 7/08/2025 | Refund Globalblue.com<br>REFUND GLOBALBLUE.COM STOCKHOLM DCSE | Refund | -$47.14 | 7/08/2025 |
| 7/03/2025 | Card Payment from Secured Account | Payment | -$2,450.57 | 7/03/2025 |
| **TOTAL FOR THIS PERIOD:** | **-$2,497.71** | | | |

### Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 7/26/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | ATM Withdrawal | $204.00 | 7/26/2025 |
| 7/14/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | ATM Withdrawal | $604.00 | 7/14/2025 |
| 7/13/2025 | Cash Advance - Out Of Network Atm Withdrawal | ATM Withdrawal | $604.00 | 7/13/2025 |

| Transaction Date | Description | Type | Amount | Settlement Date |
|---|---|---|---|---|
| 7/12/2025 | Nyajoes<br>NYAJOES 0022 571-9895637 VAUS | Purchase | $85.85 | 7/13/2025 |
| 7/09/2025 | Chuy's<br>CHUY'S 068 WOODBRIDGE VAUS | Purchase | $41.21 | 7/10/2025 |
| 7/07/2025 | Cash Advance - Out Of Network Atm Withdrawal<br>MTB000001001938 M&T 12451 HEDGES R WOODBRIDGE VAUS | ATM Withdrawal | $403.50 | 7/07/2025 |
| 7/05/2025 | S.N.P. Srl Via Filang..<br>S.N.P. SRL VIA FILANG.. NAPOLI IT | Purchase | $45.98 | 7/05/2025 |
| 7/05/2025 | Farmacie Toledo Delle D<br>FARMACIE TOLEDO DELLE D NAPOLI IT | Purchase | $14.15 | 7/05/2025 |
| 7/04/2025 | Lauretta Santina<br>LAURETTA SANTINA AUGUSTA IT | Purchase | $76.78 | 7/04/2025 |
| 7/04/2025 | Sumup *Fan.Isi Idea Sr<br>SUMUP *FAN.ISI IDEA SR TAORMINA IT | Purchase | $326.01 | 7/04/2025 |

**TOTAL FOR THIS PERIOD:** $2,405.48

## Fees

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 7/26/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | Fee | $2.50 | 7/26/2025 |
| 7/14/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | Fee | $2.50 | 7/14/2025 |
| 7/13/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>BANK OF AMERICA *FEATHERSTONE SHOPPING WOODBRIDGE VAUS | Fee | $2.50 | 7/13/2025 |
| 7/07/2025 | Cash Advance - Out Of Network Atm Withdrawal Fee<br>MTB000001001938 M&T 12451 HEDGES R WOODBRIDGE VAUS | Fee | $2.50 | 7/07/2025 |

**TOTAL FOR THIS PERIOD:** $10.00

## Disputed transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|

**TOTAL FOR THIS PERIOD:** $0.00

## 2025 Fees Totals Year to Date

Total fees in 2025    $35.00

## Cash Deposits:

All Cash Deposits on Credit Builder Card first go through the Credit Account and then land in the Secured Account.