# UNITED STATES BANKRUPTCY COURT

Eastern  DISTRICT OF  Virginia

Alexandria Division

In Re.  Glyn Owen

§
§
§
§

Debtor(s)

Case No.  25-11132

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2025

Petition Date: 06/04/2025

Months Pending: 3

Industry Classification: | 8 | 7 | 1 | 1 |

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Glyn Owen
Signature of Responsible Party

10/17/2025
Date

Glyn Owen
Printed Name of Responsible Party

1131 Tournai Court, Woodbridge, VA 22191
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Glyn Owen

Case No.  25-11132

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $13,669 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $4,725 | $0 |
| d. | Cash balance end of month (a+b-c) | $8,944 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $4,725 | $0 |

| Part 2:  Asset and Liability Status | Current Month |
|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | |
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) | Current Month | Cumulative |
|---|---|---|
| (Not generally applicable to Individual Debtors. See Instructions.) | | |
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name  Glyn Owen

Case No.  25-11132

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name Glyn Owen                                                Case No. 25-11132

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Glyn Owen                                                    Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Glyn Owen                                                    Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Glyn Owen                                                                 Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Glyn Owen                                                Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)     Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?     Yes ○  No ◉

d.  Are you current on postpetition tax return filings?     Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?     Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?     Yes ○  No ◉

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)     Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by
the court?     Yes ◉  No ○  N/A ○

i.  Do you have:     Worker's compensation insurance?     Yes ○  No ◉

If yes, are your premiums current?     Yes ○  No ○  N/A ◉  (if no, see Instructions)

Casualty/property insurance?     Yes ◉  No ○

If yes, are your premiums current?     Yes ◉  No ○  N/A ○  (if no, see Instructions)

General liability insurance?     Yes ◉  No ○

If yes, are your premiums current?     Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?     Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?     Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?     Yes ◉  No ○

Debtor's Name  Glyn Owen                                                                                           Case No.  25-11132

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $7,594 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $7,594 |
| j. | Difference between total income and total expenses (d-i) | $-7,594 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◉ No ◯ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◉ No ◯  N/A ◯ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Glyn Owen
_____
Signature of Responsible Party

Debtor
_____
Title

Glyn Owen
_____
Printed Name of Responsible Party

10/17/2025
_____
Date

Debtor's Name Glyn Owen

Case No. 25-11132



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Glyn Owen

Case No.  25-11132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Glyn Owen

Case No. 25-11132



PageThree



PageFour

# chime

Member Services
(844) 244-6363

glyn owen
1131 Tournai Ct
Woodbridge, VA 22191

*August*
*closed*

## Credit Builder Card Account Billing Statement

*2368.34*

| Account number | Routing number (for payments) |
|---|---|
| 9017 | 1279 |

**Statement period**
August 2025 (July 29th, 2025 - August 28th, 2025)

## Summary

| | |
|---|---|
| Previous Balance | $2,368.34 |
| Payments/Credits | -$2,368.34 |
| New spending | $0.00 |
| Fees | $0.00 |
| New balance | $0.00 |

## Your Payment

| | |
|---|---|
| Payment Due Date | 9/23/2025 |
| Total Due | $0.00 |

Automatic payments are enabled.

Your August balance is scheduled to be paid on 9/01/2025 using the money in your secured account. Your available amount will not change.

## Payments

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| 8/01/2025 | Card Payment from Secured Account | Payment | -$2,368.34 | 8/01/2025 |
| **TOTAL FOR THIS PERIOD:** | **-$2,368.34** | | | |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| **TOTAL FOR THIS PERIOD:** | **$0.00** | | | |

## Fees

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|
| **TOTAL FOR THIS PERIOD:** | **$0.00** | | | |

