# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

In Re. Glyn Owen § Case No. 25-11132
§
§
Debtor(s) §

☐ Jointly Administered

# Monthly Operating Report                                                Chapter 11

Reporting Period Ended: 09/30/2025                Petition Date: 06/04/2025

Months Pending: 4                                 Industry Classification: 8 7 1 1

Reporting Method:       Accrual Basis ☐        Cash Basis ☉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Glyn Owen                                     Glyn Owen
Signature of Responsible Party                    Printed Name of Responsible Party

10/20/2025
Date
                                                  1131 Tournai Court, Woodbridge, VA 22191
                                                  Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                1

Debtor's Name: Glyn Owen     Case No.: 25-11132

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 1: Cash Receipts and Disbursements** | | | |
| a. | Cash balance beginning of month | $8,943 | |
| b. | Total receipts (net of transfers between accounts) | $7,060 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $6,659 | $0 |
| d. | Cash balance end of month (a+b-c) | $9,345 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $6,659 | $0 |

| | | Current Month |
|---|---|---:|
| **Part 2: Asset and Liability Status** (Not generally applicable to Individual Debtors. See Instructions.) | | |
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory  (Book ○  Market ○  Other ●  (attach explanation)) | $0 |
| d. | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 3: Assets Sold or Transferred** | | | |
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 4: Income Statement (Statement of Operations)** (Not generally applicable to Individual Debtors. See Instructions.) | | | |
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name  Glyn Owen                                                           Case No.  25-11132

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

**Part 5: Professional Fees and Expenses**

Debtor's Name Glyn Owen                                                                                    Case No. 25-11132

|   |          |   |   |   |   |   |   |
|---|----------|---|---|---|---|---|---|
|   | xxxvii   |   |   |   |   |   |   |
|   | xxxvii   |   |   |   |   |   |   |
|   | xxxix    |   |   |   |   |   |   |
|   | xl       |   |   |   |   |   |   |
|   | xli      |   |   |   |   |   |   |
|   | xlii     |   |   |   |   |   |   |
|   | xliii    |   |   |   |   |   |   |
|   | xliv     |   |   |   |   |   |   |
|   | xlv      |   |   |   |   |   |   |
|   | xlvi     |   |   |   |   |   |   |
|   | xlvii    |   |   |   |   |   |   |
|   | xlviii   |   |   |   |   |   |   |
|   | xlix     |   |   |   |   |   |   |
|   | l        |   |   |   |   |   |   |
|   | li       |   |   |   |   |   |   |
|   | lii      |   |   |   |   |   |   |
|   | liii     |   |   |   |   |   |   |
|   | liv      |   |   |   |   |   |   |
|   | lv       |   |   |   |   |   |   |
|   | lvi      |   |   |   |   |   |   |
|   | lvii     |   |   |   |   |   |   |
|   | lviii    |   |   |   |   |   |   |
|   | lix      |   |   |   |   |   |   |
|   | lx       |   |   |   |   |   |   |
|   | lxi      |   |   |   |   |   |   |
|   | lxii     |   |   |   |   |   |   |
|   | lxiii    |   |   |   |   |   |   |
|   | lxiv     |   |   |   |   |   |   |
|   | lxv      |   |   |   |   |   |   |
|   | lxvi     |   |   |   |   |   |   |
|   | lxvii    |   |   |   |   |   |   |
|   | lxviii   |   |   |   |   |   |   |
|   | lxix     |   |   |   |   |   |   |
|   | lxx      |   |   |   |   |   |   |
|   | lxxi     |   |   |   |   |   |   |
|   | lxxii    |   |   |   |   |   |   |
|   | lxxiii   |   |   |   |   |   |   |
|   | lxxiv    |   |   |   |   |   |   |
|   | lxxv     |   |   |   |   |   |   |
|   | lxxvi    |   |   |   |   |   |   |
|   | lxxvii   |   |   |   |   |   |   |
|   | lxxviii  |   |   |   |   |   |   |

