IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **In re:**<br><br>**Glyn Neal Owen,**<br><br>                    **Debtor.** | **Case No. 25-11132-KHK**<br><br>**Chapter 11** |

### NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION TO CONVERT OR DISMISS CHAPTER 11 CASE

Please take notice that Matthew W. Cheney, Acting United States Trustee for Region 4, by counsel, hereby withdraws his Motion to Convert or Dismiss Chapter 11 Case, filed on September 29, 2025 (Doc. No. 42).  Please remove the Motion from this Court's November 18, 2025 docket.

Dated:  October 22, 2025                                     Matthew W. Cheney
                                                             Acting United States Trustee, Region 4


                                                             */s/ Katharine I. Toledo*
                                                             Katharine I. Toledo, D.C. Bar No. 90027591
                                                             Trial Attorney
                                                             Office of United States Trustee
                                                             1725 Duke Street, Suite 650
                                                             Alexandria, VA 22314
                                                             (202) 603-5203 (Office Cell)
                                                             Email: katharine.i.toledo@usdoj.gov

**Certificate of Service**

      I hereby certify that on October 22, 2025, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Matthew W. Cheney ustpregion04.ax.ecf@usdoj.gov

Stephen E. Leach sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Mark David Meyer bankruptcy@rosenberg-assoc.com

Daniel M. Press dpress@chung-press.com, pressdm@gmail.com;danpress@recap.email

Steven B. Ramsdell sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

Katharine Toledo katharine.i.toledo@usdoj.gov, Robert.W.Ours@usdoj.gov


                                            */s/ Robert W. Ours*
                                            Robert W. Ours
                                            Paralegal Specialist