UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

|  |  |
|---|---|
| *In re:* | ) |
|  | ) |
| GLYN NEAL OWEN, | )   Case No. 25-11132-KHK |
|  | ) |
|  | )   Chapter 11 |
| Debtor. | ) |
|  | ) |

### NOTICE OF MOTION FOR ORDER APPROVING COMPROMISE AND SETTLEMENT

Notice is hereby given that the Debtor has filed a **MOTION TO APPROVE COMPROMISE AND SETTLEMENT (the "Motion")**. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

• **ON OR BEFORE February 5, 2026,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(G). **Unless a written response and supporting memorandum are filed on or before February 5, 2026, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before February 5, 2026.

• Attend the hearing scheduled to be held on **February 10, 2020, at 11:00 a.m.** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

   • Provide a copy of any written response to counsel for the Debtor at:

      Daniel M. Press
      Chung & Press, P.C.
      6718 Whittier Ave., Suite 200
      McLean, VA 22101

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated:   Jan. 15, 2026

Respectfully submitted,

  /s/ Daniel M. Press
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 15th day of January, 2026, I caused the foregoing Notice, along with the Motion, to be served on upon the United States Trustee and all parties requesting notice by CM/ECF, and by first class mail, postage prepaid, to all other creditors and parties in interest as set forth on the attached matrix.

  /s/ Daniel M. Press

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 25-11132-KHK<br>Eastern District of Virginia<br>Alexandria<br>Thu Jan 15 16:01:52 EST 2026 | Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| AEC MTRR<br>PO Box 575<br>Blue Ridge Summit, PA 17214-0575 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank of America<br>PO Box 15284<br>Wilmington, DE 19850-5284 |
| CGH Technologies, Inc.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314-2530 | Charles A Dean<br>Gross, Romanick, Dean & DeSimone, P.C.<br>3975 University Drive Suite 410<br>Fairfax, VA 22030-2520 | Compton & Duling<br>12701 Marblestone Dr<br>Woodbridge, VA 22192-8327 |
| Deliese Owen<br>1131 Tournai Ct<br>Woodbridge, VA 22191-3253 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Rocket Mortgage<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Rocket Mortgage, LLC fka Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Truist Bank<br>PO Box 1874<br>Wilson, NC 27894-1874 | Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 | Glyn Neal Owen<br>1131 Tournai Court<br>Woodbridge, VA 22191-3253 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CGH Technologies, Inc.

End of Label Matrix
Mailable recipients    17
Bypassed recipients     1
Total                  18