# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

| | |
|---|---|
| In Re. Glyn Owen | § |
| | § Case No. 25-11132 |
| | § |
| Debtor(s) | § |
| | § |

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2025

Petition Date: 06/04/2025

Months Pending: 7

Industry Classification: 8 7 1 1

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          1

## Supporting Documentation (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

### /s/ Daniel M Press - per UST request

/s/ Glyn Owen
Signature of Responsible Party

Glyn Owen
Printed Name of Responsible Party

12/31/2025
Date

1131 Tournai Court, Woodbridge, VA 22191
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021) - Mac                    1

Debtor's Name Glyn Owen

Case No. 25-11132

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $6,450 | |
| b. | Total receipts (net of transfers between accounts) | $9,936 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $6,507 | $0 |
| d. | Cash balance end of month (a+b-c) | $9,879 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $6,507 | $0 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

## Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name Glyn Owen

Case No. 25-11132

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Glyn Owen

Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Glyn Owen

Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

**b.** Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total*

*Itemized Breakdown by Firm*

| | Firm Name | Role | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name Glyn Owen

Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name Glyn Owen

Case No. 25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name Glyn Owen                                                    Case No.  25-11132

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ●

b.   Were any payments made outside the ordinary course of business             Yes ○   No ●
without court approval?  (if yes, see Instructions)

c.   Were any payments made to or on behalf of insiders?                        Yes ○   No ●

d.   Are you current on postpetition tax return filings?                        Yes ●   No ○

e.   Are you current on postpetition estimated tax payments?                    Yes ●   No ○

f.   Were all trust fund taxes remitted on a current basis?                     Yes ○   No ●

g.   Was there any postpetition borrowing, other than trade credit?             Yes ○   No ●
(if yes, see Instructions)

h.   Were all payments made to or on behalf of professionals approved by        Yes ●   No ○   N/A ○
the court?

i.   Do you have:           Worker's compensation insurance?                    Yes ○   No ●

                            If yes, are your premiums current?                  Yes ○   No ○   N/A ●   (if no, see Instructions)

                            Casualty/property insurance?                        Yes ●   No ○

                            If yes, are your premiums current?                  Yes ●   No ○   N/A ○   (if no, see Instructions)

                            General liability insurance?                        Yes ●   No ○

                            If yes, are your premiums current?                  Yes ●   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?                    Yes ○   No ●

k.   Has a disclosure statement been filed with the court?                      Yes ○   No ●

l.   Are you current with quarterly U.S. Trustee fees as                        Yes ●   No ○
set forth under 28 U.S.C. § 1930?

Debtor's Name Glyn Owen

Case No. 25-11132

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $9,936 |
| d. | Total income in the reporting period (a+b+c) | $9,936 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $6,413 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $6,413 |
| j. | Difference between total income and total expenses (d-i) | $3,523 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ● No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ● No ○ N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Glyn Owen
Signature of Responsible Party

Debtor
Title

Glyn Owen
Printed Name of Responsible Party

12/31/2025
Date

Debtor's Name Glyn Owen

Case No. 25-11132



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo

Debtor's Name Glyn Owen

Case No.  25-11132



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Glyn Owen

Case No. 25-11132



PageThree



PageFour



**FDIC** FDIC Insured  Backed by the full faith and credit of the U.S. Government

# M&T Bank

Messages (0)    Log Out ›

Accounts | Payments and Transfers | Services | Settings and Support

Welcome back GLYN N

## EZChoice Checking (2021)
(Nickname)

View Account  EZChoice Checking (2021)  ▼  Go ›

**My Shortcuts**    Edit

Create shortcuts to your most frequently used online services.

➕ Add Shortcuts

**Total Balance** ❓
## $12,446.84

**Available Balance** ❓
## $12,446.84

Recent Activity | Last 7 Years | Account Info

View Alerts    Schedule a Transfer    Pay a Bill

⬤ PENDING

- You currently have no pending transactions

View Scheduled Transfers ($0.00)    View Scheduled Bill Payments ($0.00)

⬤ POSTED
❓

Load more transactions    (Older)

