**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **In re:** <br><br> **Glyn Neal Owen** <br><br> Debtor. | **Chapter 11** <br><br> **No. 25-11132-KHK** |

### [PROPOSED] ORDER ON MOTION TO EXTEND AUTOMATIC STAY

UPON CONSIDERATION of the Motion of The Prudential Insurance Company ("Prudential") to extend the automatic stay to cover garnishment proceedings against Prudential, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the automatic stay under 11 U.S.C. § 362(a) is reinstated and shall commence in effect as to the garnishment proceeding against The Prudential Insurance Company in the Circuit Court for Prince William County, Virginia, Case No. CL25-2285, captioned *CGH Technologies, Inc. v. Glyn Owen and The Prudential Insurance Company*, for any liability to CGH Technologies, Inc. for the remainder of this bankruptcy proceeding; and

ORDERED that the Agreed Order on Motion to Extend Automatic Stay (ECF No. 33) is modified accordingly.

Dated: _____              _____

                                                                                  Judge, U.S. Bankruptcy Court