## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | |
|---|---|
| **In re:**<br><br>**Glyn Neal Owen**<br><br>**Debtor.** | **Chapter 11**<br><br>**No. 25-11132-KHK** |

### [PROPOSED] ORDER ON MOTION FOR SHORTENED NOTICE PERIOD AND EXPEDITED HEARING

UPON CONSIDERATION of the motion of the Prudential Insurance Company ("Prudential") for a shortened notice period and an expedited hearing on its Motion to Extend Automatic Stay, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the hearing will be held:

*Date:*  February 5, 2026
*Time:*  10:00 A.M.
*Location:*  U.S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria VA 22314

Dated: _____    _____

Judge, U.S. Bankruptcy Court