# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# <u>ALEXANDRIA</u> DIVISION

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
## LOCAL BANKRUPTCY RULE 2090-1(E)(3)

In Case No.: <u>25-11132</u>,* Case Name <u>Glyn Neal Owen</u>

### PERSONAL STATEMENT

FULL NAME (no initials, please) <u>James Michael Sullivan</u>
Bar Identification Number <u>2729135</u>    State <u>NY</u>
Firm Name <u>Seyfarth Shaw LLP</u>
Firm Phone # <u>212-218-5500</u>    Direct Dial # <u>212-218-5582</u>    FAX # <u>917-344-1250</u>
E-Mail Address <u>jmsullivan@seyfarth.com</u>
Office **Mailing** Address <u>620 Eighth Avenue, New York, NY 10018</u>
Name(s) of federal court(s) in which I have been admitted <u>SEE ATTACHED</u>

I am a member in good standing of the Bar of the following United States District Court(s): <u>District of Columbia, District of New Jersey, District of New York</u>.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____    <u>January 28, 2026</u>
(Signature)                      (Date)

<u>Samantha L. Brooks</u>
(Typed or Printed Name)

---

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

[ver. 01/22]

# NAME(S) OF FEDERAL COURT(S) IN WHICH I HAVE BEEN ADMITTED

US Supreme Court
Year: 2000

US Court of Appeals, Second Circuit
Year: 2002

US Court of Appeals, Third Circuit
Year: 2001

US Court of Appeals, Federal Circuit
Year: 2001

US District Court, District of Connecticut
Year: 2002

US District Court, District of New Jersey
Year: 1996

US District Court, Southern District of New York
Year: 2001

US District Court, Southern District of Indiana
Year: 2002

US District Court, Eastern District of New York
Year: 2001

US District Court, Southern District of Texas
Year: 2024