**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| In re: | Chapter 11 |
| Glyn Neal Owen | No. 25-11132-KHK |
| Debtor. | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

On the motion ("Motion") of Samantha L. Brooks of Seyfarth Shaw LLP seeking authorization of the admission *pro hac vice* for James Michael Sullivan, an attorney with the law firm of Seyfarth Shaw, LLP; and it appearing that the relief requested in the Motion is proper and appropriate; the Court having jurisdiction to consider the Motion and that the relief requested therein is a core proceeding within the meaning of 28 U.S.C. §§ 157 and 1334; venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that

1.      The Motion is granted in its entirety.

2.      Mr. Sullivan is authorized to appear before the Court and practice pro hac vice as an attorney on behalf of The Prudential Insurance Company, in the above-captioned proceedings and related or associated proceedings.

3.      The terms and conditions of this Order shall be effective immediately upon on entry on the Court's docket, and any applicable stay that would otherwise delay the effectiveness of this Order is WAIVED.

4

323319683v.1

4.      The Court shall retain jurisdiction concerning all matters arising from or related to

the implementation of this Order.


Dated: _____              _____
        Alexandria, Virginia
                                             United States Bankruptcy Judge

                                             Entered on Docket: _____


I ask for this:

**SEYFARTH SHAW LLP**
/s/ *Samantha L. Brooks*
Samantha L. Brooks (VSB No. 91928)
SEYFARTH SHAW LLP
975 F St. NW
Washington, DC 20004
(202) 828-3560 (telephone)
(202) 641-9209 (facsimile)
sbrooks@seyfarth.com


## LBR 9022-1 CERTIFICATION

The undersigned hereby certifies that the foregoing Order has been endorsed by or
served on all necessary parties as required by Local Bankruptcy Rule 9022-1(C)(1).

                                   ***/s/  Samantha L. Brooks***
                                   Samantha L. Brooks


**PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER**
All Recipients of Notices of Electronic Filing

323319683v.1