**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **In re:**<br><br>**Glyn Neal Owen**<br><br>**Debtor.** | **Chapter 11**<br><br>**No. 25-11132-KHK** |

**NOTICE OF MOTION TO EXTEND AUTOMATIC STAY TO COVER GARNISHMENT CLAIMS AGAINST PRUDENTIAL**

Notice is hereby given that the Prudential Insurance Company filed a **MOTION TO EXTEND AUTOMATIC STAY TO COVER GARNISHMENT CLAIMS AGAINST PRUDENTIAL (the "Motion"). Your rights may be affected. You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Court has waived written oppositions to this Motion. If you wish to object, or if you want the Court to consider your view on the Motion, you can do so orally at the hearing on:

*Date:*  **February 5, 2026**
*Time:*  **11:00 A.M.**
*Location:*  **U.S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria VA 22314**

If you or your attorney do not attend the hearing, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated: February 2, 2026                    Respectfully submitted,

/s/ *Samantha L. Brooks*
Samantha L. Brooks (VSB No. 91928)
SEYFARTH SHAW LLP
975 F St. NW
Washington, DC 20004
(202) 828-3560 (telephone)
(202) 641-9209 (facsimile)
sbrooks@seyfarth.com

James M. Sullivan (pro hac vice pending)
SEYFARTH SHAW LLP
620 8th Avenue

        New York, NY 10018
(202) 828-3560 (telephone)
(202) 641-9209 (facsimile)
jmsullivan@seyfarth.com

*Attorneys for Prudential Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, the foregoing Notice was filed and served via CM/ECF upon all parties and counsel of record:

>By:     */s/ Samantha L. Brooks*
>Samantha L. Brooks (VSB No. 91928)
>SEYFARTH SHAW LLP
>975 F Street, N.W.
>Washington, DC  20004
>Telephone: (202) 463-2400
>Facsimile: (202) 828-5393
>sbrooks@seyfarth.com