# EXHIBIT C

VIRGINIA:

IN THE CIRCUIT COURT FOR PRINCE WILLIAM COUNTY

CGH TECHNOLOGIES, INC.     )
     )
    Judgment Creditor,    )
     )
vs.     )    CASE NO.: CL25-2285
     )
GLYN OWEN, et. al.     )
     )
    Judgment Debtor.    )

SERVE:    The Prudential Insurance Company
c/o CT Corporation System, Registered Agent
4701 Cox Road, Suite 285
Glen Allen, VA 23060

## ORDER

**THIS MATTER** came before the Court on this 10th day of October, 2025 upon the Motion of the Judgment Creditor to Lift Stay and Reissue Rule to Show Cause.

**IT APPEARING** to the Court that, by Order of the United States Bankruptcy Court for the Eastern District of Virginia dated July 1, 2025, this matter is expressly exempted from the automatic stay and that this matter is not stayed by operation of law; and

**IT FURTHER APPEARING** to the Court that the Garnishee, The Prudential Insurance Company was served with a Garnishment Summons in this matter on March 14, 2025 and that the Garnishee has failed to file a proper Answer or otherwise respond to the Garnishment Summons as required by law and therefore may be in contempt of this Court; it is therefore

**ORDERED** that the Motion to Lift Stay and Reissue Rule to Show Cause is GRANTED; and it is further

**ORDERED** that this Court's Order of July 1, 2025 is hereby VACATED; and it is further

**ORDERED** that the stay of proceedings is hereby lifted; and it is further

**ORDERED** that, the Garnishee, The Prudential Insurance Company appear before this Court on Friday, November 21, 2025 at 10:30 a.m. to show cause, if any there may be, why it should not be held in contempt of court and dealt with according to law.

PAGE ONE OF TWO

The Garnishee, The Prudential Insurance Company, shall be advised that failure to respond to this Order may result in judgment being entered against The Prudential Insurance Company in the amount of $1,016,407.02 as set forth in the Garnishment Summons filed herein.

Entered this _____ day of _____, 2025.

_____
Judge, Prince William County Circuit Court

I ASK FOR THIS:

_____
A. Charles Dean, VSB # 74814
GROSS, ROMANICK, DEAN & DESIMONE, P.C.
3975 University Drive, Suite 410
Fairfax, VA 22030
(703) 273-1400 (telephone)
(703) 385-9652 (facsimile)
adean@grddlaw.com
Counsel for Judgment Creditor

SEEN & _____:

_____
William D. Wides, Esq.
COMPTON & DULING, PLC
12701 Marblestone Drive, Suite 350
Prince William, VA 22192
wdw@comptonduling.com

PAGE TWO OF TWO

A COPY TESTE:
PRINCE WILLIAM COUNTY
CLERK CIRCUIT COURT
BY:_____
DEPUTY CLERK