UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re:<br><br>**Glyn Neal Owen**<br><br>Debtor. | **Chapter 11**<br><br>No. 25-11132-KHK |

**[PROPOSED] ORDER ON MOTION FOR SHORTENED NOTICE
PERIOD AND EXPEDITED HEARING**

UPON CONSIDERATION of the motion of the Prudential Insurance Company ("Prudential") for a shortened notice period and an expedited hearing on its Motion to Extend Automatic Stay, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the hearing will be held:

*Date:* February 5, 2026
*Time:* 11:00 A.M.
*Location:* U.S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria VA 22314

Dated: Feb 3 2026

/s/ Klinette H Kindred

Judge, U.S. Bankruptcy Court

Entered On Date:    Feb 3 2026

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 25-11132-KHK
Glyn Neal Owen  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9  User: Alexandri  Page 1 of 2
Date Rcvd: Feb 03, 2026  Form ID: pdford7  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol  Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |
| 16736518 | + | AEC MTRR, PO Box 575, Blue Ridge Summit, PA 17214-0575 |
| 16736520 | + | CGH Technologies, Inc., 300 N. Washington St., Suite 310, Alexandria, VA 22314-2530 |
| 16736521 | + | Charles A Dean, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive Suite 410, Fairfax, VA 22030-2520 |
| 16736522 | + | Compton & Duling, 12701 Marblestone Dr, Woodbridge, VA 22192-8327 |
| 16736523 | + | Deliese Owen, 1131 Tournai Ct, Woodbridge, VA 22191-3253 |
| 16736526 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 04 2026 01:07:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 04 2026 01:08:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., 635 Woodward Avenue, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 16766727 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 04 2026 01:13:05 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16736519 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 04 2026 01:07:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16736524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2026 01:07:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16736525 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 04 2026 01:08:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 16779005 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 04 2026 01:08:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 16749122 | + | Email/Text: bankruptcy@bbandt.com | Feb 04 2026 01:07:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CGH Technologies, Inc. |
| intp | | The Prudential Insurance Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0422-9 | User: Alexandri | Page 2 of 2 |
| Date Rcvd: Feb 03, 2026 | Form ID: pdford7 | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2026         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Samantha L Brooks | on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com |
| Stephen E. Leach | on behalf of Plaintiff CGH Technologies  Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com |
| Steven B. Ramsdell | on behalf of Creditor CGH Technologies  Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com |

TOTAL: 8