**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
(Alexandria Division)

---------------------------------------------------------------X
In re:                                                                         :          Chapter 11
                                                                                    :
**Glyn Neal Owen**                                                  :          No. 25-11132-KHK
                                                                                    :
                        Debtor.                                           :
                                                                                    :
---------------------------------------------------------------X

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

UPON CONSIDERATION of Debtor's Motion to Approve Compromise and Settlement between Debtor and CGH Technologies, Inc. (Doc. #59), proper notice having been given and no objections having been filed, and

The Court finding that the settlement is in the best interests of the Debtor, creditors and the estate, it is hereby

ORDERED that the Motion is granted and the settlement as set forth therein is APPROVED.

Dated: Feb 10 2026

/s/ Klinette H Kindred
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Feb 10 2026

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:


_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


SEEN AND NOT OBJECTED TO:

_/s/ Katharine Toledo_____
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176


<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

           __/s/Daniel M. Press___
           Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
Counsel for CGH Technologies, Inc.
U.S. Trustee

2