UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
-----------------------------------------------------------X
In re:                                      :    Chapter 11
                                            :
Glyn Neal Owen                              :    No. 25-11132-KHK
                                            :
        Debtor.                             :
                                            :
-----------------------------------------------------------X
```

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

UPON CONSIDERATION of Debtor's Motion to Approve Compromise and Settlement between Debtor and CGH Technologies, Inc. (Doc. #59), proper notice having been given and no objections having been filed, and

The Court finding that the settlement is in the best interests of the Debtor, creditors and the estate, it is hereby

ORDERED that the Motion is granted and the settlement as set forth therein is APPROVED.

Dated: Feb 10 2026

/s/ Klinette H Kindred
_____
Judge, U.S. Bankruptcy Court

Entered on Docket: Feb 10 2026

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

I ASK FOR THIS:

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


SEEN AND NOT OBJECTED TO:

 /s/ Katharine Toledo
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7176


Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                               /s/Daniel M. Press
                                              Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
Counsel for CGH Technologies, Inc.
U.S. Trustee

2

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11132-KHK |
| Glyn Neal Owen | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MaryReduz | Page 1 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdford9 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 11 2026 01:02:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |

District/off: 0422-9 User: MaryReduz Page 2 of 2
Date Rcvd: Feb 10, 2026 Form ID: pdford9 Total Noticed: 2

Mark David Meyer
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com

Matthew W. Cheney
    ustpregion04.ax.ecf@usdoj.gov

Samantha L Brooks
    on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com

Stephen E. Leach
    on behalf of Plaintiff CGH Technologies Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven B. Ramsdell
    on behalf of Creditor CGH Technologies Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

TOTAL: 8