# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

```
-----------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
Glyn Neal Owen                                      :        No. 25-11132-KHK
                                                    :
        Debtor.                                     :
                                                    :
-----------------------------------------------------------X
```

### ORDER ON OBJECTIONS TO EXEMPTIONS

UPON CONSIDERATION of the Objections to the Debtor's claim of exemptions filed by CGH Technologies, Inc., and the resolution of those objections in the Compromise and Settlement between Debtor and CGH (Doc. #59) approved by the Court (Doc. #76), it is hereby

ORDERED that the Objection to the exemption of Debtor's Fidelity Retirement Account (Doc. #37) is hereby SUSTAINED, and that account shall not be deemed exempt; and the Supplemental Objection to exemptions as to Debtor's Athene IRA annuity (Doc. #38) is hereby OVERRULED and the Athene annuity shall be deemed exempt as claimed on Debtor's Schedule C.

Dated: Feb 12 2026

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Feb 13 2026

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

WE ASK FOR THIS:

\_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor


/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl & Ramsdell, P.L.C.
300 N. Washington St., Suite 310
Alexandria, VA 22314
(703) 549-5003
Counsel for CGH Technologies Inc.


Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                             \_\_/s/Daniel M. Press\_\_\_\_
                                             Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
Counsel for CGH Technologies, Inc.
U.S. Trustee

United States Bankruptcy Court

Eastern District of Virginia

In re:    Case No. 25-11132-KHK
Glyn Neal Owen    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9      User: MaryReduz      Page 1 of 2
Date Rcvd: Feb 13, 2026      Form ID: pdford9      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CGH Technologies, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | |

| | | |
|---|---|---|
| District/off: 0422-9 | User: MaryReduz | Page 2 of 2 |
| Date Rcvd: Feb 13, 2026 | Form ID: pdford9 | Total Noticed: 1 |

ustpregion04.ax.ecf@usdoj.gov

Samantha L Brooks

on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com

Stephen E. Leach

on behalf of Plaintiff CGH Technologies  Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven B. Ramsdell

on behalf of Creditor CGH Technologies  Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

TOTAL: 8