# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: | ) |
| | ) |
| Glyn Neal Owen | ) Case No. 25-11132-KHK |
| | ) Chapter 11 |
| Debtor | ) |

## ORDER DENYING MOTION TO EXTEND STAY

This matter was before the Court on February 5, 2026 for a hearing on the Motion to Extend Automatic Stay filed by The Prudential Insurance Company ("Prudential") (Docket No. 65). Prudential, the Debtor and CGH Technologies, Inc. appeared by counsel. For the reasons stated on the record at the hearing, it is hereby,

**ORDERED:**

1. The Motion to Extend Automatic Stay (Docket No. 65) is DENIED.

2. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties listed below.

Date: Feb 18 2026

Alexandria, Virginia

/s/ Klinette H Kindred
The Honorable Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket: Feb 18 2026

Electronic copies to:

Daniel M. Press
*Counsel for Debtor*

Steven B. Ramsdell
*Counsel to CGH Technology, Inc.*

Samantha L Brooks
*Counsel to The Prudential Insurance Company*

Mailed Copies to:

Glyn Neal Owen
1131 Tournai Court
Woodbridge, VA 22191
*Debtor*

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11132-KHK |
| Glyn Neal Owen | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: MaryReduz | Page 1 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdford1 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 20, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | |
| | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | |
| | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | |
| | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark David Meyer | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | |
| | ustpregion04.ax.ecf@usdoj.gov |
| Samantha L Brooks | |
| | on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com |

| | | |
|---|---|---|
| District/off: 0422-9 | User: MaryReduz | Page 2 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdford1 | Total Noticed: 1 |

Stephen E. Leach
        on behalf of Plaintiff CGH Technologies  Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven B. Ramsdell
        on behalf of Creditor CGH Technologies  Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

TOTAL: 8