UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Alexandria___ Division

In re   Glyn Neal Owen                              Case No.  25-11132-KHK

            Debtor(s)                                Chapter 11

Last four digits of Social-Security (SSN) No(s).: 9409
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: _____

### NOTICE OF HEARING ON DISCLOSURE STATEMENT

PLEASE TAKE NOTICE THAT on  March 2, 2026  ,  Glyn Owen, Debtor,  filed with the Court a proposed Plan of Reorganization and a proposed Disclosure Statement in connection with such Plan.

You may make a written request to the attorney of the plan proponent for a copy of the Disclosure Statement and/or Plan at the following mailing address:
  Daniel M. Press, Esq, Chung & Press, P.C.,
  6718 Whittier Ave. #200, McLean, VA 22101
  dpress@chung-press.com

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you object to the adequacy of the information contained in the Disclosure Statement, wish to request proposed modifications thereto, or would otherwise want the Court to consider your views on the Disclosure Statement, then on or before April 14, 2026 you or your attorney must:

a. File with the Court at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(G).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 200 S. Washington Street
> Alexandria, VA  22314

b. You must also serve a copy upon the debtor(s) and such other parties as required by Federal Rule of Bankruptcy Procedure 3017(a).

    c. Attend the hearing scheduled to be held to consider the adequacy of the information contained in the Disclosure Statement.

*Date:* April 21, 2026
*Time:* 12:00 noon
*Location:* U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA  22314

Pursuant to Local Bankruptcy Rule 9013-1, if you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Disclosure Statement as conceded, and enter an appropriate order granting the relief requested.

Date: March 2, 2026                                    By: /s/ Daniel M Press
                                                                                         Counsel/Pro Se
                                                                                         Address: 6718 Whittier Ave. #200, McLean, VA 22101

                                                                                         State Bar Number [*If applicable*]: 37123
                                                                                         Telephone Number: 703-734-3800

[312edvaric ver. 12/24]

## **CERTIFICATE OF SERVICE**

This is to certify that on this 2nd day of March 2026, I caused to be served the foregoing Notice upon the U.S. Trustee and all parties requesting notice, and upon all creditors and parties in interest as set forth on the attached matrix, by CM/ECF if the recipient receives such notices, otherwise by first class mail, postage prepaid.

In addition, the Plan and Disclosure Statement were served by CM/ECF along with this notice upon the U.S. Trustee and all persons requesting notice, and by first class mail, postage prepaid, upon the following:

Branch of Reorganization
Sec. & Exch. Commission
950 East Paces Ferry, N.E., Suite 900
Atlanta, GA 30326

   /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-1<br>Case 25-11132-KHK<br>Eastern District of Virginia<br>Alexandria<br>Mon Mar  2 15:26:40 EST 2026 | Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | United States Bankruptcy Court<br>200 South Washington Street<br>Alexandria, VA 22314-5405 |
| AEC MTRR<br>PO Box 575<br>Blue Ridge Summit, PA 17214-0575 | Affirm, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Bank of America<br>PO Box 15284<br>Wilmington, DE 19850-5284 |
| CGH Technologies, Inc.<br>300 N. Washington St., Suite 310<br>Alexandria, VA 22314-2530 | Charles A Dean<br>Gross, Romanick, Dean & DeSimone, P.C.<br>3975 University Drive Suite 410<br>Fairfax, VA 22030-2520 | Compton & Duling<br>12701 Marblestone Dr<br>Woodbridge, VA 22192-8327 |
| Deliese Owen<br>1131 Tournai Ct<br>Woodbridge, VA 22191-3253 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Rocket Mortgage<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 |
| Rocket Mortgage, LLC fka Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 | Truist Bank<br>PO Box 1874<br>Wilson, NC 27894-1874 | Truist Bank, Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| Daniel M. Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Suite 200<br>McLean, VA 22101-4531 | Glyn Neal Owen<br>1131 Tournai Court<br>Woodbridge, VA 22191-3253 | Matthew W. Cheney<br>Office of the U.S. Trustee - Region 4<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CGH Technologies, Inc. | (u)The Prudential Insurance Company | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     2<br>Total                  19 |