# UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Virginiz

Alexandria Division

| | | |
|---|---|---|
| In Re.  Glyn Owen | § | Case No.  25-11132 |
| | § | |
| | § | |
| Debtor(s) | § | |
| | | ☐ Jointly Administered |

## Monthly Operating Report                                      Chapter 11

Reporting Period Ended: 02/28/2026                    Petition Date: 06/04/2025

Months Pending: 9                    Industry Classification: 8 7 1 1

Reporting Method:          Accrual Basis  ◉          Cash Basis  ○

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel M. Press                    6718 Whittier Ave #200 McLean VA 22101

/s/ Glyn Owen                          Glyn Owen
Signature of Responsible Party         Printed Name of Responsible Party

02/28/2026        4/10/2026
Date
                                       1131 Tournai Court, Woodbridge, VA 22191
                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

Debtor's Name  Glyn Owen                                                    Case No.  25-11132

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $446,069 | |
| b.  Total receipts (net of transfers between accounts) | $6,957 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $7,365 | $0 |
| d.  Cash balance end of month (a+b-c) | $445,661 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $7,365 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory  (Book ○  Market ○  Other ⦿  (attach explanation)) | $0 |
| d   Total current assets | $0 |
| e.  Total assets | $0 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $0 |
| n.  Total liabilities (debt) (j+k+l+m) | $0 |
| o.  Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $0 |

Debtor's Name Glyn Owen                                              Case No.  25-11132

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name Glyn Owen                                                                    Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                              4

Debtor's Name  Glyn Owen                                                        Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

|   | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                         5

Debtor's Name  Glyn Owen                                                                    Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                        6

Debtor's Name Glyn Owen                                                Case No. 25-11132

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    7

Debtor's Name  Glyn Owen                                                   Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ◯   No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ◯   No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ◯   No ◉

d.  Are you current on postpetition tax return filings?   Yes ◉   No ◯

e.  Are you current on postpetition estimated tax payments?   Yes ◉   No ◯

f.  Were all trust fund taxes remitted on a current basis?   Yes ◯   No ◉

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ◯   No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ◯   N/A ◯

i.  Do you have:        Worker's compensation insurance?   Yes ◯   No ◉

       If yes, are your premiums current?   Yes ◯   No ◯   N/A ◉   (if no, see Instructions)

       Casualty/property insurance?   Yes ◉   No ◯

       If yes, are your premiums current?   Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

       General liability insurance?   Yes ◉   No ◯

       If yes, are your premiums current?   Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ◉   No ◯

k.  Has a disclosure statement been filed with the court?   Yes ◉   No ◯

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ◯

Debtor's Name  Glyn Owen

Case No.  25-11132

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $6,957 |
| d. | Total income in the reporting period (a+b+c) | $6,957 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $7,365 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $7,365 |
| j. | Difference between total income and total expenses (d-i) | $-408 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ◉ No ○

m.  If yes, have you made all Domestic Support Obligation payments?   Yes ◉ No ○  N/A ○

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/ eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Glyn Owen

Signature of Responsible Party

Debtor

Title

Glyn Owen

Printed Name of Responsible Party

4/10/2026
02/28/2026

Date

Debtor's Name Glyn Owen                                                                          Case No.  25-11132



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Glyn Owen                                                      Case No.  25-11132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Glyn Owen                                                          Case No. 25-11132



PageThree



PageFour

# coinbase

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for GLYN OWEN

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Account |
|---|---|---|
| From 2026-02-01 00:00:00 UTC | Type: all | glynowyn@yahoo.com |
| To 2026-02-28 23:59:59 UTC | Asset: all | |

## Portfolio summary

Portfolio summary balances are as of 2026-02-28 23:59:59 UTC

| Asset | Quantity as of 2026-02-28 23:59:59 UTC | Market Price as of 2026-02-28 23:53:00 UTC | Market Value as of 2026-02-28 23:53:00 UTC |
|---|---|---|---|
| ANKR | 1909.01054826 | 0.00429 USD/ANKR | 8.19 USD |
| CRO | 515.0955333 | 0.076475 USD/CRO | 39.39 USD |
| HBAR | 356.37005472 | 0.10046 USD/HBAR | 35.8 USD |
| POL | 155.9745657076524974 | 0.109 USD/POL | 17 USD |
| USDC | 0.009786 | 1.00000000 USD/USDC | 0.01 USD |
| VET | 1554.07756549 | 0.007285 USD/VET | 11.32 USD |
| XLM | 266.4890592 | 0.159283 USD/XLM | 42.45 USD |

