**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

|  |  |
|---|---|
| *In re:* | ) |
| | ) |
| | )  Case No. 25-11132-KHK |
| GLYN NEAL OWEN, | ) |
| | )  Chapter 11 |
| Debtor. | ) |
| | ) |

**NOTICE OF FILING OF CORRECTED PLAN AND AMENDED DISCLOSURE
STATEMENT**

Notice is hereby given that the Debtor is filing, as attachments hereto, a corrected plan to correct a typo in the name of the Class B creditor, and an amended disclosure statement, correcting that same typo and stating that Debtor is unaware of any avoidance actions or claims against third parties and does not intend to bring any such claims.   Debtor does not believe that these corrections/amendments are of sufficient materiality to require any re-noticing of the Disclosure Statement hearing scheduled for April 21, 2026.

Dated:    April 20, 2026

Respectfully submitted,

_/s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 20th day of April, 2026, I caused the foregoing Notice, along with the attachments, to be served on upon the United States Trustee and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor