**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Glyn Neal Owen                                             Case No. 25-11132-KHK
(Chapter 11)

      Debtor.

**ORDER APPROVING DISCLOSURE STATEMENT**
**AND SETTING HEARING ON CONFIRMATION OF PLAN**

The Debtor filed a Disclosure Statement Under Chapter 11 of the Bankruptcy Code on

March 2, 2026 (Docket No. 83).  It having been determined after hearing on notice that the

Disclosure Statement contains adequate information, it is

**ORDERED**:

1. **Approval of Disclosure Statement**: The Disclosure Statement filed by the Debtor on

March 2, 2026 is **APPROVED**.

2. **Service of Plan and Related Documents**: The proponent shall mail (1) the Plan; (2)

the Disclosure Statement as approved by the Court; (3) this Order approving the Disclosure

Statement; (4) a form Ballot; and (5) Notice of Hearing on confirmation and time within which

acceptances and rejections of such Plan may be filed to all creditors, equity security holders,

United States Trustee and other parties in interest on or before **May 12, 2026**, as provided in

Fed.R.Bankr.Proc. 2002 and 3017(d).  The plan proponent shall file the original Notice of

Hearing together with a certificate of distribution of the Plan, Disclosure Statement, Order

Approving Disclosure Statement, Ballot, and Notice promptly after the mailing is completed.

**FAILURE TO TIMELY COMPLY WITH THE NOTICING INSTRUCTIONS AS SET**

**FORTH HEREIN MAY RESULT IN THE HEARING BEING STRICKEN FROM THE**

**DOCKET WITHOUT FURTHER NOTICE**.

3.  **Deadline for Acceptances and Rejections**: Any Ballots accepting or rejecting the

Plan must be returned to Debtor's Counsel by **June 2, 2026**.

4. **Summary of Ballots**.  Debtor's Counsel will file a Summary of Ballots on or before

**5.00 p.m. on June 8, 2026.**

5. **Deadline for Objections to Confirmation of Plan**: Objections to confirmation of the

Plan shall be filed no later than **June 2, 2026**.  Objections to confirmation must be served

pursuant to Fed.R.Bankr.Proc. 3020(b)(1) and Local Bankruptcy Rule 3016-1(E).

6. **Confirmation Hearing**: The hearing on the confirmation of the Plan will be held on

**June 9, 2026 at 12:00 PM.**

Date:  May 6 2026

Alexandria, Virginia

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

Entered On Docket:May 6 2026

**Copy electronically to**:

Daniel M. Press
*Counsel for Debtor*

Michael T. Freeman
*Office of the U. S. Trustee*

**Copy to be mailed to**:

Glyn Neal Owen
1131 Tournai Court
Woodbridge, VA  22191
*Debtor*