**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In re:

Glyn Neal Owen                                    Case No. 25-11132-KHK
                                                  (Chapter 11)

     Debtor.

**ORDER APPROVING DISCLOSURE STATEMENT**
**AND SETTING HEARING ON CONFIRMATION OF PLAN**

The Debtor filed a Disclosure Statement Under Chapter 11 of the Bankruptcy Code on

March 2, 2026 (Docket No. 83).  It having been determined after hearing on notice that the

Disclosure Statement contains adequate information, it is

**ORDERED**:

1.  **Approval of Disclosure Statement**: The Disclosure Statement filed by the Debtor on

March 2, 2026 is **APPROVED**.

2.  **Service of Plan and Related Documents**: The proponent shall mail (1) the Plan; (2)

the Disclosure Statement as approved by the Court; (3) this Order approving the Disclosure

Statement; (4) a form Ballot; and (5) Notice of Hearing on confirmation and time within which

acceptances and rejections of such Plan may be filed to all creditors, equity security holders,

United States Trustee and other parties in interest on or before **May 12, 2026**, as provided in

Fed.R.Bankr.Proc. 2002 and 3017(d).  The plan proponent shall file the original Notice of

Hearing together with a certificate of distribution of the Plan, Disclosure Statement, Order

Approving Disclosure Statement, Ballot, and Notice promptly after the mailing is completed.

**FAILURE TO TIMELY COMPLY WITH THE NOTICING INSTRUCTIONS AS SET**

**FORTH HEREIN MAY RESULT IN THE HEARING BEING STRICKEN FROM THE**

**DOCKET WITHOUT FURTHER NOTICE**.

3. **Deadline for Acceptances and Rejections**: Any Ballots accepting or rejecting the

Plan must be returned to Debtor's Counsel by **June 2, 2026**.

4. **Summary of Ballots**.  Debtor's Counsel will file a Summary of Ballots on or before

**5.00 p.m. on June 8, 2026.**

5. **Deadline for Objections to Confirmation of Plan**: Objections to confirmation of the

Plan shall be filed no later than **June 2, 2026**.  Objections to confirmation must be served

pursuant to Fed.R.Bankr.Proc. 3020(b)(1) and Local Bankruptcy Rule 3016-1(E).

6. **Confirmation Hearing**: The hearing on the confirmation of the Plan will be held on

**June 9, 2026 at 12:00 PM.**

Date:  May 6 2026

Alexandria, Virginia

/s/ Klinette H Kindred

Klinette H. Kindred
United States Bankruptcy Judge

**Copy electronically to**:

Daniel M. Press
*Counsel for Debtor*

Michael T. Freeman
*Office of the U. S. Trustee*

Entered On Docket:May 6 2026

**Copy to be mailed to**:

Glyn Neal Owen
1131 Tournai Court
Woodbridge, VA  22191
*Debtor*

United States Bankruptcy Court

Eastern District of Virginia

| In re: | Case No. 25-11132-KHK |
|---|---|
| Glyn Neal Owen | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdford3 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |
| 16736518 | + | AEC MTRR, PO Box 575, Blue Ridge Summit, PA 17214-0575 |
| 16736520 | + | CGH Technologies, Inc., 300 N. Washington St., Suite 310, Alexandria, VA 22314-2530 |
| 16736521 | + | Charles A Dean, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive Suite 410, Fairfax, VA 22030-2520 |
| 16736522 | + | Compton & Duling, 12701 Marblestone Dr, Woodbridge, VA 22192-8327 |
| 16736523 | + | Deliese Owen, 1131 Tournai Ct, Woodbridge, VA 22191-3253 |
| 16736526 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 07 2026 02:30:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 07 2026 02:30:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., 635 Woodward Avenue, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 16766727 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2026 02:36:00 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16736519 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 07 2026 02:29:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16736524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 07 2026 02:30:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16736525 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 07 2026 02:30:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 16779005 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 07 2026 02:30:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 16749122 | + | Email/Text: bankruptcy@bbandt.com | May 07 2026 02:30:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CGH Technologies, Inc. |
| intp | | The Prudential Insurance Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

District/off: 0422-9                          User: RenierJes                                    Page 2 of 2
Date Rcvd: May 06, 2026                      Form ID: pdford3                                 Total Noticed: 15

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Samantha L Brooks | on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com |
| Stephen E. Leach | on behalf of Plaintiff CGH Technologies  Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com |
| Steven B. Ramsdell | on behalf of Creditor CGH Technologies  Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com |

TOTAL: 8