**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____**Alexandria**_____ **Division**

**In re** Glyn Neal Owen                                    **Case No.**   25-11132-KHK_____

**Debtor(s)\***                                            **CHAPTER 11**

Last four digits of Social-Security (SSN) No(s).: 9409____
Last four digits of Individual Taxpayer-Identification (ITIN) No(s).: _____
Employer Tax-Identification (EIN) No(s).: _____

**NOTICE OF HEARING ON CONFIRMATION, COMBINED WITH NOTICE OF TIMES**
**FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN AND OBJECTIONS TO CONFIRMATION**

TO:      Debtor(s), creditors, equity security holders, creditors committee(s), Securities and Exchange Commission, United States Trustee, trustee, if any, and other parties in interest

NOTICE IS HEREBY GIVEN THAT:

1.   On  May 6, 2026_____, the court approved a Disclosure Statement in connection with a Plan of Reorganization filed by  Glyn Neal Owen_____.

2.   There are transmitted herewith:

  a.   A copy of the Plan of Reorganization and amendment thereto, *if applicable*

  b.   A copy of the approved Disclosure Statement and amendment and addenda thereto, *if applicable*

  c.   Order and Opinion, if any, of the Court approving the Disclosure Statement

  d.   Appropriate forms for the acceptance or rejection of said Plan.

3.  By the said Order of the Court, June 2, 2026_____, is fixed as the last day for filing written acceptances or rejection of the Plan.

4.   Any objection to confirmation of the plan and any complaint objecting to the discharge of the individual debtor, if applicable, shall be filed with the Clerk of the United States Bankruptcy Court, 200 S. Washington St, Alexandria, VA  22314_____, no later than **7 days** prior to the hearing on confirmation and any objection to confirmation shall be served pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(1) and Local Bankruptcy Rule 3016-1(E).

5.   The hearing on confirmation of the Plan and such objections as may be made thereto will be held on
June 9, 2026_____, at  12:00_____ **P.M.**____ in,
**U. S. Bankruptcy Court, 200 S. Washington St., 3rd Fl., Courtroom III, Alexandria, VA 22314**_____.

Date:  5/11/2026_____

  Glyn Neal Owen_____
        Proponent
  By /s/ Daniel M Press_____
  Attorney for Proponent
  State Bar Number:  37123
  Address: 6718 Whittier Ave #200, McLean VA 22101
  Telephone No.  703-734-3800

PROOF OF SERVICE
      I hereby certify that on 5/11/2026_____, I mailed a copy of the foregoing notice to the debtor(s), creditors, equity security holders, creditors committee(s), United States Trustee, trustee, if any, Securities and Exchange Commission and other parties in interest.

  /s/ Daniel M Press_____
\*Include Last Four Digits of Soc. Sec. No./      Attorney for Proponent
 Complete EIN or other Taxpayer I.D. No.

[ntccnfhr ver. 12/24]