# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, ALEXANDRIA DIVISION
## CHAPTER 11 CONFIRMATION HEARING - TALLY OF BALLOTS

**IN RE:  Glyn Neal Owen (Debtor)**                                        **Case No. 25-11132-KHK**

**Confirmation Hearing: 6/9/26 12:00 p.m.**

| Creditor Class (#, Descrip) | Members of Class Casting Ballots | Total $ Value of Claims Voting | # Accepting | % Accepting | $ Value of Acceptances | % of Value accepting | # Rejecting | % Rejecting | $ Value of Rejecting | % of Value Rejecting | Indicate if claim is unimpaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A: Priority Non-Tax | - | - | - | - | - | - | - | - | - | - | Unimpaired |
| B: CGH Secured | - | - | - | - | - | - | - | - | - | - | Unimpaired |
| C: Rocket Mtg. | 1 | $443,248.90 | 1 | 100% | $443,248.90 | 100% | 0 | 0 | 0 | 0 | |
| D: General Unsecured | 1 | $931,048.10 | 1 | 100% | $931,048.10 | 100% | 0 | 0 | 0 | 0 | |
| E: Subord. Unsec. (Wife) | 1 | $222,600 | 1 | 100% | $222,600 | 100% | 0 | 0 | 0 | 0 | |

I hereby certify that this ballot summary sets forth an accurate and complete tabulation of all ballots received by the debtor as to rejection and acceptance of the Plan, by class of creditors and interests with number and total amount of claims or interests in each category.

Dated: 6/3/2026                                        /s/ Daniel M. Press
                                                       Counsel for Debtor