## UNITED STATES BANKRUPTCY COURT

Eastern   DISTRICT OF   Virginia

Alexandria Division

| | | |
|---|---|---|
| In Re. Glyn Owen | § | Case No.   25-11132 |
| | § | |
| | § | |
| Debtor(s) | § | |

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026                    Petition Date: 06/04/2025

Months Pending: 10                    Industry Classification: 8 7 1 1

Reporting Method:          Accrual Basis  ⦿          Cash Basis  ◯

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Glyn Owen                                        Glyn Owen
Signature of Responsible Party                        Printed Name of Responsible Party

04/30/2026
Date

                                                    1131 Tournai Court, Woodbridge, VA 22191
                                                    Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Glyn Owen                                   Case No.  25-11132

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $441,880 | |
| b. Total receipts (net of transfers between accounts) | $1,606 | $0 |
| c. Total disbursements (net of transfers between accounts) | $1,920 | $0 |
| d. Cash balance end of month (a+b-c) | $441,567 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $1,920 | $0 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021) - Mac                    2

Debtor's Name  Glyn Owen                                                  Case No.  25-11132

| Part 5: **Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                    3

Debtor's Name Glyn Owen                                                           Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                            4

Debtor's Name  Glyn Owen                                              Case No.  25-11132

|  | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  Glyn Owen                                                      Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Glyn Owen                                                                 Case No.  25-11132

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021) - Mac                        7

Debtor's Name  Glyn Owen                                          Case No.  25-11132

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| **Part 6:  Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?   Yes ○   No ◉

d.   Are you current on postpetition tax return filings?   Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?   Yes ○   No ◉

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ○   N/A ○

i.   Do you have:        Worker's compensation insurance?   Yes ○   No ◉

        If yes, are your premiums current?   Yes ○   No ○   N/A ◉   (if no, see Instructions)

        Casualty/property insurance?   Yes ◉   No ○

        If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

        General liability insurance?   Yes ◉   No ○

        If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?   Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

Debtor's Name  Glyn Owen                                      Case No.  25-11132

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $1,606 |
| d. | Total income in the reporting period (a+b+c) | $1,606 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $1,670 |
| h. | All other expenses | $250 |
| i. | Total expenses in the reporting period (e+f+g+h) | $1,920 |
| j. | Difference between total income and total expenses (d-i) | $-313 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ⊙ No ○ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ⊙ No ○ N/A ○ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Glyn Owen

Signature of Responsible Party

Debtor

Title

Glyn Owen

Printed Name of Responsible Party

04/30/2026

Date

Debtor's Name Glyn Owen



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021) - Mac

Debtor's Name  Glyn Owen                                              Case No.  25-11132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Glyn Owen                                    Case No. 25-11132



PageThree



PageFour

# M&T Bank

**FOR INQUIRIES CALL:**    (800) 724-2440

00   0 03057M NM 017

000002923 FIDS1549D01714639619 01 000000 021913 002      P

**GLYN N OWEN**
**DEBTOR IN POSSESSION CASE #25-11132-KHK**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

| ACCOUNT TYPE | |
|---|---|
| **EZCHOICE CHECKING** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓▓▓2021 | MAR.14-APR.13,2026 |
| **BEGINNING BALANCE** | $7,062.50 |
| **DEPOSITS & CREDITS** | 3,000.90 |
| **LESS CHECKS & DEBITS** | 5,284.14 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | $4,779.26 |

INTEREST EARNED FOR STATEMENT PERIOD          $0.00                          ANNANDALE HERITAGE OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $7,062.50 | 1 | $3,000.90 | 7 | $1,041.31 | 6 | $4,242.83 | $0.00 | $4,779.26 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/14/2026 | BEGINNING BALANCE | | | $7,062.50 |
| 03/16/2026 | ROCKET MORTGAGE LOAN | | $2,930.00 | 4,132.50 |
| 03/18/2026 | CHECK NUMBER 0210 | | 119.34 | 4,013.16 |
| 03/23/2026 | DEPOSIT | $3,000.90 | | 7,014.06 |
| 03/24/2026 | CONCORA CREDIT PAYMENT | | 408.94 | 6,605.12 |
| 03/25/2026 | CONCORA CREDIT PAYMENT | | 369.86 | |
| 03/25/2026 | CHECK NUMBER 0204 | | 75.00 | |
| 03/25/2026 | CHECK NUMBER 0213 | | 275.00 | 5,885.26 |
| 03/26/2026 | DOMINION ENERGY BILLPAY | | 125.00 | |
| 03/26/2026 | CHECK NUMBER 0215 | | 246.97 | 5,513.29 |
| 03/30/2026 | CHECK NUMBER 0214 | | 75.00 | |
| 03/30/2026 | VERIZON       PAYMENTS  C000000000000221 | | 75.00 | 5,363.29 |
| 03/31/2026 | CHECK NUMBER 0223 | | 150.00 | 5,213.29 |
| 04/01/2026 | CHECK NUMBER 0222  WATER Bill | | 100.00 | 5,113.29 |
| 04/09/2026 | CONCORA CREDIT PAYMENT | | 334.03 | 4,779.26 |
| | ENDING BALANCE | | | $4,779.26 |

