**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

In re:

Glyn Neal Owen                                              Case No. 25−11132−KHK

               Debtor.                        Chapter 11

---

## ORDER CONFIRMING CHAPTER 11 PLAN

Upon consideration of the DEBTOR'S CHAPTER 11 PLAN DATED MARCH 2, 2026 AS CORRECTED APRIL 20, 2026 (the "Plan", Docket Entry #87) filed by Glyn Neal Owen (the "Debtor"), and upon consideration of the evidence and arguments presented to the Court at a hearing held on June 9, 2026, and it appearing that the relief granted herein is in the best interests of the bankruptcy estate, its creditors and other parties in interest; and upon due deliberation, good and sufficient cause appearing,

IT IS HEREBY FOUND THAT:

A. The Debtor properly served the Plan, the related Disclosure Statement, an applicable ballot, the Order Approving Disclosure Statement and Notice of Hearing on Confirmation of the Plan on all creditors and other parties in interest consistent with the requirements of the Bankruptcy Code and the Bankruptcy Rules;

B. Notice of the hearing on confirmation of the Plan was proper and no further notice is required.

C. All parties in interest have had the opportunity to object to the relief granted by this Order.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

D. The Plan satisfies all of the requirements of Sections 1123 and 1129 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      To the extent that any objections have not been withdrawn or resolved by stipulation prior to the entry of this Order or are not resolved by the relief granted herein or as stated on the record of the hearing, all such objections are hereby OVERRULED.

2.      The DEBTOR'S CHAPTER 11 PLAN DATED MARCH 2, 2026 AS CORRECTED APRIL 20, 2026, is CONFIRMED.

3.      The Debtor is authorized and empowered to issue, execute and deliver such documents and instruments and to take such action as may be necessary to implement the Plan and the actions authorized by this Order.

4.      Notwithstanding anything to the contrary, this Court retains jurisdiction in this bankruptcy case in accordance with the provisions set forth in Article V of the Plan.

Dated: Jun 9 2026 _____

/s/ Klinette H Kindred _____
Judge, U.S. Bankruptcy Court

Entered on Docket: Jun 9 2026 _____

I ASK FOR THIS:

_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

2

SEEN AND NO OBJECTION:


  /s/ Katharine Toledo
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

  /s/Daniel M. Press
Daniel M. Press

Copies to:
Debtor
Counsel for Debtor
All Creditors and Parties in Interest
U.S. Trustee

3