**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   25−11132−KHK

**In re:**                                    **Chapter**   11

Glyn Neal Owen
 1131 Tournai Court
Woodbridge, VA 22191

**SSN:**  xxx−xx−9409        **EIN:**  NA

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

Notice is hereby given of the entry of an order of this court on June 9, 2026, confirming the Plan of
Reorganization filed by Glyn Neal Owen.

If individual debtor(s); Section §1141(d) of Title 11 of the United States Code sets forth the effect of confirmation
of the plan as it relates to the debtor(s)' discharge.

The original order is on file in the Clerk's Office.

Dated:  June 9, 2026                          For the Court,

                                              Charri S Stewart, Clerk
(VAN−014)                                      United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                      Case No. 25-11132-KHK

Glyn Neal Owen                                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: VAN014 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glyn Neal Owen, 1131 Tournai Court, Woodbridge, VA 22191-3253 |
| 16736518 | + | AEC MTRR, PO Box 575, Blue Ridge Summit, PA 17214-0575 |
| 16736520 | + | CGH Technologies, Inc., 300 N. Washington St., Suite 310, Alexandria, VA 22314-2530 |
| 16736521 | + | Charles A Dean, Gross, Romanick, Dean & DeSimone, P.C., 3975 University Drive Suite 410, Fairfax, VA 22030-2520 |
| 16736522 | + | Compton & Duling, 12701 Marblestone Dr, Woodbridge, VA 22192-8327 |
| 16736523 | + | Deliese Owen, 1131 Tournai Ct, Woodbridge, VA 22191-3253 |
| 16736526 | + | Truist Bank, PO Box 1874, Wilson, NC 27894-1874 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 10 2026 01:08:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC., 635 Woodward Avenue, Detroit, MI 48226, UNITED STATES 48226-3408 |
| 16766727 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2026 01:17:19 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16736519 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 10 2026 01:02:00 | Bank of America, PO Box 15284, Wilmington, DE 19850-5284 |
| 16736524 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 10 2026 01:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16736525 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 10 2026 01:08:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 16779005 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 10 2026 01:08:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 16749122 | + | Email/Text: bankruptcy@bbandt.com | Jun 10 2026 01:08:00 | Truist Bank, Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CGH Technologies, Inc. |
| intp | | The Prudential Insurance Company |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0422-9                                          User: RenierJes                                          Page 2 of 2
Date Rcvd: Jun 09, 2026                                       Form ID: VAN014                                         Total Noticed: 14

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |
| Samantha L Brooks | on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com |
| Stephen E. Leach | on behalf of Plaintiff CGH Technologies  Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com |
| Steven B. Ramsdell | on behalf of Creditor CGH Technologies  Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com |

TOTAL: 8