Mr. Glyn Owen

July 18, 2026

Dear Mr. Owen,

Enclosed are all the new invoices for all matters in progress. The total amount due is $33,755.10, including any interest charges.

| | |
|---|---|
| Total Fees for professional services rendered | $33,660.00 |
| Total Expenses | $95.10 |
| Total Interest | $0.00 |
| Total Paid | -$0.00 |
| **Total Balance Due** | **$33,755.10** |

If you have any questions, please contact our office.

Sincerely,

Daniel Press

# Invoice

| | |
|---|---|
| Invoice Number | 6 |
| Invoice Date | 07/18/2026 |
| **Amount Due** | **$15,482.92** |

# Chapter 11 - General Case Administration - Owen, Glyn - Bankruptcy

Chapter 11 - General Case Administration - Owen, Glyn - Bankruptcy

Fees

| Date | Subject | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 06/04/2025 | Prepare/file/serve application to employ | DP | $495.00 | 0.30 | $148.50 |
| 06/04/2025 | Prepare motion to extend stay, email client re same. | DP | $495.00 | 0.60 | $297.00 |
| 06/04/2025 | Review IDI email from UST; forward to client | DP | $495.00 | 0.30 | $148.50 |
| 06/05/2025 | Email correspondence with client re initial requirements | DP | $495.00 | 0.20 | $99.00 |
| 06/05/2025 | Finalize/file/serve motion to extend stay; email correspondence with client re same | DP | $495.00 | 0.30 | $148.50 |
| 06/05/2025 | Email correspondence w/ client re hearing dates | DP | $495.00 | 0.20 | $99.00 |
| 06/08/2025 | Email correspondence w/ client re info for schedules, UST | DP | $495.00 | 0.30 | $148.50 |
| 06/10/2025 | Review notice of rescheduled hearing; calendar same | DP | $495.00 | 0.10 | $49.50 |
| 06/12/2025 | Review IRS POC | DP | $495.00 | 0.20 | $99.00 |
| 06/17/2025 | Review notice of rescheduled hearing | DP | $495.00 | 0.10 | $49.50 |
| 06/18/2025 | Review documents from client; email correspondence re additional docs/info needed | DP | $495.00 | 0.40 | $198.00 |
| 06/18/2025 | Prepare and file motion to extend time to file schedules | DP | $495.00 | 0.30 | $148.50 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 06/19/2025 | Review documents and email correspondence with client re items still outstanding, UST requirements | DP | $495.00 | 0.50 | $247.50 |
| 06/20/2025 | Review documents; email correspondence; Prepare sched | DP | $495.00 | 1.50 | $742.50 |
| 06/22/2025 | Email correspondence with client; prepare schedules; | DP | $495.00 | 1.30 | $643.50 |
| 06/22/2025 | Review IDI documents and forward to UST | DP | $495.00 | 0.50 | $247.50 |
| 06/23/2025 | Review schedules with client; finalize and file same | DP | $495.00 | 2.10 | $1,039.50 |
| 06/25/2025 | Teleconference with client re IDI | DP | $495.00 | 0.20 | $99.00 |
| 06/26/2025 | Prepare for and attend iDI; review letter re outstanding items | DP | $495.00 | 1.50 | $742.50 |
| 06/29/2025 | Email correspondence w/ UST re stay extension order; BOPS order | DP | $495.00 | 0.10 | $49.50 |
| 07/01/2025 | Prepare for and attend hearing on motion to extend stay | DP | $495.00 | 1.10 | $544.50 |
| 07/07/2025 | Review client documents and forward to UST; email client re items still needed | DP | $495.00 | 0.40 | $198.00 |
| 07/08/2025 | Review and forward documents; email correspondence re same | DP | $495.00 | 0.30 | $148.50 |
| 07/09/2025 | Email correspondence w/ UST, client, re documents requested | DP | $495.00 | 0.20 | $99.00 |
| 07/10/2025 | Prepare for and attend 341 meeting; review and provide documents to UST; email correspondence re same | DP | $495.00 | 2.50 | $1,237.50 |
| 07/13/2025 | Review documents from client; email correspondence re same; forward to UST | DP | $495.00 | 0.40 | $198.00 |
| 07/14/2025 | Email corresp. w/ client; prepare and send DSO notices | DP | $495.00 | 0.50 | $247.50 |
| 07/16/2025 | Email correspondence and teleconferences w/ client re bank documents, reports; review same and forward documents to UST | DP | $495.00 | 0.60 | $297.00 |
| 07/17/2025 | Prepare for and attend continued 341 meeting | DP | $495.00 | 0.60 | $297.00 |
| 07/21/2025 | Email correspondence w/ client re MOR; review draft | DP | $495.00 | 0.50 | $247.50 |
| 08/08/2025 | Teleconference w/ client re MOR; email re same | DP | $495.00 | 0.20 | $99.00 |
| 09/19/2025 | Email correspondence w/ client, UST, re MORs | DP | $495.00 | 0.20 | $99.00 |
| 09/21/2025 | Email correspondence and review MORs | DP | $495.00 | 0.30 | $148.50 |
| 09/22/2025 | Email correspondence w/ client re MORs | DP | $495.00 | 0.40 | $198.00 |
| 09/23/2025 | Email correspondence and telecon w/ client re MORs | DP | $495.00 | 0.40 | $198.00 |
| 10/03/2025 | Prepare order on application to employ; email UST re endorsement | DP | $495.00 | 0.20 | $99.00 |
| 10/06/2025 | Review MORs; telecon w/ client re same | DP | $495.00 | 0.40 | $198.00 |
| 10/14/2025 | Email correspondence and telecons w/ client re MORs. | DP | $495.00 | 0.50 | $247.50 |
| 10/17/2025 | Review and file June-August MORs | DP | $495.00 | 0.50 | $247.50 |
| 10/20/2025 | Prepare and file response to Motion to Dismiss or Convert | DP | $495.00 | 0.50 | $247.50 |

