**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

In re:

Glyn Neal Owen                                                    Case No. 25−11132−KHK
                          Debtor.                                Chapter 11

---

**NOTICE OF APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL
COMPENSATION**

Notice is hereby given that Chung & Press, P.C. has filed an application for final allowance of compensation as counsel to Glyn Neal Owen (the "Debtor"), Debtor and Debtor-in-Possession, from the petition date, June 4, 2025, through the Effective of the Plan, July 9, 2026.

The application of counsel to the Debtor requests compensation for professional services rendered in connection with this case. Counsel to the Debtor seeks total compensation for its services in the amount of $33,660.00, and reimbursement for out-of pocket expenses in the amount of $95.10, for a total of $33,755.10, less a courtesy discount of $3151.35, for a total of $30,603.75, with $5603.75 to be paid from the fee advance and with the balance of $25,000 to be paid by the Debtor as an administrative expense. Based upon the nature and extent of the services rendered, counsel to the Debtor believes that its request for compensation is reasonable. A copy of the application for compensation is on file at the Bankruptcy Court and may be obtained from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

> • **ON OR BEFORE August 10, 2026,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before August 10, 2026, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated

Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Counsel for Debtor

above. You must also provide a copy to the persons listed below so that these persons receive your response on or before August 10, 2026.

• Attend the hearing scheduled to be held on **August 25, 2026, at 12:00 noon** in Courtroom III, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia. **The hearing may be cancelled and the relief requested may be granted, if a written objection is not timely filed.**

• Provide a copy of any written response to counsel for the Debtor at:

> Daniel M. Press
> Chung & Press, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated:    July 20, 2026.

Respectfully submitted,

   /s/ Daniel M. Press_____
Daniel M. Press, VSB# 37123
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
Counsel for Debtor

CERTIFICATE OF SERVICE

This is to certify that on this 20th day of July, 2026, I caused the foregoing document to be served by CM/ECF upon upon the United States Trustee, by email to the Debtor, and by first class mail, postage prepaid, upon the Debtor and all creditors, as set forth in the attached matrix.

   /s/ Daniel M. Press_____
Daniel M. Press

Label Matrix for local noticing
0422-1
Case 25-11132-KHK
Eastern District of Virginia
Alexandria
Mon Jul 20 13:17:43 EDT 2026

Rocket Mortgage, LLC f/k/a Quicken Loans, LL
635 Woodward Avenue
Detroit, MI 48226-3408

United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314-5405

AEC MTRR
PO Box 575
Blue Ridge Summit, PA 17214-0575

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank of America
PO Box 15284
Wilmington, DE 19850-5284

CGH Technologies, Inc.
300 N. Washington St., Suite 310
Alexandria, VA 22314-2530

Charles A Dean
Gross, Romanick, Dean & DeSimone, P.C.
3975 University Drive Suite 410
Fairfax, VA 22030-2520

Compton & Duling
12701 Marblestone Dr
Woodbridge, VA 22192-8327

Deliese Owen
1131 Tournai Ct
Woodbridge, VA 22191-3253

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Rocket Mortgage
1050 Woodward Avenue
Detroit, MI 48226-3573

Rocket Mortgage, LLC fka Quicken Loans, LLC
635 Woodward Avenue
Detroit, MI 48226-3408

Truist Bank
PO Box 1874
Wilson, NC 27894-1874

Truist Bank, Support Services
P.O. Box 85092
Richmond, VA 23286-0001

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101-4531

Glyn Neal Owen
1131 Tournai Court
Woodbridge, VA 22191-3253

Matthew W. Cheney
Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CGH Technologies, Inc.

(u)The Prudential Insurance Company

End of Label Matrix
Mailable recipients    17
Bypassed recipients     2
Total                  19