**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
ALEXANDRIA DIVISION

In re:

Glyn Neal Owen                                           Case No. 25−11132−KHK
                         Debtor.                         Chapter 11

## NOTICE OF CHANGE OF COUNSEL'S  ADDRESS

Please take notice that effective August 15, 2026, the undersigned is changing firms.  The

new address is below.

      Dated: August 14, 2026.

            /s/ Daniel M. Press
            Daniel M. Press, VSB 37123
            Law Offices of Daniel M. Press
            201 Washington St.
            Cumberland MD 21502
            (703) 725-7600
            dan@danpress.us

Daniel M. Press, VSB 37123
Law Offices of Daniel M. Press
201 Washington St.
Cumberland MD 21502
(703) 725-7600
dan@danpress.us
Counsel for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this 14th day of August, 2026, I caused to be served the foregoing Notice on the U.S. Trustee and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press