**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

In re:

Glyn Neal Owen
Debtor.

Case No. 25−11132−KHK
Chapter 11

# ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION

This matter having come before the Court on an application filed by Daniel M. Press as counsel to Glyn Neal Owen, Debtor and Debtor-in-Possession, for final allowance of attorneys' fees covering the period from the petition date, June 4, 2025, through the Effective Date of the Plan, July 9, 2026, in the amount of $33,660.00, and reimbursement for out-of pocket expenses in the amount of $95.10, for a total of $33,755.10, less a courtesy discount of $3151.35, for a total of $30,603.75, for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Daniel M. Press be and hereby is authorized compensation in the amount of $33,660.00, and reimbursement for out-of pocket expenses in the amount of $95.10, for a total of $33,755.10, less a courtesy discount of $3151.35, for a total of

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

$30,603.75, with $5603.75 to be paid from the fee advance and with the balance of $25,000 to be paid by the Debtor as an administrative expense.

Dated: Aug 20 2026

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Aug 20 2026

I ASK FOR THIS:

/s/ Daniel M. Press
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Katharine Toledo
Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/Daniel M. Press
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee