**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

In re:

Glyn Neal Owen
Debtor.

Case No. 25−11132−KHK
Chapter 11

## ORDER GRANTING APPLICATION BY COUNSEL FOR DEBTOR FOR FINAL COMPENSATION

This matter having come before the Court on an application filed by Daniel M. Press as counsel to Glyn Neal Owen, Debtor and Debtor-in-Possession, for final allowance of attorneys' fees covering the period from the petition date, June 4, 2025, through the Effective Date of the Plan, July 9, 2026, in the amount of $33,660.00, and reimbursement for out-of pocket expenses in the amount of $95.10, for a total of $33,755.10, less a courtesy discount of $3151.35, for a total of $30,603.75, for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Daniel M. Press be and hereby is authorized compensation in the amount of $33,660.00, and reimbursement for out-of pocket expenses in the amount of $95.10, for a total of $33,755.10, less a courtesy discount of $3151.35, for a total of

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

$30,603.75, with $5603.75 to be paid from the fee advance and with the balance of $25,000 to be paid by the Debtor as an administrative expense.

Dated: Aug 20 2026

/s/ Klinette H Kindred
Judge, U.S. Bankruptcy Court

Entered on Docket: Aug 20 2026

I ASK FOR THIS:

/s/ Daniel M. Press

Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtor

SEEN AND NO OBJECTION:

/s/ Katharine Toledo

Office of the US Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
202-603-5203

Local Rule 9022-1(C) Certification

The foregoing Order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/Daniel M. Press
Daniel M. Press

Copies by CM/ECF to:

Counsel for Debtor
U.S. Trustee

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 25-11132-KHK |
| Glyn Neal Owen | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: RenierJes | Page 1 of 2 |
| Date Rcvd: Aug 21, 2026 | Form ID: pdford9 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Aug 21 2026 05:59:00 | UST smg Alexandria, Office of the U. S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Glyn Neal Owen dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Daniel M. Press | on behalf of Defendant Glyn Neal Owen dan@danpress.us pressdm@gmail.com;danpress@recap.email |
| Katharine Toledo | on behalf of U.S. Trustee Matthew W. Cheney katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Mark David Meyer | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC. bankruptcy@rosenberg-assoc.com |
| Matthew W. Cheney | |

ustpregion04.ax.ecf@usdoj.gov

Samantha L Brooks
on behalf of Interested Party The Prudential Insurance Company sbrooks@seyfarth.com

Stephen E. Leach
on behalf of Plaintiff CGH Technologies Inc. sleach@hirschlerlaw.com, ndysart@hirschlerlaw.com;kburgers@hirschlerlaw.com

Steven B. Ramsdell
on behalf of Creditor CGH Technologies Inc. sramsdell@tbrclaw.com, asemerjian@tbrclaw.com

TOTAL: 8