UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF Virginia

Alexandria Division

| | | |
|---|---|---|
| In Re. Glyn Owen | § | Case No. 25-11132 |
| | § | |
| | § | |
| Debtor(s) | § | |

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026

Petition Date: 06/04/2025

Months Pending: 13

Industry Classification: 8 7 1 1

Reporting Method: Accrual Basis (●) Cash Basis ( )

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Daniel M. Press

/s/ Glyn Owen

Signature of Responsible Party

11/1/26

06/30/2026

Date

Daniel M Press

Glyn Owen

Printed Name of Responsible Party

201 Washington St Cumberland Md 21502

1131 Tournai Court, Woodbridge, VA 22191

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Glyn Owen Case No. 25-11132

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $440,213 | |
| b. | Total receipts (net of transfers between accounts) | $790 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $1,161 | $0 |
| d. | Cash balance end of month (a+b-c) | $439,842 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $1,161 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Debtor's Name Glyn Owen

Case No. 25-11132

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Glyn Owen Case No. 25-11132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Glyn Owen Case No. 25-11132

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | No ● |
| c. | Were any payments made to or on behalf of insiders? | | No ● |
| d. | Are you current on postpetition tax return filings? | | Yes ● |
| e. | Are you current on postpetition estimated tax payments? | | Yes ● |
| f. | Were all trust fund taxes remitted on a current basis? | | No ● |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ● (No ○ N/A ○) |
| i. | Do you have: | Worker's compensation insurance? | No ● |
| | | If yes, are your premiums current? | N/A ● (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ● |
| | | If yes, are your premiums current? | Yes ● (if no, see Instructions) |
| | | General liability insurance? | Yes ● |
| | | If yes, are your premiums current? | Yes ● (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | No ● |
| k. | Has a disclosure statement been filed with the court? | | No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ● |

Debtor's Name Glyn Owen Case No. 25-11132

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $790 |
| d. | Total income in the reporting period (a+b+c) | $790 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $911 |
| h. | All other expenses | $250 |
| i. | Total expenses in the reporting period (e+f+g+h) | $1,161 |
| j. | Difference between total income and total expenses (d-i) | $-371 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes (•) No ( ) |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes (•) No ( ) N/A ( ) |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Glyn Owen | Glyn Owen |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 06/30/2026 |
| Title | Date |

Debtor's Name Glyn Owen Case No. 25-11132

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Glyn Owen Case No. 25-11132

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Glyn Owen Case No. 25-11132

PageThree

PageFour

SAVINGS

FDIC FDIC-Insured - Backed by the full faith and credit of the U.S. Government

M&T Bank

Messages | Log Out >

Accounts | Payments and Transfers | Services | Settings and Support

Welcome back GLYN N

## Relationship Savings (3973)

(Nickname)

View Account: Relationship Savings (3973) | Go >

**Total Balance** $149,845.64

**Available Balance** $149,845.64

Refer a friend.
Get rewarded.
Earn a $50 Visa® Reward Card when friends open a qualifying account.
Refer Now
*They get rewarded too!*



**My Shortcuts**

Edit

Create shortcuts to your most frequently used online services.

Add Shortcuts

Recent Activity | Last 7 Years | Account Info

View Alerts | View Scheduled Transfers ($0.00) | Schedule a Transfer

**PENDING**

- *You currently have no pending transactions*

**POSTED**

Export Transaction History

Load more transactions (Older)

Date Range *(In last 90 days only)* MM/DD/YYYY To 07/06/2026 Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 07/06/2026 | WEB XFER TO CHK 021 | –$273,367.83 | | $149,845.64 |
| 07/06/2026 | WEB XFER TO CHK 021 | –$1,149.01 | | $423,213.47 |
| 07/06/2026 | WEB XFER TO CHK 021 | –$812.22 | | $424,362.48 |
| 07/06/2026 | WEB XFER TO CHK 021 | –$43.74 | | $425,174.70 |
| 07/06/2026 | WEB XFER TO CHK 021 | –$587.23 | | $425,218.44 |
| 07/06/2026 | WEB XFER TO CHK 021 | –$1,673.59 | | $425,805.67 |
| 07/06/2026 | WEB XFER TO CHK 021 | –$8,815.36 | | $427,479.26 |
| 06/10/2026 | WEB XFER TO CHK 021 | –$250.00 | | $436,294.62 |
| 06/09/2026 | INTEREST PAYMENT | | $3.83 | $436,544.62 |