# chime

Member Services
(844) 244-6363

glyn owen
1131 Tournai Ct
Woodbridge, VA 22191

## Checking Account Statement

*August closed*

**Account number**
)136

**Statement period**
August 2025 (August 01, 2025 - August 31, 2025)

## Summary

| | |
|---|---|
| Beginning balance on August 01, 2025 | $0.00 |
| Deposits | $0.00 |
| ATM Withdrawals | $0.00 |
| Purchases | $0.00 |
| Adjustments | $0.00 |
| Transfers | $0.00 |
| Round Up Transfers | $0.00 |
| Fees | $0.00 |
| SpotMe Tips | $0.00 |
| Ending balance on August 31, 2025 | $0.00 |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | NET AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|

## Yearly Summary

| | | |
|---|---|---|
| SpotMe Tips | | $0.00 |

**07:56**    .ıll ⎓ 86

FDIC *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

< **Back**    **Account Details** ⌄    🔍

*PRE DIP august end*

---

**CHECK 0102**

View Check

08/29/2025

**-$87.01**
Total Balance: $8,391.00

---

**CHECK 0110**

View Check

08/28/2025

**-$200.00**
Total Balance: $8,478.01

---

**CHECK 0104**

View Check

08/28/2025

**-$150.00**
Total Balance: $8,678.01

---

**CHECK 0106**

View Check

08/28/2025

**-$75.00**
Total Balance: $8,828.01

---

**DELUXE CHECK CHECK/ACC.**
08/26/2025

**-$15.74**
Total Balance: $8,903.01

---

**AMAZON.COM
SERVI INTERNET**
08/26/2025

**-$27.06**
Total Balance: $8,918.75

---

**AMAZON MARKETPLA
INTERNET**
08/25/2025

**-$74.19**
Total Balance: $8,945.81

*54.03*

---

**WEB XFER TO SAV
15004246274209**
08/25/2025

**-$6.17**
Total Balance: $9,020.00

---

 **Accounts**     Transfer     Send Money     Pay a Bill     Deposit

**M&T** Bank

*SAVINGS*

FOR INQUIRIES CALL:    (800) 724-2440

00   0 03057M NM  017

| ACCOUNT TYPE |
|---|
| RELATIONSHIP SAVINGS |

000000931 FIDS1549D01713551883 01 000001 064727 001        P

GLYN N OWEN
DEBTOR IN POSSESSION CASE #25-11132-KHK
1131 TOURNAI CT
WOODBRIDGE VA 22191-3253

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ‡209 | AUG.13-SEP.13,2025 |

| BEGINNING BALANCE | $0.00 |
|---|---|
| DEPOSITS & CREDITS | 376.55 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $376.55 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00

ANNANDALE HERITAGE OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | WITHDRAWALS & OTHER DEBITS (-) | | CURRENT INTEREST PAID | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 5 | $376.55 | 0 | $0.00 | $0.00 | $376.55 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/13/2025 | BEGINNING BALANCE | | | $0.00 |
| 08/13/2025 | DEPOSIT | $281.10 | | 281.10 |
| 08/20/2025 | WEB XFER FROM CHK 00009901027772 | 47.59 | | 328.69 |
| 08/25/2025 | WEB XFER FROM CHK 00009886192021 | 6.17 | | 334.86 |
| 08/27/2025 | WEB XFER FROM CHK 00009901027772 | 35.50 | | 370.36 |
| 09/12/2025 | WEB XFER FROM CHK 00009886192021 | 6.19 | | 376.55 |
| | ENDING BALANCE | | | $376.55 |

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

**PAGE 1 OF 1**

L008A (8/16)

# M&T Bank

*Checking* *(handwritten)*

**FOR INQUIRIES CALL:    (800) 724-2440**

00   0 03040M NM  017

000000926 FIDS1549D01713551883 01 000101 064722 001     P

**GLYN N OWEN**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

*Non-DIP (handwritten)*

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 7772 | AUG.14-SEP.12,2025 |