| Debtor's Name | Glyn Owen | Case No. | 25-11132 |
|---|---|---|---|

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | lxxix |  |  |  |  |  |
|  | lxxx |  |  |  |  |  |
|  | lxxxi |  |  |  |  |  |
|  | lxxxii |  |  |  |  |  |
|  | lxxxiii |  |  |  |  |  |
|  | lxxxiv |  |  |  |  |  |
|  | lxxxv |  |  |  |  |  |
|  | lxxxvi |  |  |  |  |  |
|  | lxxxvi |  |  |  |  |  |
|  | lxxxvi |  |  |  |  |  |
|  | lxxxix |  |  |  |  |  |
|  | xc |  |  |  |  |  |
|  | xci |  |  |  |  |  |
|  | xcii |  |  |  |  |  |
|  | xciii |  |  |  |  |  |
|  | xciv |  |  |  |  |  |
|  | xcv |  |  |  |  |  |
|  | xcvi |  |  |  |  |  |
|  | xcvii |  |  |  |  |  |
|  | xcviii |  |  |  |  |  |
|  | xcix |  |  |  |  |  |
|  | c |  |  |  |  |  |
|  | ci |  |  |  |  |  |

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)   *Aggregate Total* | | | | | |

*Itemized Breakdown by Firm*

|  | Firm Name | Role |  |  |  |  |
|---|---|---|---|---|---|---|
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |

Debtor's Name  Glyn Owen                                                                                           Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Glyn Owen                                                                 Case No.  25-11132

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |
| lxxii |  |  |  |  |  |
| lxxiii |  |  |  |  |  |
| lxxiv |  |  |  |  |  |
| lxxv |  |  |  |  |  |
| lxxvi |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxviii |  |  |  |  |  |
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |

Debtor's Name  Glyn Owen                                                           Case No.  25-11132

|     |      |   |   |   |   |   |
|-----|------|---|---|---|---|---|
|     | xcix |   |   |   |   |   |
|     | c    |   |   |   |   |   |
| c.  | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯  No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯  No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯  No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ◯ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ◯ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◯  No ⦿ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯  No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ⦿  No ◯  N/A ◯ |
| i. | Do you have:  Worker's compensation insurance? | Yes ◯  No ⦿ |
|    | If yes, are your premiums current? | Yes ◯  No ◯  N/A ⦿  (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ⦿  No ◯ |
|    | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
|    | General liability insurance? | Yes ⦿  No ◯ |
|    | If yes, are your premiums current? | Yes ⦿  No ◯  N/A ◯  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯  No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ◯  No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ◯ |

Debtor's Name: Glyn Owen
Case No.: 25-11132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $7,060 |
| d. | Total income in the reporting period (a+b+c) | $7,060 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $6,659 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $6,659 |
| j. | Difference between total income and total expenses (d-i) | $401 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ● No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ● No ○ N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Glyn Owen
Signature of Responsible Party
Debtor
Title

Glyn Owen
Printed Name of Responsible Party
10/20/2025
Date

Debtor's Name  Glyn Owen                                        Case No.  25-11132


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

UST Form 11-MOR (12/01/2021) - Mac                10

Debtor's Name Glyn Owen                                                                 Case No. 25-11132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) - Mac                         11

Debtor's Name  Glyn Owen                                      Case No.  25-11132


PageThree


PageFour

UST Form 11-MOR (12/01/2021) - Mac                    12

**M&T** Bank

FOR INQUIRIES CALL:    (800) 724-2440

00   0 03057M NM  017

000000920 FIDS1549D01713551883 01 000101 064716 002    P

GLYN N OWEN
DEBTOR IN POSSESSION CASE #25-11132-KHK
1131 TOURNAI CT
WOODBRIDGE VA 22191-3253

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 2021 | AUG.13-SEP.12,2025 |
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 13,740.20 |
| LESS CHECKS & DEBITS | 1,940.20 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $11,800.00 |