Export Transaction History | View Cleared Checks

Date Range (In last 90 days only)  12/01/2025  To  12/31/2025  Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 12/30/2025 | DEPOSIT (View) 💳 | | $300.00 | $9,879.30 |
| 12/29/2025 | CHECK 0155 (View) 💳 | −$425.00 | | $9,579.30 |
| 12/23/2025 | CONCORA CREDIT PAYMENT | −$295.70 | | $10,004.30 |
| 12/17/2025 | WEB XFER TO SAV 15004246274209 | −$47.14 | | $10,300.00 |
| 12/16/2025 | CHECK 0165 (View) 💳 | −$150.00 | | $10,347.14 |
| 12/16/2025 | CHECK 0160 (View) 💳 | −$75.00 | | $10,497.14 |
| 12/16/2025 | CONCORA CREDIT PAYMENT | −$63.78 | | $10,572.14 |
| 12/16/2025 | CONCORA CREDIT PAYMENT | −$63.78 | | $10,635.92 |
| 12/16/2025 | DEPOSIT (View) 💳 | | $4,100.00 | $10,699.70 |
| 12/16/2025 | WEB XFER TO SAV 15004246274209 | −$51.99 | | $6,599.70 |
| 12/15/2025 | CHECK 0167 (View) 💳 | −$500.00 | | $6,651.69 |
| 12/15/2025 | ROCKET MORTGAGE MTG PYMTS | −$2,868.26 | | $7,151.69 |
| 12/15/2025 | MOBILE FLASH FUNDS FEE CHARGED ON 12/13 | −$20.00 | | $10,019.95 |
| 12/15/2025 | MOBILE FLASH FUNDS DEPOSITED ON 12/13 (View) 💳 | | $1,000.00 | $10,039.95 |
| 12/11/2025 | CHECK 0166 (View) 💳 | −$250.00 | | $9,039.95 |
| 12/10/2025 | CHECK 0157 (View) 💳 | −$50.00 | | $9,289.95 |
| 12/10/2025 | CONCORA CREDIT PAYMENT | −$74.70 | | $9,339.95 |
| 12/09/2025 | CONCORA CREDIT PAYMENT | −$700.00 | | $9,414.65 |
| 12/09/2025 | CONCORA CREDIT PAYMENT | −$100.05 | | $10,114.65 |
| 12/08/2025 | CHECK 0156 (View) 💳 | −$150.00 | | $10,214.70 |
| 12/08/2025 | CHECK 0159 (View) 💳 | −$67.74 | | $10,364.70 |

Help ⌃

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 12/08/2025 | VERIZON PAYMENTS 000000000000163 | −$25.00 | | $10,432.44 |
| 12/05/2025 | CHECK 0158 (View) 🖃 | −$75.00 | | $10,457.44 |
| 12/04/2025 | CHECK 0162 (View) 🖃 | −$25.00 | | $10,532.44 |
| 12/04/2025 | CONCORA CREDIT PAYMENT | −$36.16 | | $10,557.44 |
| 12/02/2025 | CHECK 0161 (View) 🖃 | −$319.00 | | $10,593.60 |
| 12/01/2025 | COUNTER WITHDRAWAL | −$623.40 | | $10,912.60 |
| 12/01/2025 | ▶ DEPOSIT (View) 🖃 | | $4,100.00 | $11,536.00 |
| 12/01/2025 | ▶ WEB XFER FROM SAV 15004246274209 | | $436.00 | $7,436.00 |

Last login at 7:19 pm ET on Wednesday, January 14, 2026

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC    Equal Housing Lender    NMLS#381076

©2026 M&T Bank. All Rights Reserved.

**FOR INQUIRIES CALL:** (800) 724-2440

00  0 03057M NM  017

000008566 FIDS1549D01713587069 01 000010 063942 002    P

**GLYN N OWEN**
**DEBTOR IN POSSESSION CASE #25-11132-KHK**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

| ACCOUNT TYPE | |
|---|---|
| EZCHOICE CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 2021 | NOV.14-DEC.12,2025 |

| | |
|---|---|
| BEGINNING BALANCE | $4,390.00 |
| DEPOSITS & CREDITS | 10,036.00 |
| LESS CHECKS & DEBITS | 5,386.05 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $9,039.95 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                    ANNANDALE HERITAGE OFFICE

### ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $4,390.00 | 4 | $10,036.00 | 9 | $1,636.74 | 16 | $3,749.31 | $0.00 | $9,039.95 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 11/14/2025 | BEGINNING BALANCE | | | $4,390.00 |
| 11/14/2025 | DEPOSIT | $4,200.00 | | |
| 11/14/2025 | COUNTER WITHDRAWAL | | $624.25 | 7,965.75 |
| 11/17/2025 | WEB XFER TO SAV  15004246274209 | | 65.75 | |
| 11/17/2025 | CONCORA CREDIT PAYMENT | | 274.23 | 7,625.77 |
| 11/20/2025 | WEB XFER TO SAV  15004246274209 | | 25.77 | |
| 11/20/2025 | CHECK NUMBER 0154 | | 500.00 | 7,100.00 |
| 11/21/2025 | CONCORA CREDIT PAYMENT | | 139.00 | 6,961.00 |
| 11/24/2025 | DEPOSIT | 1,300.00 | | |
| 11/24/2025 | WEB XFER TO SAV  15004246274209 | | 61.00 | |
| 11/24/2025 | CONCORA CREDIT PAYMENT | | 12.37 | 8,187.63 |
| 11/25/2025 | WEB XFER TO SAV  15004246274209 | | 7.63 | 8,180.00 |
| 11/26/2025 | WEB XFER TO SAV  15004246274209 | | 28.01 | |
| 11/26/2025 | CHECK NUMBER 0164 | | 200.00 | 7,951.99 |
| 11/28/2025 | CONCORA CREDIT PAYMENT | | 951.99 | 7,000.00 |
| 12/01/2025 | WEB XFER FROM SAV 15004246274209 | 436.00 | | |
| 12/01/2025 | DEPOSIT | 4,100.00 | | |
| 12/01/2025 | COUNTER WITHDRAWAL | | 623.40 | 10,912.60 |
| 12/02/2025 | CHECK NUMBER 0161 | | 319.00 | 10,593.60 |
| 12/04/2025 | CONCORA CREDIT PAYMENT | | 36.16 | |
| 12/04/2025 | CHECK NUMBER 0162 | | 25.00 | 10,532.44 |
| 12/05/2025 | CHECK NUMBER 0158 | | 75.00 | 10,457.44 |
| 12/08/2025 | VERIZON       PAYMENTS  000000000000163 | | 25.00 | |
| 12/08/2025 | CHECK NUMBER 0159 | | 67.74 | |
| 12/08/2025 | CHECK NUMBER 0156 | | 150.00 | 10,214.70 |
| 12/09/2025 | CONCORA CREDIT PAYMENT | | 100.05 | |
| 12/09/2025 | CONCORA CREDIT PAYMENT | | 700.00 | 9,414.65 |
| 12/10/2025 | CONCORA CREDIT PAYMENT | | 74.70 | |

L008A (8/16)

# M&T Bank

FOR INQUIRIES CALL:    **(800) 724-2440**

| ACCOUNT TYPE | |
|---|---|
| **EZCHOICE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 2021 | **NOV.14-DEC.12,2025** |

**GLYN N OWEN**
**DEBTOR IN POSSESSION CASE #25-11132-KHK**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/10/2025 | CHECK NUMBER 0157 | | 50.00 | 9,289.95 |
| 12/11/2025 | CHECK NUMBER 0166 | | 250.00 | 9,039.95 |
| | ENDING BALANCE | | | $9,039.95 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 154 | 11/20/25 | 500.00 | 158 | 12/05/25 | 75.00 | 162 | 12/04/25 | 25.00 |
| 156* | 12/08/25 | 150.00 | 159 | 12/08/25 | 67.74 | 164* | 11/26/25 | 200.00 |
| 157 | 12/10/25 | 50.00 | 161* | 12/02/25 | 319.00 | 166* | 12/11/25 | 250.00 |

STANDARD FEES TO USE NON-M&T ELECTRONIC FACILITIES INCLUDE: (1)$3 PER ATM WITHDRAWAL, CASH ADVANCE OR ELECTRONIC FUNDS TRANSFER (THE GREATER OF $5 OR 3% OF THE U.S. DOLLAR AMOUNT OF THE TRANSACTION IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC) (2)$3 PER ATM BALANCE INQUIRY ($5 IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC); AND (3)THE GREATER OF $0.50 OR 3% OF THE U.S. DOLLAR AMOUNT OF VISA NETWORK POINT OF SALE TRANSACTIONS MADE IN FOREIGN COUNTRIES. WITHDRAWALS WILL BE DEEMED MADE WHEN RECORDED ON M&T'S BOOKS, NOT NECESSARILY WHEN INITIATED, AND THERE IS NO LIMIT ON THE NUMBER OF WITHDRAWALS.

C0008566 14246 0002-0002 DIDS1549001712587102 00 L 00063942

L008A (8/16)