Total Market Value
154.16 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2026-02-27 20:45:23 UTC | Staking Income | POL | 0.040381294196 | USD | $0.10855 | $0.00438 | $0.00438 | |

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2026-02-22 21:04:47 UTC | Staking Income | POL | 0.042194959671 | USD | $0.10575 | $0.00446 | $0.00446 | |
| 2026-02-17 20:50:30 UTC | Staking Income | POL | 0.042909519394 | USD | $0.10915 | $0.00468 | $0.00468 | |
| 2026-02-13 01:36:35 UTC | Staking Income | POL | 0.040217412921 | USD | $0.09555 | $0.00384 | $0.00384 | |
| 2026-02-07 21:03:45 UTC | Staking Income | POL | 0.040875695478 | USD | $0.0977 | $0.00399 | $0.00399 | |
| 2026-02-02 19:54:15 UTC | Staking Income | POL | 0.042727226761 | USD | $0.11405 | $0.00487 | $0.00487 | |

**M&T** Bank

**FOR INQUIRIES CALL:**    **(800) 724-2440**

00    0 03057M NM  017

P

000007799 FIDS1549D01714616071 01 000010 091554 002

**GLYN N OWEN**
**DEBTOR IN POSSESSION CASE #25-11132-KHK**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

| ACCOUNT TYPE | |
|---|---|
| **EZCHOICE CHECKING** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ?021 | **JAN.14-FEB.13,2026** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$12,571.84** |
| **DEPOSITS & CREDITS** | 413.59 |
| **LESS CHECKS & DEBITS** | 8,833.50 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | **$4,151.93** |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00                    ANNANDALE HERITAGE OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $12,571.84 | 1 | $413.59 | 13 | $3,759.71 | 7 | $5,073.79 | $0.00 | $4,151.93 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/14/2026 | BEGINNING BALANCE | | | $12,571.84 |
| 01/14/2026 | CHECK NUMBER 0172 | | $125.00 | 12,446.84 |
| 01/16/2026 | COUNTER WITHDRAWAL | | 450.00 | |
| 01/16/2026 | CONCORA CREDIT PAYMENT | | 549.91 | 11,446.93 |
| 01/20/2026 | CHECK NUMBER 0180 | | 250.71 | 11,196.22 |
| 01/22/2026 | CONCORA CREDIT PAYMENT | | 268.51 | 10,927.71 |
| 01/26/2026 | CHECK NUMBER 0171 | | 425.00 | 10,502.71 |
| 01/29/2026 | CONCORA CREDIT PAYMENT | | 406.23 | 10,096.48 |
| 01/30/2026 | CHECK NUMBER 0190 | | 569.00 | 9,527.48 |
| 02/02/2026 | VERIZON       PAYMENTS   000000000000185 | | 45.00 | |
| 02/02/2026 | CHECK NUMBER 0186 | | 75.00 | 9,407.48 |
| 02/05/2026 | CHECK NUMBER 0189 | | 425.00 | 8,982.48 |
| 02/06/2026 | CHECK NUMBER 0188 | | 50.00 | 8,932.48 |
| 02/09/2026 | WEB XFER FROM SAV 15004246274209 | $413.59 | | |
| 02/09/2026 | CHECK NUMBER 0187 | | 150.00 | |
| 02/09/2026 | CHECK NUMBER 0197 | | 360.00 | 8,836.07 |
| 02/11/2026 | CONCORA CREDIT PAYMENT | | 485.88 | |
| 02/11/2026 | CHECK NUMBER 0196 | | 280.00 | |
| 02/11/2026 | CHECK NUMBER 0194 | | 375.00 | 7,695.19 |
| 02/12/2026 | CHECK NUMBER 0195 | | 75.00 | |
| 02/12/2026 | CHECK NUMBER 0198 | | 600.00 | 7,020.19 |
| 02/13/2026 | ROCKET MORTGAGE MTG PYMTS | | 2,868.26 | 4,151.93 |
| | ENDING BALANCE | | | $4,151.93 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 171 | 01/26/26 | 425.00 | 172 | 01/14/26 | 125.00 | 180* | 01/20/26 | 250.71 |

**PAGE 1 OF 2**

L008A (8/16)

**M&T** Bank

FOR INQUIRIES CALL:   (800) 724-2440

| ACCOUNT TYPE |
|---|
| **EZCHOICE CHECKING** |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ?021 | JAN.14-FEB.13,2026 |