## CHECKS PAID SUMMARY

| CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT | CHECK NO. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 204 | 03/25/26 | 75.00 | 214 | 03/30/26 | 75.00 | 222* | 04/01/26 | 100.00 |
| 210* | 03/18/26 | 119.34 | 215 | 03/26/26 | 246.97 | 223 | 03/31/26 | 150.00 |
| 213* | 03/25/26 | 275.00 | | | | | | |

PAGE 1 OF 2

L008A (8/16)

# M&T Bank

**FOR INQUIRIES CALL:**   (800) 724-2440

00   0 03040M NM  017

000004284 FIDS1549D01710638482 01 000000 023415 001                P

**GLYN N OWEN**
**DEBTOR IN POSSESSION 25-11132-KHK**
**1131 TOURNAI CT**
**WOODBRIDGE VA 22191-3253**

| ACCOUNT TYPE | |
|---|---|
| RELATIONSHIP SAVINGS | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ███ 3973 | JAN.09-APR.09,2026 |

| | |
|---|---|
| BEGINNING BALANCE | $0.00 |
| DEPOSITS & CREDITS | 436,526.86 |
| LESS CHECKS & DEBITS | 0.00 |
| INTEREST | 10.46 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $436,537.32 |

INTEREST EARNED FOR STATEMENT PERIOD   $10.46          LAKE RIDGE OFFICE
INTEREST PAID YEAR TO DATE   $10.46

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | WITHDRAWALS & OTHER DEBITS (-) | | CURRENT INTEREST PAID | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 2 | $436,526.86 | 0 | $0.00 | $10.46 | $436,537.32 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/09/2026 | BEGINNING BALANCE | | | $0.00 |
| 01/09/2026 | DEPOSIT | $429,416.25 | | 429,416.25 |
| 02/09/2026 | INTEREST PAYMENT | 3.41 | | 429,419.66 |
| 02/10/2026 | DEPOSIT | 7,110.61 | | 436,530.27 |
| 03/09/2026 | INTEREST PAYMENT | 3.34 | | 436,533.61 |
| 04/09/2026 | INTEREST PAYMENT | 3.71 | | 436,537.32 |
| | ENDING BALANCE | | | $436,537.32 |

ANNUAL PERCENTAGE YIELD EARNED = 0.01%

PAGE 1 OF 1

L008A (8/16)

00008143 22192 0002-0003 DID51549D01705000964 00 L 0003612?

## EZCHOICE CHECKING ███ 2021

### Account Summary

| Account Title: | GLYN N OWEN |
| --- | --- |
| | DEBTOR IN POSSESSION CASE #25-11132-KHK |

| Beginning Balance: | $4,779.26 |
| --- | --- |
| (+) 2 Deposits & Other Credits | $1,606.39 |
| (-) 11 Checks & 3 Other Debits | $2,975.73 |
| (-) Service Charges | $0.00 |
| (+) Current Interest Paid | $0.00 |
| **Ending Balance:** | **$3,409.92** |

### Account Activity

| Posting Date | Transaction Description | Serial Number | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance | Ledger Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 04/14/2026 | Beginning Balance | | | | | $4,779.26 |
| 04/16/2026 | CHECK NUMBER 0224 | 224 | | $425.00 | $4,354.26 | 4,354.26 |
| 04/23/2026 | CONCORA CREDIT PAYMENT | | | 785.65 | 3,568.61 | 3,568.61 |
| 04/24/2026 | CHECK NUMBER 0226 | 226 | | 25.00 | 3,543.61 | 3,543.61 |
| 04/28/2026 | WEB XFER FROM SAV ███ 4209 | 118222115 | $106.39 | | 3,650.00 | 3,650.00 |
| 04/29/2026 | DEPOSIT | | 1,500.00 | | 5,150.00 | 5,150.00 |
| 05/01/2026 | CHECK NUMBER 0232 | 232 | | 250.00 | 4,900.00 | 4,900.00 |
| 05/04/2026 | CHECK NUMBER 0234 | 234 | | 350.00 | 4,550.00 | 4,550.00 |
| 05/05/2026 | VERIZON PAYMENTS 000000000000231 | 231 | | 75.00 | | 4,475.00 |
| 05/05/2026 | CHECK NUMBER 0229 | 229 | | 150.00 | 4,325.00 | 4,325.00 |
| 05/06/2026 | CONCORA CREDIT PAYMENT | | | 195.84 | | 4,129.16 |
| 05/06/2026 | CHECK NUMBER 0225 | 225 | | 150.00 | 3,979.16 | 3,979.16 |
| 05/07/2026 | CHECK NUMBER 0233 | 233 | | 75.00 | 3,904.16 | 3,904.16 |
| 05/11/2026 | CHECK NUMBER 0227 | 227 | | 50.00 | | 3,854.16 |
| 05/11/2026 | CHECK NUMBER 0238 | 238 | | 155.00 | | 3,699.16 |