| Date | Description | | Rate | Qty | Amount |
|------|-------------|---|------|-----|--------|
| 10/20/2025 | Review and file Sept. MOR | DP | $495.00 | 0.20 | $99.00 |
| 11/18/2025 | Telecon w/ counsel for Prudential | DP | $495.00 | 0.30 | $148.50 |
| 11/21/2025 | Review and file MOR | DP | $495.00 | 0.20 | $99.00 |
| 12/23/2025 | Emsil correspondence re MOR; Review and file MOR | DP | $495.00 | 0.40 | $198.00 |
| 01/02/2026 | Email from UST auditor; email correspondence with client re same | DP | $495.00 | 0.50 | $247.50 |
| 01/09/2026 | Email correspondence w/ client re UST issues | DP | $495.00 | 0.30 | $148.50 |
| 01/11/2026 | Review documents and emails from client; telecon w/ client; email UST in response to issues raised | DP | $495.00 | 0.90 | $445.50 |
| 01/12/2026 | Review and forward documents and info to UST | DP | $495.00 | 0.50 | $247.50 |
| 01/30/2026 | Review motion to extend stay and related documents filed by Prudential; telecon w/ client re same | DP | $495.00 | 1.10 | $544.50 |
| 02/05/2026 | Prepare for and attend hearing on Prudential motion | DP | $495.00 | 4.00 | $1,980.00 |
| 04/10/2026 | Email correspondence re MORs; review and file | DP | $495.00 | 0.50 | $247.50 |
| 05/13/2026 | Email correspondence w/ UST, client, re MORs | DP | $495.00 | 0.30 | $148.50 |
| 06/05/2026 | Review and file MOR | DP | $495.00 | 0.20 | $99.00 |
| 06/11/2026 | Email corresp w/ UST, client, re UST fee payment | DP | $495.00 | 0.10 | $49.50 |
| | | | | | **$15,444.00** |