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com | Online Banking Feedback

MEMBER FDIC | Equal Housing Lender NMLS#381076

©2026 M&T Bank. All Rights Reserved.

Help

M&T Bank

00000734 7 20160 0002-0003 DIDS1549D0170700342 8 00 L 00035223



## EZCHOICE CHECKING 2021

### Account Summary

**Account Title:** GLYN N OWEN
DEBTOR IN POSSESSION CASE #25-11132-KHK

| | |
|---|---|
| **Beginning Balance:** | **$1,840.04** |
| (+) 8 Deposits & Other Credits | $610,448.98 |
| (-) 7 Checks & 3 Other Debits | $1,426.16 |
| (-) Service Charges | $0.00 |
| (+) Current Interest Paid | $0.00 |
| **Ending Balance:** | **$610,862.86** |

### Account Activity

| Posting Date | Transaction Description | Serial Number | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance | Ledger Balance |
|---|---|---|---|---|---|---|
| 06/13/2026 | Beginning Balance | | | | | $1,840.04 |
| 06/16/2026 | CHECK NUMBER 0248 | 248 | | $100.00 | $1,740.04 | 1,740.04 |
| 06/30/2026 | DOMINION ENERGY BILLPAY | | | 54.20 | 1,685.84 | 1,685.84 |
| 07/02/2026 | CHECK NUMBER 0261 | 261 | | 50.00 | 1,635.84 | 1,635.84 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | $8,815.36 | | | 10,451.20 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | 1,673.59 | | | 12,124.79 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | 587.23 | | | 12,712.02 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | 43.74 | | | 12,755.76 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | 812.22 | | | 13,567.98 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | 1,149.01 | | | 14,716.99 |
| 07/06/2026 | WEB XFER FROM SAV 3973 | 187222115 | 273,367.83 | | | 288,084.82 |
| 07/06/2026 | CHECK NUMBER 0259 | 259 | | 100.00 | 287,984.82 | 287,984.82 |
| 07/07/2026 | VERIZON PAYMENTS 000000000000260 | 260 | | 55.00 | | 287,929.82 |
| 07/07/2026 | CHECK NUMBER 0258 | 258 | | 120.00 | 287,809.82 | 287,809.82 |
| 07/08/2026 | CHECK NUMBER 0257 | 257 | | 75.00 | 287,734.82 | 287,734.82 |

00004991 13521 0002-0002 DIDS1549D017060021900L00115275

M&T Bank



## RELATIONSHIP SAVINGS 209

### Account Summary

**Account Title:** GLYN N OWEN
DEBTOR IN POSSESSION CASE #25-11132-KHK

**Annual Percentage Yield Earned: 0.00%**

| | |
|---|---|
| **Beginning Balance:** | **$193.62** |
| (+) Deposits & Other Credits | $0.00 |
| (-) Withdrawals & 1 Other Debits | $88.45 |
| (-) Service Charges | $0.00 |
| (+) Current Interest Paid | $0.00 |
| **Ending Balance:** | **$105.17** |