| | |
|---|---|
| BEGINNING BALANCE | $1,554.09 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 1,554.09 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00          LAKE RIDGE OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $1,554.09 | 0 | $0.00 | 5 | $1,421.00 | 4 | $133.09 | $0.00 | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/14/2025 | BEGINNING BALANCE | | | $1,554.09 |
| 08/14/2025 | CHECK NUMBER 0121 | | $319.00 | |
| 08/14/2025 | CHECK NUMBER 0112 | | 425.00 | 810.09 |
| 08/15/2025 | CHECK NUMBER 0115 | | 100.00 | 710.09 |
| 08/18/2025 | CHECK NUMBER 0117 | | 162.50 | 547.59 |
| 08/20/2025 | WEB XFER TO SAV          1209 | | 47.59 | |
| 08/20/2025 | CHECK NUMBER 0124 | | 414.50 | 85.50 |
| 08/26/2025 | VERIZON FINANCIA PAYMENTS  000000000000122 | | 50.00 | 35.50 |
| 08/27/2025 | WEB XFER TO SAV          209 | | 35.50 | |
| 08/27/2025 | CLOSEOUT | | 0.00 | 0.00 |
| | ENDING BALANCE | | | $0.00 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 112 | 08/14/25 | 425.00 | 117* | 08/18/25 | 162.50 | 124* | 08/20/25 | 414.50 |
| 115* | 08/15/25 | 100.00 | 121* | 08/14/25 | 319.00 | | | |

STANDARD FEES TO USE NON-M&T ELECTRONIC FACILITIES INCLUDE: (1)$3 PER ATM WITHDRAWAL, CASH ADVANCE OR ELECTRONIC FUNDS TRANSFER (THE GREATER OF $5 OR 3% OF THE U.S. DOLLAR AMOUNT OF THE TRANSACTION IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC) (2)$3 PER ATM BALANCE INQUIRY ($5 IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC); AND (3)THE GREATER OF $0.50 OR 3% OF THE U.S. DOLLAR AMOUNT OF VISA NETWORK POINT OF SALE TRANSACTIONS MADE IN FOREIGN COUNTRIES. WITHDRAWALS WILL BE DEEMED MADE WHEN RECORDED ON M&T'S BOOKS, NOT NECESSARILY WHEN INITIATED, AND THERE IS NO LIMIT ON THE NUMBER OF WITHDRAWALS.

00000926 01428 0001-0001 DIDS1549D01713551883 01713551904 00 L 00064722

L008A (8/16)

FOR INQUIRIES CALL:    (800) 724-2440

00   0 03057M NM  017

000000920 FIDS1549D01713551883 01 000101 064716 002      P

**GLYN N OWEN**
**DEBTOR IN POSSESSION CASE #25-11132-KHK**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ?021 | AUG.13-SEP.12,2025 |
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 13,740.20 |
| LESS CHECKS & DEBITS | 1,940.20 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,800.00 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    ANNANDALE HERITAGE OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 3 | $13,740.20 | 9 | $1,197.17 | 21 | $743.03 | $0.00 | $11,800.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/13/2025 | BEGINNING BALANCE | | | $0.00 |
| 08/13/2025 | In Branch Transfer/Deposit | $9,000.00 | | 9,000.00 |
| 08/18/2025 | MOBILE DEPOSIT - XXXXXXXXX0337 | 80.20 | | 9,080.20 |
| 08/22/2025 | AMAZON.COM SERVI INTERNET    DOG FOOD | | $54.03 | 9,026.17 |
| 08/25/2025 | WEB XFER TO SAV          4209 | | 6.17 | |
| 08/25/2025 | AMAZON MARKETPLA INTERNET    Replace Antena Hue | | 74.19 | 8,945.81 |
| 08/26/2025 | AMAZON.COM SERVI INTERNET | | 27.06 | |
| 08/26/2025 | DELUXE CHECK CHECK/ACC. | | 15.74 | 8,903.01 |
| 08/28/2025 | CHECK NUMBER 0106 | | 75.00 | |
| 08/28/2025 | CHECK NUMBER 0104 | | 150.00 | |
| 08/28/2025 | CHECK NUMBER 0110 | | 200.00 | 8,478.01 |
| 08/29/2025 | CHECK NUMBER 0102 | | 87.01 | 8,391.00 |

need Pre-DiP
Checking for all of
August -
Called M.T to
Collect