INTEREST EARNED FOR STATEMENT PERIOD    $0.00

ANNANDALE HERITAGE OFFICE

### ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 3 | $13,740.20 | 9 | $1,197.17 | 21 | $743.03 | $0.00 | $11,800.00 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/13/2025 | BEGINNING BALANCE | | | $0.00 |
| 08/13/2025 | In Branch Transfer/Deposit | $9,000.00 | | 9,000.00 |
| 08/18/2025 | MOBILE DEPOSIT - XXXXXXXXX0337 | 80.20 | | 9,080.20 |
| 08/22/2025 | AMAZON.COM SERVI INTERNET  *DOG FOOD* | | $54.03 | 9,026.17 |
| 08/25/2025 | WEB XFER TO SAV  15004246274209 | | 6.17 | |
| 08/25/2025 | AMAZON MARKETPLA INTERNET  *Replace Antenna Home* | | 74.19 | 8,945.81 |
| 08/26/2025 | AMAZON.COM SERVI INTERNET | | 27.06 | |
| 08/26/2025 | DELUXE CHECK CHECK/ACC. | | 15.74 | 8,903.01 |
| 08/28/2025 | CHECK NUMBER 0106 | | 75.00 | |
| 08/28/2025 | CHECK NUMBER 0104 | | 150.00 | |
| 08/28/2025 | CHECK NUMBER 0110 | | 200.00 | 8,478.01 |
| 08/29/2025 | CHECK NUMBER 0102 | | 87.01 | 8,391.00 |
| 09/02/2025 | AMAZON MARKETPLA INTERNET *Appliance Part Order* | | 10.55 | |
| 09/02/2025 | AMAZON MARKETPLA INTERNET *Home Outlet* | | 10.59 | |
| 09/02/2025 | AMAZON MARKETPLA INTERNET | | 26.46 | |
| 09/02/2025 | AMAZON MARKETPLA INTERNET *Lawn* | | 26.48 | |
| 09/02/2025 | AMAZON MARKETPLA INTERNET *Kitchen* | | 27.55 | |
| 09/02/2025 | AMAZON.COM SERVI INTERNET *Lawn fertilizer* | | 63.11 | 8,226.26 |
| 09/03/2025 | CHECK NUMBER 0116 | | 300.00 | 7,926.26 |
| 09/04/2025 | DEPOSIT | 4,660.00 | | |
| 09/04/2025 | AMAZON.COM SERVI INTERNET *Vertical outlet plug Home* | | 5.29 | |
| 09/04/2025 | AMAZON MARKETPLA INTERNET | | 7.73 | 12,573.24 |
| 09/05/2025 | AMAZON MARKETPLA INTERNET | | 15.57 | |
| 09/05/2025 | AMAZON MARKETPLA INTERNET *2 Dock Chairs Pool* | | 68.89 | |
| 09/05/2025 | CHECK NUMBER 0103 | | 50.00 | 12,438.78 |
| 09/08/2025 | AMAZON MARKETPLA INTERNET | | 21.71 | |
| 09/08/2025 | AMAZON MARKETPLA INTERNET | | 42.39 | 12,374.68 |
| 09/09/2025 | AMAZON.COM SERVI INTERNET | | 149.38 | |

PAGE 1 OF 2

A (8/16)

| | |
|---|---|
| **DEPOSIT** | **$4,660.00** |
| View Check(s) | Total Balance: $12,586.26 |
| 09/04/2025 | |
| **CHECK 0116** | **-$300.00** |
| View Check | Total Balance: $7,926.26 |
| 09/03/2025 | |
| **AMAZON.COM SERVI INTERNET** | **-$63.11** |
| 09/02/2025 | Total Balance: $8,226.26 |
| **AMAZON MARKETPLA INTERNET** | **-$27.55** |
| 09/02/2025 | Total Balance: $8,289.37 |
| **AMAZON MARKETPLA INTERNET** | **-$26.48** |
| 09/02/2025 | Total Balance: $8,316.92 |
| **AMAZON MARKETPLA INTERNET** | **-$26.46** |
| 09/02/2025 | Total Balance: $8,343.40 |
| **AMAZON MARKETPLA INTERNET** | **-$10.59** |
| 09/02/2025 | Total Balance: $8,369.86 |
| **AMAZON MARKETPLA INTERNET** | **-$10.55** |
| 09/02/2025 | Total Balance: $8,380.45 |