GLYN N OWEN
DEBTOR IN POSSESSION CASE #25-11132-KHK

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 186* | 02/02/26 | 75.00 | 190 | 01/30/26 | 569.00 | 196 | 02/11/26 | 280.00 |
| 187 | 02/09/26 | 150.00 | 194* | 02/11/26 | 375.00 | 197 | 02/09/26 | 360.00 |
| 188 | 02/06/26 | 50.00 | 195 | 02/12/26 | 75.00 | 198 | 02/12/26 | 600.00 |
| 189 | 02/05/26 | 425.00 | | | | | | |

STANDARD FEES TO USE NON-M&T ELECTRONIC FACILITIES INCLUDE: (1)$3 PER ATM WITHDRAWAL, CASH ADVANCE OR ELECTRONIC FUNDS TRANSFER (THE GREATER OF $5 OR 3% OF THE U.S. DOLLAR AMOUNT OF THE TRANSACTION IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC) (2)$3 PER ATM BALANCE INQUIRY ($5 IF MADE OUTSIDE THE 50 UNITED STATES & WASHINGTON DC); AND (3)THE GREATER OF $0.50 OR 3% OF THE U.S. DOLLAR AMOUNT OF VISA NETWORK POINT OF SALE TRANSACTIONS MADE IN FOREIGN COUNTRIES. WITHDRAWALS WILL BE DEEMED MADE WHEN RECORDED ON M&T'S BOOKS, NOT NECESSARILY WHEN INITIATED, AND THERE IS NO LIMIT ON THE NUMBER OF WITHDRAWALS.

00007799 12926 0002-0002 DIDS1549D017026163396 00 L 00091554

L008A (8/16)



10:51

**FDIC** *FDIC-Insured - Backed by the full faith and credit of the U.S. Government*

< **Back**    **Account Details** ∨    🔍

(3973)

## $436,533.⁶¹    Available Balance ❓

## $436,533.⁶¹    Total Balance ❓

### Pending ❓    ⌃

*No pending transactions.*

### Posted ❓

| INTEREST PAYMENT | $3.34 |
|---|---|
| 03/09/2026 | Total Balance: $436,533.61 |

| DEPOSIT | $7,110.61 |
|---|---|
| View Check(s) | Total Balance: $436,530.27 |
| 02/10/2026 | |

| INTEREST PAYMENT | $3.41 |
|---|---|
| 02/09/2026 | Total Balance: $429,419.66 |

| DEPOSIT | $429,416.25 |
|---|---|
| View Check(s) | Total Balance: $429,416.25 |
| 01/09/2026 | |

💲 **Accounts**    ⇄ **Transfer**    ẕ **Send Money**    ✉ **Pay a Bill**    📷 **Deposit**

**M&T** Bank

**FOR INQUIRIES CALL:**     (800) 724-2440

00    0 03057M NM  017

P

000007813 FIDS1549D01714616071 01 000000 091568 001

**GLYN N OWEN**
**DEBTOR IN POSSESSION CASE #25-11132-KHK**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

| ACCOUNT TYPE | |
|---|---|
| **RELATIONSHIP SAVINGS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| I209 | **JAN.14-FEB.13,2026** |

| | |
|---|---|
| **BEGINNING BALANCE** | $713.59 |
| **DEPOSITS & CREDITS** | 0.00 |
| **LESS CHECKS & DEBITS** | 413.59 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | $300.00 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00
INTEREST PAID YEAR TO DATE                              $0.01

ANNANDALE HERITAGE OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | WITHDRAWALS & OTHER DEBITS (-) | | CURRENT INTEREST PAID | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | | |
| $713.59 | 0 | $0.00 | 1 | $413.59 | $0.00 | $300.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/14/2026 | BEGINNING BALANCE | | | $713.59 |
| 02/09/2026 | WEB XFER TO CHK   00009886192021 | | $413.59 | 300.00 |
| | ENDING BALANCE | | | $300.00 |

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

INFORMATION REGARDING ELIMINATION OF THE EARLY CLOSE-OUT FEE OF AN ACCOUNT.
STARTING ON FEBRUARY 1, 2026, M&T WILL NO LONGER CHARGE A FEE FOR CLOSING A
CHECKING OR SAVINGS ACCOUNT WITHIN 6 MONTHS OF OPENING.
TO DISCUSS THIS CHANGE, VISIT YOUR BRANCH OR CALL US AT 1-800-724-2440,
MONDAY-FRIDAY, 6AM-9PM AND SATURDAY-SUNDAY, 9AM-5PM ET.

L008A (8/16)