Handwritten annotations:
- CHECK NUMBER 0224: Child support
- CONCORA CREDIT PAYMENT (04/23): Food, Clothes, stamps, Brackets for Sterling
- CHECK NUMBER 0226: Medical Co PAY
- CHECK NUMBER 0232: DOMINION Power
- CHECK NUMBER 0234: Rx MED PAYment
- VERIZON PAYMENTS: Internet
- CHECK NUMBER 0229: Pinehurst Dues / TFAY NL
- CHECK NUMBER 0225: WASH GAS
- CHECK NUMBER 0233: WATER
- CHECK NUMBER 0227: ORKIN PEST
- CHECK NUMBER 0238: PH Dues - TAXES NL

# M&T Bank

00008-145 22196 0002-0002 DIDS15549D01705000964 00 L 0003612129

## RELATIONSHIP SAVINGS ████ 4209

### Account Summary

| | | |
|---|---|---|
| **Account Title:** | GLYN N OWEN | |
| | DEBTOR IN POSSESSION CASE #25-11132-KHK | |

| | |
|---|---|
| **Beginning Balance:** | **$300.00** |
| (+) Deposits & Other Credits | $0.00 |
| ( - ) Withdrawals & 1 Other Debits | $106.39 |
| ( - ) Service Charges | $0.00 |
| (+) Current Interest Paid | $0.01 |
| **Ending Balance:** | **$193.62** |

**Annual Percentage Yield Earned: 0.00%**

### Account Activity

| Posting Date | Transaction Description | Serial Number | Deposits & Other Credits (+) | Withdrawals & Other Debits (-) | Daily Balance | Ledger Balance |
|---|---|---|---|---|---|---|
| 02/14/2026 | Beginning Balance | | | | | $300.00 |
| 03/13/2026 | INTEREST PAYMENT | | $0.01 | | $300.01 | 300.01 |
| 04/28/2026 | WEB XFER TO CHK ████ 2021 | 118111115 | | $106.39 | 193.62 | 193.62 |
| **Ending Balance:** | | | | | | **$193.62** |

# coinbase

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

## Transaction History Report for GLYN OWEN

| Date Range | Filter | Account |
|---|---|---|
| From 2026-04-01 00:00:00 UTC | Type: all | glynowyn@yahoo.com |
| To 2026-04-30 23:59:59 UTC | Asset: all | |

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

## Portfolio summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| ANKR | 1909.01054826 as of 2026-04-30 23:59:59 UTC | 0.004725 USD/ANKR as of 2026-04-30 23:53:00 UTC | 9.02 USD as of 2026-04-30 23:53:00 UTC |
| CRO | 515.0955333 as of 2026-04-30 23:59:59 UTC | 0.06843 USD/CRO as of 2026-04-30 23:53:00 UTC | 35.25 USD as of 2026-04-30 23:53:00 UTC |
| HBAR | 356.37005472 as of 2026-04-30 23:59:59 UTC | 0.08738 USD/HBAR as of 2026-04-30 23:53:00 UTC | 31.14 USD as of 2026-04-30 23:53:00 UTC |
| POL | 156.4313248726534974 as of 2026-04-30 23:59:59 UTC | 0.0954 USD/POL as of 2026-04-30 23:53:00 UTC | 14.92 USD as of 2026-04-30 23:53:00 UTC |
| USDC | 0.009786 as of 2026-04-30 23:59:59 UTC | 1.00000000 USD/USDC as of 2026-04-30 23:59:00 UTC | 0.01 USD as of 2026-04-30 23:59:00 UTC |
| VET | 1554.07756549 as of 2026-04-30 23:59:59 UTC | 0.006995 USD/VET as of 2026-04-30 23:53:00 UTC | 10.87 USD as of 2026-04-30 23:53:00 UTC |
| XLM | 266.4890592 as of 2026-04-30 23:59:59 UTC | 0.1584595 USD/XLM as of 2026-04-30 23:53:00 UTC | 42.23 USD as of 2026-04-30 23:53:00 UTC |

Total Market Value
143.44 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|
| 2026-04-28 20:18:30 UTC | Staking Income | POL | 0.036569792261 | USD | $0.09185 | $0.00336 | $0.00336 | |
| 2026-04-23 20:24:52 UTC | Staking Income | POL | 0.036582396086 | USD | $0.0942 | $0.00345 | $0.00345 | |
| 2026-04-18 20:38:38 UTC | Staking Income | POL | 0.037860554216 | USD | $0.08915 | $0.00338 | $0.00338 | |
| 2026-04-13 21:32:38 UTC | Staking Income | POL | 0.036744201095 | USD | $0.08395 | $0.00308 | $0.00308 | |
| 2026-04-08 20:03:50 UTC | Staking Income | POL | 0.038280781381 | USD | $0.09005 | $0.00345 | $0.00345 | |
| 2026-04-03 21:15:32 UTC | Staking Income | POL | 0.037128914169 | USD | $0.09255 | $0.00344 | $0.00344 | |