## Expenses

| Date | Subject | Cost | Qty | Total |
|------|---------|------|-----|-------|
| 06/05/2025 | Postage | $7.30 | 1.00 | $7.30 |
| 06/05/2025 | Outside copies | $13.30 | 1.00 | $13.30 |
| 06/19/2025 | Outside copies | $3.50 | 1.00 | $3.50 |
| 06/19/2025 | Postage | $6.57 | 1.00 | $6.57 |
| 07/01/2025 | Parking | $1.56 | 1.00 | $1.56 |
| 07/14/2025 | Postage (DSO notices) | $1.56 | 1.00 | $1.56 |
| 02/05/2026 | Parking | $5.13 | 1.00 | $5.13 |
| | | | | **$38.92** |

| | |
|---|---|
| **Subtotal** | **$15,482.92** |
| **Total** | **$15,482.92** |
| **Total Balance Due** | **$15,482.92** |

# Invoice

| | |
|---|---:|
| Invoice Number | 7 |
| Invoice Date | 07/18/2026 |
| **Amount Due** | **$10,910.96** |

# Chapter 11 - CGH - Owen, Glyn - Bankruptcy

Chapter 11 - CGH - Owen, Glyn - Bankruptcy

## Fees

| Date | Subject | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 06/04/2025 | Email counsel for CGH to advise of filing/stay. | DP | $495.00 | 0.10 | $49.50 |
| 06/04/2025 | Review suggestion of BK filed in state court | DP | $495.00 | 0.10 | $49.50 |
| 06/22/2025 | Email Ramsdell re garnishment continuing | DP | $495.00 | 0.10 | $49.50 |
| 06/23/2025 | Email correspondence and review draft order re garnishment | DP | $495.00 | 0.20 | $99.00 |
| 06/26/2025 | Review CGH objection to motion to extend stay; email correspondence and teleconference with client re same, re possible resolution; call Ramsdell re same | DP | $495.00 | 0.60 | $297.00 |
| 06/27/2025 | Email correspondence and teleconference with Ramsdell re agreement on stay extension; draft order; review prosed revisions and circulate final order for endorsement | DP | $495.00 | 0.80 | $396.00 |
| 07/22/2025 | Email correspondence w/ Ramsdell re garnishment | DP | $495.00 | 0.20 | $99.00 |
| 08/08/2025 | Review dischargeability complaint; email and telecon w/ client | DP | $495.00 | 1.20 | $594.00 |
| 08/18/2025 | Review objections to exemptions; email correspondence w/ client re same, re proof of source of funds | DP | $495.00 | 1.00 | $495.00 |
| 09/19/2025 | Review Motion for Relief from Stay re non-bk litigation | DP | $495.00 | 0.20 | $99.00 |
| 09/20/2025 | Email correspondence re issue of alleged contempt re FAA (lift stay) | DP | $495.00 | 0.20 | $99.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/02/2025 | Telecon w/ Ramsdell re settlement | DP | $495.00 | 0.40 | $198.00 |
| 10/06/2025 | Telecon w/ client re settlement w/ CGH | DP | $495.00 | 0.30 | $148.50 |
| 10/07/2025 | Prepare term sheet re settlement; email client | DP | $495.00 | 0.40 | $198.00 |
| 10/07/2025 | Review withdrawal of lift stay; email from Ramsdell re same | DP | $495.00 | 0.20 | $99.00 |
| 10/08/2025 | Telecon w/ client re settlement, term sheet; email correspondence w/ Ramsdell, Swan, re settlement, extension of time | DP | $495.00 | 0.50 | $247.50 |
| 10/16/2025 | Email from Ramsdell re term sheet; email and telecon w/ client re same | DP | $495.00 | 0.70 | $346.50 |
| 10/17/2025 | Telecon and email corresp. w/ Ramsdell re settlement, extension | DP | $495.00 | 0.50 | $247.50 |
| 10/17/2025 | Review client's spreadsheets re settlement; email correspondence and telecon w/ client re same | DP | $495.00 | 0.70 | $346.50 |
| 10/21/2025 | Email corresp. w/ Swan re extension | DP | $495.00 | 0.10 | $49.50 |
| 10/22/2025 | Email correspondence w/ client; telecon w/ Ramsdell re settlement | DP | $495.00 | 0.70 | $346.50 |
| 10/23/2025 | Telecon w/ client; email Ramsdell re revised term sheet, appraisal | DP | $495.00 | 0.60 | $297.00 |
| 10/23/2025 | Review and file consent motion to continue/extend | DP | $495.00 | 0.20 | $99.00 |
| 10/27/2025 | Email correspondence w/ Ramsdell and telecon w/ client re appraiser | DP | $495.00 | 0.30 | $148.50 |
| 11/04/2025 | Email correspondence w/ Swan, Ramsdell, re appraisal, extension | DP | $495.00 | 0.20 | $99.00 |
| 11/13/2025 | Telecon w/ client re appraisal | DP | $495.00 | 0.30 | $148.50 |
| 11/20/2025 | Email correspondence w/ CGH counsel re appraisal, extension | DP | $495.00 | 0.20 | $99.00 |
| 11/21/2025 | Prepare, circulate and file motion to extend | DP | $495.00 | 0.30 | $148.50 |
| 12/01/2025 | Review appraisal; email correspondence w/ Ramsdell, client, re same | DP | $495.00 | 0.40 | $198.00 |
| 12/02/2025 | Email correspondence w/ client re appraisal, settlement terms | DP | $495.00 | 0.30 | $148.50 |
| 12/03/2025 | Prepare revised term sheet; email client | DP | $495.00 | 0.30 | $148.50 |
| 12/04/2025 | Email corresp w/ Ramsdell re NC valuation | DP | $495.00 | 0.10 | $49.50 |
| 12/05/2025 | Review client's edits and email client re same | DP | $495.00 | 0.20 | $99.00 |
| 12/07/2025 | Telecon w/ client; revise term sheet and forward to Ramsdell | DP | $495.00 | 0.80 | $396.00 |
| 12/10/2025 | Review Ramsdell's response; research re Prudential issue; email client | DP | $495.00 | 1.20 | $594.00 |
| 12/11/2025 | Email correspondence w/ client, Ramsdell, re taxes and admin expenses; revise term sheet | DP | $495.00 | 0.50 | $247.50 |
| 12/12/2025 | Email correspondence w/ client re issues w/ wife's agreement to subordinate | DP | $495.00 | 0.20 | $99.00 |