### Account Activity

| Posting Date | Transaction Description | Serial Number | Deposits & Other Credits (+) | Withdrawals & Other Debits (-) | Daily Balance | Ledger Balance |
|---|---|---|---|---|---|---|
| 05/14/2026 | Beginning Balance | | | | | $193.62 |
| 05/21/2026 | WEB XFER TO CHK 2021 | 141111115 | | $88.45 | $105.17 | 105.17 |
| **Ending Balance:** | | | | | | **$105.17** |

coinbase

Coinbase Global, Inc.
248 3rd St, #434, Oakland, CA 94607
+1 888 908-7930

# Transaction History Report for GLYN OWEN

| Date Range | Filter | Account |
|---|---|---|
| From 2026-06-01 00:00:00 UTC | Type: all | glynowyn@yahoo.com |
| To 2026-06-30 23:59:59 UTC | Asset: all | 168ea62c-6bee-58b6-92d9-d9390372a38e |

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

## Portfolio Summary

| Asset | Quantity | Market Price | Market Value |
|---|---|---|---|
| ANKR | 1909.01054826<br>as of 2026-06-30 23:59:59 UTC | 0.003335 USD/ANKR<br>as of 2026-06-30 23:53:00 UTC | 6.37 USD<br>as of 2026-06-30 23:53:00 UTC |
| CRO | 515.0955333<br>as of 2026-06-30 23:59:59 UTC | 0.05377 USD/CRO<br>as of 2026-06-30 23:53:00 UTC | 27.7 USD<br>as of 2026-06-30 23:53:00 UTC |
| HBAR | 356.37005472<br>as of 2026-06-30 23:59:59 UTC | 0.069365 USD/HBAR<br>as of 2026-06-30 23:53:00 UTC | 24.72 USD<br>as of 2026-06-30 23:53:00 UTC |
| POL | 156.8640389055214974<br>as of 2026-06-30 23:59:59 UTC | 0.0684 USD/POL<br>as of 2026-06-30 23:53:00 UTC | 10.73 USD<br>as of 2026-06-30 23:53:00 UTC |
| USDC | 0.009786<br>as of 2026-06-30 23:59:59 UTC | 1.00000000 USD/USDC<br>as of 2026-06-30 23:59:00 UTC | 0.01 USD<br>as of 2026-06-30 23:59:00 UTC |
| VET | 1554.07756549<br>as of 2026-06-30 23:59:59 UTC | 0.004355 USD/VET<br>as of 2026-06-30 23:53:00 UTC | 6.77 USD<br>as of 2026-06-30 23:53:00 UTC |
| XLM | 266.4890592<br>as of 2026-06-30 23:59:59 UTC | 0.1862325 USD/XLM<br>as of 2026-06-30 23:53:00 UTC | 49.63 USD<br>as of 2026-06-30 23:53:00 UTC |

Total Market Value
125.93 USD

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Fees | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2026-06-27 20:03:52 UTC | Staking Income | POL | 0.036318861949 | USD | $0.0709 | $0.00 | $0.00258 | $0.00258 | |
| 2026-06-22 19:50:52 UTC | Staking Income | POL | 0.036138048097 | USD | $0.0792 | $0.00 | $0.00286 | $0.00286 | |
| 2026-06-17 21:37:49 UTC | Staking Income | POL | 0.03623732173 | USD | $0.0767 | $0.00 | $0.00278 | $0.00278 | |
| 2026-06-12 20:24:33 UTC | Staking Income | POL | 0.036380815173 | USD | $0.0739 | $0.00 | $0.00269 | $0.00269 | |
| 2026-06-07 20:29:25 UTC | Staking Income | POL | 0.036100823581 | USD | $0.0781 | $0.00 | $0.00282 | $0.00282 | |
| 2026-06-02 20:19:07 UTC | Staking Income | POL | 0.035666242335 | USD | $0.0906 | $0.00 | $0.00323 | $0.00323 | |

For customer service inquiries or complaints, please contact Customer Support or call (888) 908-7930 (international call charges may apply). All transactions are final. Coinbase is not responsible for non-delivery or delayed delivery due to circumstances beyond the reasonable control of Coinbase, including asset protocol operations and incorrect address information.

Coinbase is licensed to engage in Virtual Currency Business Activity by the New York State Department of Financial Services.

This is a service message. Privacy policy