Accounts | Transfer | Send Money | Pay a Bill | Deposit

| | |
|---|---|
| **AMAZON MARKETPLA INTERNET** <br> 09/05/2025 | **-$15.57** <br> Total Balance: $12,557.67 |
| **AMAZON MARKETPLA INTERNET** <br> 09/04/2025 | **-$7.73** <br> Total Balance: $12,573.24 |
| **AMAZON.COM SERVI INTERNET** <br> 09/04/2025 | **-$5.29** <br> Total Balance: $12,580.97 |
| **DEPOSIT** <br> View Check(s) <br> 09/04/2025 | **$4,660.00** <br> Total Balance: $12,586.26 |
| **CHECK 0116** <br> View Check <br> 09/03/2025 | **-$300.00** <br> Total Balance: $7,926.26 |
| **AMAZON.COM SERVI INTERNET** <br> 09/02/2025 | **-$63.11** <br> Total Balance: $8,226.26 |
| **AMAZON MARKETPLA INTERNET** <br> 09/02/2025 | **-$27.55** <br> Total Balance: $8,289.37 |
| **AMAZON MARKETPLA INTERNET** <br> 09/02/2025 | **-$26.48** <br> Total Balance: $8,316.92 |

| | |
|---|---|
| **CHECK 0112** | **-$151.15** |
| View Check | Total Balance: $11,924.15 |
| 09/09/2025 | |
| **CHECK 0109** | **-$100.00** |
| View Check | Total Balance: $12,075.30 |
| 09/09/2025 | |
| **VERIZON PAYMENTS 000000000000117** | **-$50.00** |
| 09/09/2025 | Total Balance: $12,175.30 |
| **AMAZON.COM SERVI INTERNET** | **-$149.38** |
| 09/09/2025 | Total Balance: $12,225.30 |
| **AMAZON MARKETPLA INTERNET** | **-$42.39** |
| 09/08/2025 | Total Balance: $12,374.68 |
| **AMAZON MARKETPLA INTERNET** | **-$21.71** |
| 09/08/2025 | Total Balance: $12,417.07 |
| **CHECK 0103** | **-$50.00** |
| View Check | Total Balance: $12,438.78 |
| 09/05/2025 | |
| **AMAZON MARKETPLA INTERNET** | **-$68.89** |
| 09/05/2025 | Total Balance: $12,488.78 |

| | |
|---|---|
| **CHECK 0115** | **-$425.00** |
| View Check | Total Balance: $7,981.74 |
| 09/15/2025 | |
| **CHECK 0105** | **-$425.00** |
| View Check | Total Balance: $8,406.74 |
| 09/15/2025 | |
| **ROCKET MORTGAGE MTG PYMTS** | **-$2,868.26** |
| 09/15/2025 | Total Balance: $8,831.74 |
| **WEB XFER TO SAV 15004246274209** | **-$9.80** |
| 09/15/2025 | Total Balance: $11,700.00 |
| **WEB XFER TO SAV 15004246274209** | **-$90.20** |
| 09/15/2025 | Total Balance: $11,709.80 |
| **WEB XFER TO SAV 15004246274209** | **-$6.19** |
| 09/12/2025 | Total Balance: $11,800.00 |
| **CHECK 0111** | **-$84.01** |
| View Check | Total Balance: $11,806.19 |
| 09/11/2025 | |
| **DELUXE CHECK CHECK/ACC.** | **-$33.95** |
| 09/09/2025 | Total Balance: $11,890.20 |



*September*

*beginning 8391*

*cks 10,185*

*10,215*

| | | |
|---|---|---|
| **CHECK 0125** View Check 09/30/2025 | | **-$425.00** Total Balance: $8,792.75 |
| **CHECK 0126** View Check 09/30/2025 | | **-$179.08** Total Balance: $9,217.75 |
| **CHECK 0129** View Check 09/30/2025 | | **-$168.17** Total Balance: $9,396.83 |
| **CHECK 0127** View Check 09/30/2025 | | **-$75.00** Total Balance: $9,565.00 |
| **CHECK 0123** View Check 09/30/2025 | | **-$75.00** Total Balance: $9,640.00 |
| **VERIZON PAYMENTS 000000000000121** 09/30/2025 | | **-$25.00** Total Balance: $9,715.00 |
| **CHECK 0128** View Check 09/29/2025 | | **-$50.00** Total Balance: $9,740.00 |