| 12/15/2025 | Review Ramsdell response, status of Prudential matter | DP | $495.00 | 0.50 | $247.50 |
| 12/23/2025 | Email correspondence and teleconferences; revise term sheet; confirm agreement to settlement | DP | $495.00 | 0.80 | $396.00 |
| 12/29/2025 | Email correspondence re answer extension | DP | $495.00 | 0.10 | $49.50 |
| 01/07/2026 | Review draft settlement agreement; email client; prepare revisions | DP | $495.00 | 0.60 | $297.00 |
| 01/10/2026 | Telecon w/ Swan re settlement agreement | DP | $495.00 | 0.40 | $198.00 |
| 01/12/2026 | Email correspondence re settlement, continuance | DP | $495.00 | 0.40 | $198.00 |
| 01/13/2026 | Finalize settlement; review Kopas approval | DP | $495.00 | 0.20 | $99.00 |
| 01/14/2026 | Email correspondence re execution of agreement | DP | $495.00 | 0.20 | $99.00 |
| 01/15/2026 | Exchange executed agreements; prepare, circulate, revise, file and serve 9019 motion | DP | $495.00 | 0.70 | $346.50 |
| 01/23/2026 | Review deficiency re hearing date; email Swan to confirm; telecon w/ clerk | DP | $495.00 | 0.30 | $148.50 |
| 01/25/2026 | Review and file MOR | DP | $495.00 | 0.20 | $99.00 |
| 02/06/2026 | Prepare order on 9019 motion | DP | $495.00 | 0.20 | $99.00 |
| 02/10/2026 | Prepare for and attend hearing on 9019 motion | DP | $495.00 | 1.50 | $742.50 |
| 02/11/2026 | Email correspondence re Fidelity statements | DP | $495.00 | 0.30 | $148.50 |
| 07/17/2026 | Prepare and circulate order on objection to exemptions | DP | $495.00 | 0.30 | $148.50 |
| | | | | | **$10,890.00** |

## Expenses

| Date | Subject | Cost | Qty | Total |
|------|---------|------|-----|-------|
| 01/15/2026 | Outside copies (9019 motion) | $11.97 | 1.00 | $11.97 |
| 01/15/2026 | Postage | $7.02 | 1.00 | $7.02 |
| 02/10/2026 | Parking | $1.97 | 1.00 | $1.97 |
| | | | | **$20.96** |

| | | |
|---|---|---|
| **Subtotal** | | **$10,910.96** |
| **Total** | | **$10,910.96** |
| **Total Balance Due** | | **$10,910.96** |

# Invoice

| | |
|---|---:|
| Invoice Number | 5 |
| Invoice Date | 07/18/2026 |
| **Amount Due** | **$7,361.22** |

# Chapter 11 - Plan - Owen, Glyn - Bankruptcy

Chapter 11 - Plan - Owen, Glyn - Bankruptcy

## Fees

| Date | Subject | Staff | Rate | Hours | Total |
|---|---|---|---|---|---|
| 02/28/2026 | Draft disclosure statement/plan terms | DP | $495.00 | 3.50 | $1,732.50 |
| 03/01/2026 | Email correspondence and teleconference w/ client; draft plan | DP | $495.00 | 1.50 | $742.50 |
| 03/02/2026 | Finalize, file and serve plan, disclosure statement and notice of hearing | DP | $495.00 | 0.70 | $346.50 |
| 03/05/2026 | Email corresp. w/ Ramsdell re avoidance action issue, agreement to address in order | DP | $495.00 | 1.00 | $495.00 |
| 04/20/2026 | Revise plan and disclosure statement per agreement w/ CGH | DP | $495.00 | 0.30 | $148.50 |
| 04/21/2026 | Prepare for and attend disclosure statement hearing | DP | $495.00 | 2.20 | $1,089.00 |
| 05/11/2026 | Prepare ballots, notice of confirmation hearing; arrange service of plan package; prepare and file certificate of service | DP | $495.00 | 1.20 | $594.00 |
| 06/03/2026 | Prepare and file ballot tally | DP | $495.00 | 0.40 | $198.00 |
| 06/06/2026 | Telecon w/ client re confirmation hearing | DP | $495.00 | 0.70 | $346.50 |
| 06/08/2026 | Prepare plan payment details for client | DP | $495.00 | 0.80 | $396.00 |
| 06/09/2026 | Prepare for and attend confirmation hearing; prepare order | DP | $495.00 | 2.00 | $990.00 |
| 07/08/2026 | Email w. client re effective date | DP | $495.00 | 0.30 | $148.50 |

| 07/17/2026 | Email corresp w/ IRS re priority claim payoff amount | DP | $495.00 | 0.20 | $99.00 |
| | | | | | **$7,326.00** |

## Expenses

| Date | Subject | Cost | Qty | Total |
| --- | --- | --- | --- | --- |
| 03/02/2026 | Copies | $3.50 | 1.00 | $3.50 |
| 03/02/2026 | Postage | $9.36 | 1.00 | $9.36 |
| 04/21/2026 | Parking | $2.87 | 1.00 | $2.87 |
| 07/17/2026 | Copies | $14.14 | 1.00 | $14.14 |
| 07/17/2026 | Postage | $5.35 | 1.00 | $5.35 |
| | | | | **$35.22** |

| | |
| --- | --- |
| **Subtotal** | **$7,361.22** |
| **Total** | **$7,361.22** |
| **Total Balance Due** | **$7,361.22** |